Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31ˢᵗ Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUN  3  PM 3 36

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13CV118 S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY,  a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**JURY DEMAND OF PLAINTIFF**

Plaintiff requests a trial by jury on all issues so triable herein.

DATED this 3rd day of June, 2013.

TIMOTHY MELLON, Plaintiff

By:_____
TIMOTHY M. STUBSON
Crowley Fleck PLLP
152 N. Durbin, Suite 220
Casper, WY 82601