FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 JUN 3 PM 3 36
STEPHAN HARRIS, CLERK
CASPER

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

TIMOTHY MELLON, a Wyoming resident

Case Number: 13CV118 S

V.

The International Group for Historic Aircraft Recovery, a Delaware non-profit corporation and Richard E. Gillespie

## NOTIFICATION OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the <u>Plaintiff, Timothy Mellon</u>
(identify party)

hereby notifies the Court and the opposing party(s) that the above named civil case is:

[✓] Non-Complex

[ ] Complex

Dated this <u>3</u> day of <u>June</u>, <u>2013</u>.

_____
Signature
Timothy M. Stubson                    6-3144
Print Name                            Bar Number
152 N. Durbin, Suite 220
Address
Casper                          WY       82601
City                          State   Zip Code
307 265-2279                    307 265-2307
Phone Number                    Fax Number