FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUN 12 PM 4 48

STEPHAN HARRIS, CLERK
CASPER

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| TIMOTHY MELLON ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 13CV118-S |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY and ) | |
| RICHARD E. GILLESPIE ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF REASSIGNMENT OF REFERRAL ROLE

IT IS THEREFORE ORDERED that the referral role for the above case is hereby reassigned from the Honorable Kelly H. Rankin, United States Magistrate Judge, to the Honorable Mark L. Carman, United States Magistrate Judge, United States District Court for the District of Wyoming.

Dated this 12th day of June, 2013.

_____
Scott W. Skavdahl, United States District Judge