Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | Cause No.: 13CV118-S |
| Plaintiff, | |
| vs. | |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, | **SUMMONS** |
| Defendants. | |

To the above-named Defendant:   **Richard E. Gillespie**
2812 Fawkes Drive
Wilmington, DE  19808

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of

- 2 -

the day of service).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this ___3___ day of June, 2013.

(Seal of Court)

_____
CLERK OF COURT

Stephan Harris

_____
Timothy M. Stubson (#6-3144)
Crowley Fleck PLLP
152 North Durbin, Suite 220
Casper, WY 82601
(307) 265-2279
Attorneys for the Plaintiff

RETURN OF SERVICE

STATE OF DELAWARE )
) SS
COUNTY OF NEW CASTLE )

    I hereby certify that I received the within Summons and Complaint on the 7th day of June, 2013, and served the same at the county aforesaid on the 11th day of June, 2013, at 4:30 o'clock P m. by delivering a true copy thereof duly certified with all endorsements thereon to RICHARD E Gillespie for The International Group for Historic Aircraft Recovery (TIGHAR)

_____
Deputy Sheriff



**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
    Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

6/17/2013

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                      ) SS
NEW CASTLE COUNTY)

Court Case # 13CV118-S

**TIMOTHY MELLON, A WYOMING RESIDENT**
vs
**THE INTERNATIONAL GROUP FOR HIUSTORIC AIRCRAFT RECOVERY**

Deane Cressman, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative at **2812 FAWKES DRIVE TIGHAR WILMINGTON, DE 19808** on 6/11/2013 at 4:32 PM a copy of SUMMONS AND COMPLAINT for **RICHARD E. GILLESPIE**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

Sheriff # 13-005592

                                                      **Deane Cressman**
                                                      **DEPUTY SHERIFF**
                                                   **NEW CASTLE COUNTY**

STATE OF DELAWARE)
                      ) SS
NEW CASTLE COUNTY)

    **BE IT REMEMBERED** that on 6/17/2013 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Deane Cressman, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
    **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                        Notary Public

*[Notary seal: LINDA JANE KAHN, MY COMMISSION EXPIRES APRIL 20, 2015, NOTARY PUBLIC STATE OF DELAWARE]*