Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) | Cause No.: 13CV118-S |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY, a ) | **SUMMONS** |
| Delaware non-profit corporation and ) | |
| RICHARD E. GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

To the above-named Defendant:   **The International Group for Historic Aircraft Recovery (TIGHAR)**
2812 Fawkes Drive
Wilmington, DE  19808

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of

the day of service).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this ___ day of June, 2013.

(Seal of Court)

Stephan Harris

_____
CLERK OF COURT

_____
Timothy M. Stubson (#6-3144)
Crowley Fleck PLLP
152 North Durbin, Suite 220
Casper, WY 82601
(307) 265-2279
Attorneys for the Plaintiff

## RETURN OF SERVICE

STATE OF DELAWARE )
) SS
COUNTY OF NEW CASTLE )

    I hereby certify that I received the within Summons and Complaint on the _____ day of June 7, 2013, and served the same at the county aforesaid on the 11th day of June, 2013, at 4:32 o'clock P m. by delivering a true copy thereof duly certified with all endorsements thereon to RICHARD E. Gillespie.

                                                _____
                                                Deputy Sheriff



**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                  ) SS
NEW CASTLE COUNTY)

### TIMOTHY MELLON, A WYOMING RESIDENT
vs
### THE INTERNATIONAL GROUP FOR HIUSTORIC AIRCRAFT RECOVERY

Court Case # 13CV118-S

Deane Cressman, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon RICHARD GILLESPIE, TIGHAR for THE INTERNATIONAL GROUP FOR HIUSTORIC AIRCRAFT RECOVERY at 2812 FAWKES DRIVE TIGHAR WILMINGTON, DE 19808 , a copy of SUMMONS AND COMPLAINT on 6/11/2013 at 4:32 PM.

                                                     **Deane Cressman**
                                                     **DEPUTY SHERIFF**
                                                   **NEW CASTLE COUNTY**

Sheriff # 13-005592


STATE OF DELAWARE)
                  ) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 6/17/2013 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Deane Cressman, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                       Notary Public