John A. Masterson #5-2386
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, Plaintiff, v. THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, Defendants. | Case No. 13 CV 118-S |

ENTRY OF APPEARANCE

COMES NOW John A. Masterson, Rothgerber Johnson & Lyons, 123 W. 1st Street, Suite 200, Casper, Wyoming 82601, 307-232-0222, fax 307-232-0077, jmasterson@rothgerber.com and enters his appearance as counsel for Defendants The International Group for Historic Aircraft Recovery and Richard E. Gillespie.

2004250411_1

Dated this 26th day of June, 2013.

          THE INTERNATIONAL GROUP FOR HISTORIC
          AIRCRAFT RECOVERY and RICHARD E.
          GILLESPIE

          By _____
          John A. Masterson
          Rothgerber Johnson & Lyons LLP
          123 W. 1st Street, Suite 200
          Casper, WY 82601
          307-232-0222
          307-232-0077 fax
          jmasterson@rothgerber.com

          Defendants' Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of June, 2013, a true and correct copy of the foregoing Entry of Appearance was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT 59103-2529 | Casper, WY 82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

_____

2