John A. Masterson #5-2386
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW John A. Masterson ("Movant"), Rothgerber Johnson & Lyons, 123 W. 1st Street, Suite 200, Casper, Wyoming 82601, attorneys for Defendants in the captioned matter, and moves this Court for its Order admitting William J. Carter, Dean and Carter, 1112 Main Street, #302, Boise, Idaho 83702, phone 208-489-6004, fax 208-246-6363. carter@dean-carterlaw.com, *Pro Hac Vice* as additional counsel for Defendants.

1. In support of this Motion, Movant states that he is a member in good standing of the Wyoming State Bar, and of the United States District Court for the District of Wyoming.

2. Movant states that Mr. Carter is a member in good standing of the Idaho State Bar, and the Federal District Court for the District of Idaho. No disciplinary or grievance proceedings have been filed or are pending against Mr. Carter.

3. Attached hereto is an Affidavit of William Carter in Support of Motion for Admission *Pro Hac Vice*. Upon information and belief, Movant states that the information set forth in the Affidavit is correct.

4. Mr. Carter's contact information is William J. Carter, Dean and Carter, 1112 Main Street, #302, Boise, Idaho 83702, phone 208-489-6004, fax 208-246-6363 and his email address is carter@dean-carterlaw.com.

5. John A. Masterson vouches for the good moral character, veracity and credentials of Mr. William Carter and his competence to handle this matter in the United States District Court for the District of Wyoming. Mr. Masterson further states that he shall be fully prepared to represent Defendants at any time, in any capacity, and will be present in Court during all proceedings in connection with the captioned matter unless excused.

Wherefore, Movant requests this Court enter its Order admitting Mr. Carter *Pro Hac Vice* for the purposes of the instant matter.

Dated this 26th day of June, 2013.

                                    THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY and RICHARD E. GILLESPIE

By _____
        John A. Masterson
        Rothgerber Johnson & Lyons LLP
        123 W. 1st Street, Suite 200
        Casper, WY 82601
        307-232-0222
        307-232-0077 fax
        jmasterson@rothgerber.com

        Defendants' Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2013, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT 59103-2529 | Casper, WY 82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

_____

2