**William J. Carter, ISB No. 5295**
DEAN & CARTER, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Office Telephone: (208) 489-6004
Cell: (208) 869-3665
Facsimile: (208) 246-6363
Email: carter@dean-carterlaw.com

*Pro Hac Vice Applicant for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD GFILLESPIE, ) <br> ) <br> Defendants. | Cause No. 13-CV-118-S <br><br> **AFFIDAVIT OF WILLIAM CARTER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

In support of a Motion for Admission Pro Hac Vice, WILLIAM J CARTER, ESQ. ("Affiant") of the firm Dean & Carter, PLLC., first duly sworn upon oath, under penalty of perjury, avers as follows:

1) Affiant's legal name is William Jonathan Carter.

2) Affiant is founder and principal partner in the firm Dean & Carter, PLLC., located at 1112 Main Street, #302, Boise, Idaho 83702.

3) Dean & Carter, PLLC's phone number is (208) 860-3665. The email address is carter@dean-carterlaw.com.

4) Affiant is admitted to practice and is and has been a member in good standing in the Federal District Court for the District of Idaho and the Idaho State Bar (Bar No. 5295) since 1995.

5) There are no pending disciplinary proceedings against Affiant and no past public sanctions or censures.

6) Affiant has reviewed and if admitted, will comply with and be bound by the Local Rules for the United Stated District Court of Wyoming.

7) Affiant acknowledges that local counsel is required to be fully prepared to represent the defendants at any time in any capacity.

8) If admitted, Affiant acknowledges and consents to the disciplinary jurisdiction of the court for any alleged or actual misconduct arising in the course of preparation and representation in the above captioned matter.

Further this Affiant sayeth naught.

Dated this 11th day of June, 2013.

DEAN & CARTER, PLLC.

By_____
William J. Carter
Applicant Pro Hac Vice for Defendants

AFFIDAVIT OF WILLIAM J. CARTER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE - Page 2

STATE OF IDAHO         )
                       ) ss
County of Ada          )

I, _Teresa Gabicagogeascoa_, a notary public, do hereby certify that on this _12th_ day of _June_, 20_13_, personally appeared before me _Bill Carter_, personally known to me or sufficiently identified as the person who signed the foregoing document.

[SEAL]

_Teresa Gabicagy_
Notary Public for the State of Idaho
Residing in: _Meridian ID_
My commission expires: _11-1-2017_

AFFIDAVIT OF WILLIAM J. CARTER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE - Page 3