IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 13 CV 118-S |
| THE INTERNATIONAL GROUP FOR ) HISTORIC AIRCRAFT RECOVERY, a ) Delaware non-profit corporation and ) RICHARD E. GILLESPIE, ) ) | |
| Defendants. ) | |

ORDER FOR ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court on the Motion of John A. Masterson of Rothgerber Johnson & Lyons LLP, 123 W. 1st Street, Suite 200, Casper, Wyoming 82601, attorneys for Defendants in the captioned matter, for its Order admitting William J. Carter, Dean and Carter, 1112 Main Street, #302, Boise, Idaho 83702, phone 208-489-6004, fax 208-246-6363, carter@dean-carterlaw.com, *Pro Hac Vice* as additional counsel for Defendants;

This Court FINDS

1.   That Mr. William Carter should be, and hereby is, admitted *Pro Hac Vice* for purposes of the captioned matter.

2

2. John Masterson shall be fully prepared to represent Defendants at any time, in any capacity, and will be present in Court during all proceedings in connection with the captioned matter unless excused.

3. Mr. Carter shall submit and be subject to all disciplinary jurisdictions of the Court of any alleged misconduct arising in the course of preparation and representation in the proceedings.

WHEREFORE, this Court enters its Order admitting Mr. William J. Carter *Pro Hac Vice* for the purposes of the instant matter.

DATED this _____ day of June, 2013.

BY THE COURT:

_____