John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, <br><br> Plaintiff, <br><br> v. <br><br> THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, <br><br> Defendants. | Case No. 13 CV 118-S |

## ENTRY OF APPEARANCE

COMES NOW Alaina M. Stedillie, Rothgerber Johnson & Lyons, 123 W. 1st Street, Suite 200, Casper, Wyoming 82601, 307-232-0222, fax 307-232-0077, astedillie@rothgerber.com and enters her appearance as counsel for Defendants The International Group for Historic Aircraft Recovery and Richard E. Gillespie.

2004261791_1

Dated this _____ day of June, 2013.

                          THE INTERNATIONAL GROUP FOR HISTORIC
                          AIRCRAFT RECOVERY and RICHARD E.
                          GILLESPIE

                          By _____
                              John A. Masterson (5-2386)
                              Alaina M. Stedillie (6-4327)
                              Rothgerber Johnson & Lyons LLP
                              123 W. 1st Street, Suite 200
                              Casper, WY 82601
                              307-232-0222
                              307-232-0077 fax
                              jmasterson@rothgerber.com
                              astedillie@rothgerber.com

                              Defendants' Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of June, 2013, a true and correct copy of the foregoing Entry of Appearance was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT 59103-2529 | Casper, WY 82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

                              _____