```
                                    FILED
                              DISTRICT OF WYOMING
                              U.S. DISTRICT COURT

                                  JUL -3 2013

                              U.S. MAGISTRATE JUDGE
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, | |
| Plaintiff(s), | |
| vs. | Case No. 13-CV-118-SWS |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, | |
| Defendant(s). | |

### ORDER GRANTING ADMISSION OF WILLIAM J. CARTER

THIS MATTER having come before the Court upon the *Motion for Admission of William J. Carter Pro Hac Vice*, filed June 26, 2013, and the Court having reviewed the motion, finds good cause for the admission.

NOW THEREFORE, IT IS ORDERED that William J. Carter of Dean & Carter, PLLC, 1112 Main Street #302, Boise, Idaho 83702, (208) 860-3665 (ph); carter@dean-carterlaw.com, be, and hereby is, allowed to practice before this Court in the above captioned matter, and he shall be subject to the jurisdiction of this Court as provided by U.S.D.C.L.R. 83.12.2.

IT IS FURTHER ORDERED that the local counsel shall continue in the case, unless other local counsel is substituted. Further, local counsel shall attend and be present at all court hearings. All pleadings, notices or other papers of opposing counsel shall be served on local counsel.

Dated this 3rd day of July, 2013.

/s/ Mark L. Carman
Mark L. Carman
United States Magistrate Judge