John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident  ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.                                                                  ) | Case No. 13 CV 118-S |
| ) | |
| THE INTERNATIONAL GROUP FOR        ) | |
| HISTORIC AIRCRAFT RECOVERY, a    ) | |
| Delaware non-profit corporation and        ) | |
| RICHARD E. GILLESPIE,                          ) | |
| ) | |
| Defendants.   ) | |

## STIPULATED MOTION TO EXTEND RESPONSE DEADLINE

**COMES NOW** the Parties herein, and jointly move the Court for its order extending their response deadlines in this matter.  If granted, this extension would make the Defendants' response to Plaintiff's Complaint due on or before July 22, 2013, and any reply by Plaintiff due on or before August 15, 2013.

**WHEREFORE,** the parties pray that the Court extend the deadline herein accordingly, and for such other and further relief which the Court deems just and proper in the premises.

Dated this 9th day of July, 2013.

Agreed:

COUNSEL FOR DEFENDANTS:

/s/
John A. Masterson  #5-2386
Alaina M. Stedillie  #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

COUNSEL FOR PLAINTIFF:

/s/
Timothy Stubson
Jeff Oven
Crowley Fleck PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com
joven@crowleyfleck.com