IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident )<br>)<br>Plaintiff,       )<br>)<br>v.                                           )<br>)<br>THE INTERNATIONAL GROUP FOR   )<br>HISTORIC AIRCRAFT RECOVERY, a )<br>Delaware non-profit corporation and  )<br>RICHARD E. GILLESPIE,              )<br>)<br>Defendants.  ) | Case No. 13 CV 118-S |

_____

### [PROPOSED] ORDER EXTENDING RESPONSE DEADLINES
_____

**THIS MATTER**, having come before the court upon the Stipulated Motion to Extend Response Deadline seeking the Court's order extending the Defendants' response deadline to on or before July 22, 2013 and the Plaintiff's reply deadline to on or before August 15, 2013, the Court having reviewed the file, considered the motion and finding good cause therefore;

**IT IS HEREBY ORDERED** that Defendants' response deadline is extended to on or before July 22, 2013 and Plaintiff's reply deadline is extended to on or before August 15, 2013.

2004279706_1

**DATED** this \_\_\_\_\_ day of _____, 2013.

**BY THE COURT:**

_____

2004279706_1