John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

### [PROPOSED] ORDER GRANTING DEFENDANTS' *MOTION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE*

**THIS MATTER** having come before the Court on the Defendants' *Motion to Dismiss Complaint With Prejudice Pursuant to 12(b)(6) of the Federal Rules of Civil Procedure*, and the Court having reviewed the *Motion* and its accompanying *Memorandum*, as well as the responsive pleadings of the Plaintiff, and having conducted its own independent research, reviewed the file herein and being otherwise fully informed, **FINDS**, that for the reasons stated in the Court's Findings of Fact and Conclusions of Law, the Complaint fails to make sufficient factual allegations to support any of the claimed causes of action and is implausible, and therefore fails to state a claim upon which relief can be granted; accordingly,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Complaint herein be, and the same hereby is, **DISMISSED WITH PREJUDICE**.

**DATED** this 22nd day of July, 2013.

Honorable Scott W. Skavdahl
UNITED STATES DISTRICT COURT JUDGE