# United States District Court
## For The District of Wyoming

TIMOTHY MELLON,

        Plaintiff,

vs.

THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, et al,

        Defendants'.

**NOTICE**

Case Number: 13CV118-S
Interpreter Needed: No

TYPE OF CASE:

**Civil**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 2 | BEFORE<br>Scott W. Skavdahl, United States District Judge |
|---|---|
| | DATE AND TIME<br>August 20, 2013 at 8:15 am |

TYPE OF PROCEEDING

**Hearing on Defendant's [16] Motion to Dismiss**

        STEPHAN HARRIS
        Clerk of Court

July 23, 2013        Tiffany Dyer
Date        Deputy Clerk

TO:
Counsel of Record