Timothy Stubson, Bar No. 6-3144
Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) | Cause No.:  13 CV 118-S |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY,    a     ) | |
| Delaware non-profit corporation and ) | |
| RICHARD E. GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

## RENEWED STIPULATED MOTION TO EXTEND RESPONSE DEADLINE

COMES NOW the Parties herein, and jointly renew their stipulated motion extending Plaintiff's response deadline in this matter.  On July 9th the parties stipulated to extend the Answer deadline and also stipulated to extend Plaintiff's response to August 15, 2013.  Because the extension of the answer date impacted Plaintiff's ability to fully and timely respond, the parties agreed to include both the extensions in their request.  The request to extend Defendants' response deadline until July 22, 2013 was granted on July 10, 2013.  Parties now ask that Plaintiffs' response be extended to August 15, 2013.

WHEREFORE the parties pray that the Court extend the deadline for Plaintiff's response to August 15, 2013.

DATED this 29th day of July, 2013.

Counsel for Plaintiff

By: /s/ Timothy M. Stubson
TIMOTHY M. STUBSON
JEFF OVEN
Crowley Fleck PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com
joven@crowleyfleck.com

Counsel for Defendants

By: /s/John A. Masterson
John A. Masterson
Alaina M. Stedillie
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
Jmasterson@rothgerber.com
astedillie@rothgerber.com