IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) | Cause No.:  13 CV 118-S |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY,   a   ) | |
| Delaware non-profit corporation and ) | |
| RICHARD E. GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING RENEWED STIPULATED
MOTION TO EXTEND RESPONSE DEADLINE**

COMES NOW the Court, having reviewed the parties' Renewed Stipulated Motion to Extend Plaintiff's reply until August 15, 2013.  The Court finding good cause exists, the Motion to extend Plaintiff's deadline to respond to Defendants' Motion to Dismiss to August 15, 2013 is hereby GRANTED.

DATED this _____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE