# United States District Court
## For The District of Wyoming

| | |
|---|---|
| TIMOTHY MELLON,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, et al,<br><br>                    Defendants'. | **NOTICE**<br><br><br>Case Number: 13CV118-S<br>Interpreter Needed: No |

**TYPE OF CASE:**

**Civil**

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| PLACE | BEFORE |
|---|---|
| Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 2 | Scott W. Skavdahl, United States District Judge |

| DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|
| August 20, 2013<br> at 8:15 am | August 27, 2013<br> at 10:30 am |

**TYPE OF PROCEEDING**

**Hearing on [16] Motion to Dismiss Case**

---

                                                         STEPHAN HARRIS
                                                         Clerk of Court

July 29, 2013                                            Tiffany Dyer
Date                                                     Deputy Clerk

TO:
Counsel of Record