```
                                                    FILED
                                               DISTRICT OF WYOMING
                                                U.S. DISTRICT COURT

                                                   AUG -6 2013

                                               U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
### YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| TIMOTHY MELLON,<br>               Plaintiff(s),<br>vs.<br>THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY ET AL,<br>               Defendant(s). | **NOTICE**<br><br>Case Number: 13-CV-118-SWS |

**TYPE OF CASE:**

**CIVIL**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Yellowstone Justice Center<br>Mammoth Hot Springs<br>Yellowstone Natl Park, WY 82190<br>(307) 344-2569<br>via telephone | BEFORE<br>Mark L. Carman, U.S. Magistrate Judge |
| | DATE AND TIME<br>October 11, 2013 at 11:00 a.m.<br>(Mountain Time) |

**TYPE OF PROCEEDING**
**INITIAL PRETRIAL CONFERENCE**
All parties shall appear by telephone, with Plaintiff's counsel initiating the call and connecting to the Court at 307-344-7196. Parties are advised to have their calendars on hand to assist in scheduling.

STEPHAN HARRIS
Clerk of Court

August 6, 2013
Date

Karen Angermeier
Courtroom Deputy

TO:
All Counsel