Timothy Stubson, Bar No. 6-3144
Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) | Cause No.:  13 CV 118-S |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY,   a ) | |
| Delaware non-profit corporation and ) | |
| RICHARD E. GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED MOTION TO RESCHEDULE INITIAL PRETRIAL CONFERENCE**

COMES NOW Plaintiff, Timothy Mellon, and hereby moves the Court for an Order Rescheduling the Initial Pretrial Conference currently scheduled for October 11, 2013 at 11:00 a.m. by Order dated August 6, 2013.  Timothy M. Stubson, attorney for Plaintiff, is co-chairman of the Wyoming Legislature's Select Committee on Federal Natural Resource Management and is required to be at a meeting of that committee on October 11, 2013.  Attorneys for the Defendants hereby agree to the Motion and note they have no objection to rescheduling the conference.

DATED this 12th day of August, 2013.

Counsel for Plaintiff

By: /s/ Timothy M. Stubson
TIMOTHY M. STUBSON
JEFF OVEN
Crowley Fleck PLLP

        152 N. Durbin, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com
joven@crowleyfleck.com


Counsel for Defendants

By:/s/John A. Masterson
John A. Masterson
Alaina M. Stedillie
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
Jmasterson@rothgerber.com
astedillie@rothgerber.com