IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13 CV 118-S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY, a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING STIPULATED MOTION TO RESCHEDULE**

COMES NOW the Court, having reviewed Plaintiff's Stipulated Motion to Reschedule the Initial Pretrial Conference currently scheduled for October 11, 2013 at 11:00 a.m.  The Court finding good cause exists and there being no objection by the Defendants, the Motion to Reschedule is hereby GRANTED.

DATED this _____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE