# CIVIL MINUTE SHEET
# MOTION HEARING

☐ **This minute sheet also contains a Minute Order**
☐ **Telephonic**

Date: 08/27/13

Time: 10:59 - 11:33 am

Case No.: 13CV118-S

**TIMOTHY MELLON** VS **THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, et al**

| Judge | Clerk | Reporter | Law Clerk |
|---|---|---|---|
| Scott W. Skavdahl | Tiffany Dyer | Jamie Hendrich | Kelley Anderson |

Attorney(s) for Plaintiff(s): TIMOTHY STUBSON, JEFFREY JAMES OVEN

Attorney(s) for Defendant(s): JOHN MASTERSON, ALAINA STEDILLIE and the Defendant Richard Gillespie

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 16 | Dismiss Case | U/A |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☐ Order to be prepared by ☐ Court ☐ Attorney _____
☐ Attorney _____  Admitted *pro hac vice*

Other proceedings

The Court heard argument on the defendant's [16] Motion and took the matter under advisement