John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, <br><br> Plaintiff, <br><br> v. <br><br> THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, <br><br> Defendants. | Case No. 13 CV 118-S |

## NOTIFICATION OF NAME CHANGE

COME NOW the undersigned counsel for Defendants, and respectfully notify the Court and opposing counsel that effective September 1, 2013, Rothgerber Johnson & Lyons, LLP is now Lewis Roca Rothgerber, LLP. The address and phone numbers have not changed.

DATED this 5th day of September, 2013.

TIGHAR and Richard Gillespie

2004376805_1

DEFENDANTS

By /s/ 
John A. Masterson (5-2386)
Alaina M. Stedillie (6-4327)
Lewis Roca Rothgerber LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
(307) 232-0222
(307) 232-0077 Fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2013, a true and correct copy of the foregoing was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

Jeff Oven
Crowley Fleck PLLP
P.O. Box 2529
Billings MT 59103-2529
joven@crowleyfleck.com

Timothy Stubson
Crowley Fleck PLLP
152 N. Durbin, suite 220
Casper, WY 82601
tstubson@crowleyfleck.com

/s/
Lewis Roca Rothgerber, LLP