# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☐ This minute sheet also contains a Minute Order
☑ Telephonic

Date  10/10/13

Time  10:00 - 10:30 am                              Case No.  13-CV-118-SWS

_____  TIMOTHY MELLON  VS  THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY

| Mark L. Carman | Karen Angermeier | | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)  Jeffery Oven, Timothy Stubson

Attorney(s) for Defendant(s)  Alaina Stedillie, John Masterson

Other

Initial Pretrial Conference held with Plaintiff and Defense counsel appearing by phone.

Plaintiff counsel briefed the Court on Plaintiff claims.
Defense briefed the Court on Defendant claims.

Proposed schedule discussed. Regarding depositions, Plaintiff anticipates 4-6 fact depositions and 3 experts; Defense anticipates 3-4 fact depositions and 3 experts.
Plaintiff expert designations due by 2/28/2014.
Defendant expert designation due by 3/28/2014.
Listing of other witnesses: 4/21/2014
Discovery cutoff: 5/30/14
Motions Hearing: July 17, 2104 at 8:15 am
Final Pretrial Conference: August 7, 2014 at 8:15 am
Trial: week of 8/25/2014 - 6 days anticipated/scheduled

Settlement possibilities - poor at this time.
Parties advised that mediation is available and they can consent to be heard by Magistrate Judge.