John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, )<br>)<br>Plaintiff,          )<br>)<br>v.                                              )<br>)<br>THE INTERNATIONAL GROUP FOR  )<br>HISTORIC AIRCRAFT RECOVERY, a  )<br>Delaware non-profit corporation and  )<br>RICHARD E. GILLESPIE,              )<br>)<br>Defendants.   ) | Case No. 1:13-CV-00118-SWS |

**ENTRY OF APPEARANCE OF JOHN A. MASTERSON**

**COMES NOW** John A. Masterson of Lewis Roca Rothgerber LLP, and hereby files his entry of appearance in the above-captioned matter on behalf of Defendants The International Group for Historic Aircraft Recovery and Richard E. Gillespie.

**DATED** this 15th day of October, 2013.

        THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY and RICHARD E. GILLESPIE

        By_____/s/_____
          John A. Masterson #5-2386
          Lewis Roca Rothgerber LLP
          123 W. 1st Street, Suite 200
          Casper, WY  82602
          307-232-0222
          307-232-0077 fax
          jmasterson@lrrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2013, a true and correct copy of the foregoing was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT  59103-2529 | Casper, WY  82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

/s/
Lewis Roca Rothgerber LLP