John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

### NOTICE OF COMPLEXITY

Pursuant to U.S.D.C.L.R. 16.4, Defendants hereby notify the Court and the opposing party that the above-named civil case is:

    __   X   __    Non-Complex

    _____    Complex

**DATED** this 15th day of October, 2013.

                THE INTERNATIONAL GROUP FOR
                HISTORIC AIRCRAFT RECOVERY and
                RICHARD E. GILLESPIE

By         /s/
    John A. Masterson  #5-2386
    Alaina M. Stedillie  #6-4327
    Lewis Roca Rothgerber LLP
    123 W. 1st Street, Suite 200
    Casper, WY  82601
    307-232-0222
    307-232-0077 fax
    jmasterson@rothgerber.com
    astedillie@rothgerber.com

    William J. Carter ISB#5295 *(Pro Hac Vice)*
    Dean & Carter, PLLC.
    1112 Main Street, #302
    Boise, Idaho 83702
    Phone: (208) 489-6004
    Fax: (208) 246-6363
    carter@dean-carterlaw.com

    Counsel for Defendants

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of October, 2013, a true and correct copy of the foregoing was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT  59103-2529 | Casper, WY  82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

                                                   /s/
                                     Lewis Roca Rothgerber LLP