Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13-CV-118-SWS )  ) |
| Plaintiff, | ) |
| vs. | ) ) |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, | ) **PLAINTIFF'S DESIGNATION** ) **OF EXPERT WITNESSES** ) ) ) |
| Defendants. | ) |

Pursuant to this Court's October 10, 2013 order and U.S.D.C.L.R. 26.1,

Plaintiff Timothy Mellon discloses the following expert witnesses:

**(1)** <u>**John D. Jarrell, PhD, PE**</u>.

(A) Written report: See attached <u>Exhibit A</u> and <u>Exhibit B</u>. High definition digital photographs and images are also available for production upon request. Dr. Jarrell will also utilize original film and images in possession of Defendants.

(B) Field of Expertise: As described in his resume, Materials Science and Mechanical Engineer, Doctor of Medical Science and Biology.

(C) Qualifications: See attached <u>Exhibit C</u>.

(D) Designation of Opinion and Methodology: See attached <u>Exhibit A</u> (with attachments), Methods, paragraph 1, Conclusions, paragraphs 2, 3 and 5-9. See also attached <u>Exhibit B</u> (with attachments).

(E) Publication and Deposition Testimony: See attached <u>Exhibit C</u>. Dr. Jarrell's resume includes a listing of the publications he has authored and cases that he has served as an expert in during the past 4 years.

(F) Fees: Dr. Jarrell's rate for deposition testimony is $650.00 per hour (retainer, Min. 6 hours billed, in advance). Dr. Jarrell's rate for study and testimony is $495.00 per hour.

**(2)** <u>**Prof. Graham Forrester, PhD.**</u>

(A) Written report: See attached <u>Exhibit A</u>. High definition digital

photographs and images are also available for production upon request. Dr. Forrester will also utilize original film and images in possession of Defendants.

  (B) Field of Expertise: As described in his resume, Aquatic Ecologist.

  (C) Qualifications:  See attached <u>Exhibit D</u>.

  (D) Designation of Opinion and Methodology: See attached <u>Exhibit A</u> (with attachments), Methods, paragraph 2, Conclusions, paragraphs 1, 3a, and 4.

  (E) Publication and Deposition Testimony:  See attached <u>Exhibit D</u>.  Dr. Forrester's resume includes a listing of the publications he has authored in the last 10 years.  Dr. Forrester has not testified as an expert at trial or by deposition within the preceding four years.

  (F) Fees: For deposition testimony, Dr. Forrester charges $300.00 per hour plus any travel expenses incurred.  Dr. Forrester's rate for study and testimony is $300.00 per hour.

**(3) <u>Jay M. Vincelli, M.Sc.</u>**

  (A) Written report: See attached <u>Exhibit E</u>.  High definition digital photographs and images are also available for production upon request.  Mr. Vincelli will also utilize original film and images in possession of Defendants.

  (B) Field of Expertise: As described in his resume, 3D imagery.

  (C) Qualifications:  See attached <u>Exhibit F</u>.

(D) Designation of Opinion and Methodology: See attached <u>Exhibit</u> <u>E</u> (with attachments).

(E) Publication and Deposition Testimony: See attached <u>Exhibit</u> <u>F</u>.  Mr. Vincelli has not testified as an expert at trial or by deposition within the proceeding four years.

(F) Fees:  Mr. Vincelli's rate for deposition testimony is $500.00 per hour (retainer, Min. 4 hours billed, in advance).  Mr. Vincelli's rate for study and testimony is $365.00 per hour.

**(4)** **<u>Fatih Calakli</u>**

(A) Written report: See attached <u>Exhibit</u> <u>G</u>.  High definition digital photographs and images are also available for production upon request.  Mr. Calakli will also utilize original film and images in possession of Defendants.

(B) Field of Expertise: As described in his resume, Computer Vision Research Science and Software Engineering.

(C) Qualifications:  See attached <u>Exhibit</u> <u>H</u>.

(D) Designation of Opinion and Methodology:  See attached <u>Exhibit</u> <u>G</u> (with attachments).

(E) Publication and Deposition Testimony: See attached <u>Exhibit</u> <u>H</u>.  Mr. Calakli has not testified as an expert at trial or by deposition within the proceeding

four years.

(F) Fees: Mr. Calakli's rate for deposition testimony is $500.00 per hour (retainer, Min. 4 hours billed, in advance). Mr. Calakli's rate for study and testimony is $495.00 per hour.

**(5) Any expert disclosed by Defendants.**

**(6) Any expert needed for rebuttal, impeachment or foundation.**

DATED this 28th day of February, 2014.

                CROWLEY FLECK PLLP

                By: /s/ Jeffery J. Oven_____
                JEFF OVEN, Bar No. 6-3371
                P. O. Box 2529
                Billings, MT 59103-2529

                TIMOTHY STUBSON, Bar No. 6-3144
                152 North Durbin Street, Suite 220
                Casper, WY 82601