# 3D Modeling of Lockheed Electra Model 10E and Analysis of Video Footage from the TIGHAR 2010 Nikumaroro Expedition

By: Jay Vincelli, MSc

**February 28, 2014**

## Introduction:

I, Jay Vincelli of Materials Science Associates, performed 3D modeling of components from the Lockheed Electra Model 10E for analysis of the 2010 1920x1080 Tighar Nikumaroro ROV video. The purpose of this analysis was to determine whether the dimensionally accurate 3D models were consistent with features observed at the proposed crash site. I am a qualified and experienced Materials Engineer who specializes in metrology and 3D modeling. Previous experience includes creating 3D models using computer aided design (CAD) for 3D printing of a miniaturized oxygenator, for which a patent application was submitted, and creating 3D models of metallic bearing components for wear analysis as part of my Master's degree thesis. I have previously worked for the US Navy performing failure analysis of structural components on aircraft. Further qualifications are included in my CV.

Positively identifying wreckage of historical significance, located in a remote area of the planet and under hundreds of feet of ocean waters is challenging and requires a scientific approach to methodology. Photointerpretation, as explained by the forensic image analysis expert working with TIGHAR, Jeff Glickman, includes taking the following list of items into consideration[i].

1. Differences in organic (natural) vs. man-made shapes.
2. Texture differences between objects within a neighborhood.
3. Pattern differences between objects within a neighborhood.
4. Color differences within multiple color spaces within a neighborhood.
5. Color absorption differences (spectrometry) between specific objects.
6. Temporal similarities vs. differences between video frames.
7. Object size and scale information which may be relative, absolute and ratiometric (mensuration).
8. Object interaction with its environment.
9. Location information including absolute position, relative position and context.

## Methods:

Our team's methodology began with a frame by frame review of the underwater videos of the proposed crash site provided by TIGHAR, dated 2010 and also reviewed 2012 footage. These were viewed to visually identify potential objects associated with the Lockheed "Electra" Model 10E, Construction Number (c/n) 1055 aircraft, cabin contents and the crew members Amelia Earhart and navigator Fred Noonan. The potential candidates included those suggested by our team members and others identified by other individuals in public forums. A full range of items



EXHIBIT E

from specific plane parts to highly speculative and imaginative proposals were given consideration. From this group of potential candidates, those most suited for evaluation by mensuration, where selected for geometric comparison with specific objects or parts associated with the aircraft and it's last flight. We relied upon historical photographs of the plane and of objects similar to those which were in the original plane for establishing the relative size and geometry of objects. Since the original blue prints of the plane were not available, we made use of the limited edition scale drawings completed by aircraft modeller William F. Harney in 2002 and published by TIGHAR in 2009. To corroborate the drawings and historical photographs, we inspected and photodocumented two of the approximately twelve Lockheed Electra Model 10s currently in existence. One of the documented aircraft was as a Model 10A, c/n. 1052, located at the New England Air Museum in Windsor Locks, CT, the second was the only remaining Model 10E, Electra, c/n 1042, owned by, Grace McGuire of San Diego, CA. The McGuire Electra also had disassembled parts of the front and rear landing gear available for inspection and photography.

The geometry of specific, engineered plane components was 3D modeled using Solidworks, an industry-leading CAD modeling software package. Historical photographs taken of Amelia Earhart's Electra Model 10E aircraft, measurements taken from Grace McGuire's Electra 10 aircraft, and tire information from Earhart's aircraft inspection (Figure 3) were used to determine the dimensions of the models.

These 3D models were rotated and superimposed on proposed objects from still images taken from the 2010 rover video using a perspective view. Screenshots and composite screenshots provided by Fatih Calakli illustrated a cable which could be independently measured based on the 3D models of the front and rear landing gear assemblies and their overlaid positions in the rover images. The relative size and shape of multiple geometric elements were used to positively identify geometric congruence between proposed objects and actual plane parts.

It was important to consider the possibility that objects observed on the slopes of the atoll were natural formations, derived from the coral reefs growing in shallower water. The accretion of reefs by corals and other organisms produces limestone objects that can be mistaken for man-made objects, particularly when broken and eroded over time. A specialist in coral reef ecology also reviewed the video and still images to identify objects least likely to be natural and to confirm that the objects positively identified by mensuration as corresponding to parts of a Lockheed Electra Model 10, were not merely natural formations and creatures mistaken for man-made objects. The specialist was also relied upon to comment on the effects of encrustation of natural debris and man-made objects over time.

