

Figure 22: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 23: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 24: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 25: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 26: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 27: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 28: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 29: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 30: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 31: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 32: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 33: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 34: Supplemental photograph of Grace McGuire's Electra Model 10.



Figure 35: Supplemental photo of a crashed Lockheed Electra aircraft in Idaho. Photograph from http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/69_BevingtonObjectUpdate/69_BevingtonObjectUpdate.html.



Figure 36: Supplemental photo of a crashed Lockheed Electra aircraft in Idaho. Photograph from http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/69_BevingtonObjectUpdate/69_BevingtonObjectUpdate.html.



Figure 37: Supplemental photo of a crashed Lockheed Electra aircraft in Idaho. Photograph from http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/69_BevingtonObjectUpdate/69_BevingtonObjectUpdate.html.



Figure 38: Supplemental photo of a crashed Lockheed Electra aircraft in Idaho. Photograph from http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/69_BevingtonObjectUpdate/69_BevingtonObjectUpdate.html.



Figure 39: Supplemental photo of a crashed Lockheed Electra aircraft in Idaho. Photograph from http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/69_BevingtonObjectUpdate/69_BevingtonObjectUpdate.html.

---

[i] http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/63_DebrisField/63_DebrisField.htm, TIGHAR, Earhart Project Research Bulletin, August 26, 2012

[ii] http://tighar.org/Projects/Earhart/Archives/Research/Bulletins/65_DebrisFieldAnalysis/65_DebrisFieldAnalysis.html, TIGHAR, Earhart Project Research Bulletin #65 from October 2, 2012