John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@rothgerber.com
astedillie@rothgerber.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

## ORDER TO EXTEND DISCOVERY DEADLINES

2

**THIS MATTER** having come before the Court on the S*tipulated Motion to Extend Discovery Deadlines*, and the Court having reviewed the *Motion* and the file herein, and being otherwise fully informed, **FINDS** that the *Motion* should be granted.

**IT IS ORDERED, ADJUDGED AND DECREED** that the deadline within which Defendants must file their expert designations is hereby extended to April 15, 2014, and the discovery cut-off date in this matter is extended to June 15, 2014.

**DATED** this \_\_\_\_ day of April, 2014

_____
The Honorable Mark L. Carman
United States Magistrate