Examples of historical objects superimposed upon the video are presented in the Figures Section.

**Results:**

Using the dimensional information available in the CAD models and the assumption that the cable was on the same plane as the bottom of the CAD assemblies resting on the sea floor, the cable was calculated to have an average width of 0.72" with a standard deviation of 0.06" based

on the tailwheel's dimensions and an average width of 0.78" with a standard deviation of 0.05" based on the front landing gear's dimensions. These measurements were taken within the CAD modeling software. Independent measurements confirming the same width Master of Science in Engineering Sciences of the cable suggest that the size and shape of the proposed features on the sea floor are consistent with the front and rear landing gear assemblies of the Electra Model 10E aircraft.

**Conclusions:**

From our review of the data, we have the following conclusions in regard to the 2010 TIGHAR video footage:

1) In addition to the rope/cable and wire clearly seen in the video from 2010, there are other objects observed which are man-made, by virtue of the fact that they are inconsistent with natural formations as previously determined by an Aquatic Ecologist, Prof Graham Forrester, PhD;
2) There is an object consistent in shape and geometry with a tailwheel as determined by geometric comparison with the tire and fork from a Lockheed Electra Model 10.
3) There is a collection of objects atypical of naturally occurring formations in some details of shape and coloration, but consistent with the front landing wheel, worm gear and strut assemblies; This object was determined to be more likely man-made than a naturally occurring formation. Our observation from the 2010 video are consistent with representation made in the TIGHAR bulletin concerning the 2012 video, where it states, "We have located a man-made debris field that is in the location that was expected and for which the shapes of the objects in the debris field are consistent with the object(s) seen in the Bevington image." [ii];
4) There is a separate debris field, approximately 400 meters from this location with objects from a known shipwreck (S.S. *Norwich City*);
5) The investigations of this region of the ocean floor and debris fields by the TIGHAR organization did not demonstrate migration of the S.S. *Norwich City*, shipwreck debris to the second location;
6) The objects in the 2010 video are not consistent with the objects from the shipwreck hull and superstructure debris field located approximately 400 meters away;
7) The objects we have identified in the 2010 video footage are consistent with parts of the Earhart Lockheed Electra Model 10 and, in the absence of an alternative explanation for the source of those objects, we conclude that they are likely to have originated from Earhart's Electra.

Sincerely,
Materials Science Associates, LLC

Jay M. Vincelli, MSc
Forensic Engineer



Figure 1: This composite image from the 2010 1920x1080 rover footage, created by Fatih Calakli, illustrates the proximity of the front and rear landing gears.

Form 60
Revised 10-30-35

**DEPARTMENT OF COMMERCE**
**BUREAU OF AIR COMMERCE**

Commerce No. NR-16020
Serial No. 1055
Date 5-19-37
Approved—Disapproved—Reinspect:
_____ Inspector.

## AIRCRAFT INSPECTION REPORT

Owner __AMELIA EARHART.__

Address __50 W. 45th St. New York, N.Y.__

Original license—Renewal—Export—Alteration (submit drawings)—Special. After accident of _____ (Date)
(Circle which)

Manufacturer __Lockheed Aircraft Corp.__ Model __10E__ Spec. Specification No. __590__

Open—Cabin—Amphibian—Landplane—Seaplane—Flying boat—Biplane—Monoplane—Autogiro—Glider.
(Circle which)

### ENGINES

| Manufacturer | Location | Model | Spec. No. | Serial No. | H. P. |
|---|---|---|---|---|---|
| Pratt & Whitney | L.H. | S3H1 | 143 | 6150 | 550 |
| " " | R.H. | " | " | 6149 | 550 |

### PROPELLER

Hubs—Spec. No. __257__  Blades—Spec. No. __301__

| Manufacturer | Location | Material | Model | Serial No. | Model | Serial No. |
|---|---|---|---|---|---|---|
| Hamilton Standard | L.H. (Con. Spd) | Metal | 12D-40 | 26334 | 6095A-6 | 66570-71 |
| " " | R.H. " " | " | " | 26333 | " | 65672-73 |

Number of fuel tanks __12__   Location and capacity of each __2 @ 81, 2 @ 16, 2 @ 102, in wing stubs. Total 1151 gal.__
__2 @ 118, 3 @ 149, 1 @ 70 in fuselage.__   Total oil capacity __80__ in __4__ tanks

Passenger seats actually provided __0__  Crew __4__  Are dual controls installed? __Yes__  Removable? __No__

Weight empty as equipped—Actual—Computed _____ pounds.  Gross weight _____ pounds.
(Circle which)

Maximum pay load _____ pounds with fuel of _____ gallons.

Maximum pay load _____ pounds with full fuel tanks of _____ gallons.

Cargo space—Location and capacity of each __none__

Are compartments placarded for loads as shown? _____

Restrictions __Restricted to long distant flights. Only bona fide members of the crew to be carried.__

ALL EQUIPMENT AND WEIGHTS thereof included in empty weight MUST BE SHOWN.

| | | |
|---|---|---|
| Engine ring cowl ___ lb. | Flares and holders ___ lb. | Fire extinguisher ___ lb. |
| Starter (type?) ___ lb. | Location _____ | Heater ___ lb. |
| Generator ___ lb. | Radio ___ lb. | Toilet equipment ___ lb. |
| Wheel streamlines ___ lb. | Location _____ | ___ lb. |
| Battery ___ lb. | Radio bonding ___ lb. | ___ lb. |
| Location _____ | Radio shielding ___ lb. | ___ lb. |
| Landing lights ___ lb. | Water container ___ lb. | ___ lb. |

If inspection after accident, underscore classification which applies:
1. Major repair (see Aero. Bulletin 7-H—Current Issue).  Attach Form 466.
2. Minor repair (see Aero. Bulletin 7-H—Current Issue).

IMPORTANT.—All questions must be fully _____ marks will not be accepted.  Disapprovals must show

11—11302          2C [OVER]

**Figure 2:** Amelia Earhart's aircraft inspection report dated 5-19-1937 indicating the condition of her plane.

MICRO

OK  PILOT'S COCKPIT.—Are airspeed indicator, manifold pressure gauge, and tachometer marked to agree with placarded aircraft operation limits as listed on pertinent aircraft specifications? Yes ..Yes.... NO xx........ (If not, see that they are properly marked at once. *Cross out items not required to be marked.*) Approved safety belt installed each seat? ..Yes..............

None PASSENGER'S COMPARTMENT.—Approved safety belt installed each seat? ...........................

OK  STABILIZER, ELEVATORS, AND RUDDER.—Approved position light? ....Yes. Grimes......................

OK  LANDING GEAR WHEELS (Manufacturer, model, and size) ........Goodyear 6HBA................
    Tires (size and ply) ........35x15-6.  8 Ply.  Goodyear..................................
    Shock struts (manufacturer and model) ....Aerol SP400E.......................
    Tail wheel (manufacturer, model, and size) Goodyear 3TWA.  Tire:Gdyr. 16x7.  Tenaxid  4 Ply.
    Skis (manufacturer, model, and weight) ...............................................
    Floats (manufacturer and model) ...............................................
OK  CENTER SECTION AND FUSELAGE ........OK...........................................

### WINGS

Left lower ....OK............................................  Left upper ...Low wing monoplane..............

                                                                Approved position lights? .....Yes........
Right lower ...OK...........................................   Right upper ..........................

                                                                Approved position lights? ...Yes..........
OK  POWER PLANT AND INSTALLATION ..............OK...............................................

Total aircraft flight time ........181:17........  Flight time since overhaul ........0........
Total engine time ...............182:42........  Flight time since engine change or overhaul 0....
Total propeller time ............182:42........  Flight time since propeller disassembly and inspection ....0....
REMARKS: ..................................................................................

NOTE.—If space provided is insufficient for full statement of result of inspection, additional data may be shown on extra sheet.

**Figure 3: Amelia Earhart's aircraft inspection report dated 5-19-1937 indicating the condition of her plane and size of the front wheel and tailwheel.**



Figure 4: CAD model based on Earhart photo with 16 inch wheel (Earhart inspection report).



Figure 5: The rear landing gear with Amelia Earhart prior to her Miami departure.
(http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/05_Skullduggery/05_Skullduggery.html).
Photo from: http://tighar.org/smf/index.php?topic=571.165



Figure 6: A composite image of the proposed rear landing gear from the 2010 1920x1080 rover video, created by Fatih Calakli; 33737.png.



Figure 7: Still image of the proposed tailwheel from the 2010 1920x1080 rover video.



Figure 8: Five segments of the cable were bounded by rectangles, representing the cross-section of the rope. The rope was calculated to have an average diameter of 0.68" with a 0.01" standard deviation based on the CAD model of the tailwheel.



Figure 9: Five segments of the cable were bounded by rectangles, representing the cross-section of the rope. The rope was calculated to have an average diameter of 0.76" with a 0.07" standard deviation based on the CAD model of the tailwheel.