**John Masterson, Bar No. 5-2386**
ROTHGERBER JOHNSON & LYONS, LLP.
123 West First Street, Suite 200
Casper, Wyoming 82601
Office Telephone: (307) 232-0222
Cell: (307) 258-1577
Facsimile: (307-232-0077
Email: jmasterson@rothgerber.com

**William J. Carter, ISB No. 5295** *(Pro Hac)*
DEAN & CARTER, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Office Telephone: (208) 489-6004
Cell: (208) 869-3665
Facsimile: (208) 246-6363
Email: carter@dean-carterlaw.com

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TIMOTHY MELLON, | ) | |
| | ) | |
| Plaintiff, | ) | **Cause No. 13-CV-118 SWS** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE INTERNATIONAL GROUP FOR | ) | **DEFENDANT'S DESIGNATION OF** |
| HISTORIC AIRCRAFT RECOVERY, a | ) | **EXPERT WITNESSES** |
| Delaware non-profit corporation and | ) | |
| RICHARD GILLESPIE, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to this Court's October 10, 2013 order and U.S.D.C.L.R. 26.1, The Defendants,

THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-

profit corporation and RICHARD GILLESPIE, an individual disclose the following expert witnesses:

1) **James Ian Ebert, BA, MA, Ph.D.**

   (A) **Written Report:**  See Exhibit B.

   (B) **Field of Expertise:**  Anthropology, archaeology, use of the scientific methods and techniques of photogrammetry, photo analysis, digital imaging and image processing, and digital mapping technologies.

   (C) **Qualifications:**  See Exhibit A.  Dr. Ebert is an anthropologist, an archaeologist, and a forensic scientist, and in each of these professional areas makes intensive use of the scientific methods and techniques of photogrammetry, photo analysis, digital imaging and image processing, and digital mapping technologies.  Dr. Ebert has more than 30 years of experience in the application of these methods and technologies in analyzing, measuring and mapping details of crime and accident scenes, archaeological and historic sites, and aspects of the interaction of the environment and cultural use of the landscape through time, using historic aerial and other photographs and image sources.  Dr. Ebert is also Certified Photogrammetrist.

   (D) **Designation of Opinion and Methodology:**  See Exhibit B.

   (E) **Publication and Deposition Testimony:**  See Exhibits A and C.

   (F) **Fees:**  Dr. Ebert, $245.00/hour, Professional Associate, $115.75/hour, Photo analytical assistant/digital mapping, $69.25/hour, Technical Assistant, $53.50/hour, Clerical, $29.25/hour.

**[Continued next page]**

**2) Dr. Les Kaufman, Ph.D.**

(A) **Written Report:**  See Exhibit E.

(B) **Field of Expertise:**  Marine biologist specializing in coral reef biology and geology.

(C) **Qualifications:**  See Exhibit D.  Dr. Kaufman has been diving on and studying coral reefs in the Pacific, Atlantic, and Indian oceans for more than forty years, approximately 2500 SCUBA dives, four prolonged saturation and surface-support missions, and the routine use of several remote operated and benthic camera sled vehicles.  For the past six years Dr. Kaufman has been an active member of the Phoenix Islands Protected Area Research Team and was on a month-long 2009 expedition to PIPA that included a several-day stay at Nikamaruro, snorkeled areas between the main channel and the Norwich City wreck in addition to dives on the seaward face of the reef around the atoll edge.  Dr. Kaufman has examined a very wide range of metallic and other man-made objects that had been lost or abandoned in coral reef environments for anywhere from a few days to many decades or centuries underwater including a good deal of military and aeronautical debris.  Dr. Kaufman is frequently involved in the analysis and interpretation of underwater video as part of our assessment work on coral reefs, in the Gulf of Maine, and in tropical great lakes.

(D) **Designation of Opinion and Methodology:**  See Exhibit E.

(E) **Publication and Deposition Testimony:**  See Exhibit D.

(F) **Fees:**  $250 per hour plus expenses.

**3)** Any expert disclosed by Plaintiffs.

**4)** Any expert needed for rebuttal, impeachment or foundation.

**[Signature page follows]**

Dated this 15th day of April, 2014.

DEAN & CARTER, PLLC.


By_____/s/_____
William J. Carter
Attorney for Defendants

John A. Masterson
Lewis Roca Rothgerber LLP

**EXHIBIT A**

**Résumé**

James Ian Ebert
Ebert & Associates, Inc.
3700 Rio Grande NW, Suite 3
Albuquerque, NM 87107
(505) 344-2345

Born: Washington, DC; June 30, 1948

**ACADEMIC STUDIES:**

BA Anthropology (cum laude): Michigan State University, 1971
MA Anthropology: University of New Mexico, 1977
Ph.D. Anthropology: University of New Mexico, 1986

**1984-Present:  Chief Scientist, Secretary, and Treasurer of Ebert & Associates Inc., 3700 Rio Grande Blvd, Suite 3, Albuquerque, NM 87107, (505) 884-4114.**

**EBERT & ASSOCIATES PROJECTS AND RESEARCH**

National Park Service:  Compilation of technical publication entitled *Measuring Archeological Site Erosion with Aerial Photographs*.  Interagency Archeological Services, San Francisco, 1985-1986.

US Army Corps of Engineers:  Environmental impact research focusing on *Reservoir Bank Erosion and Cultural Resources:  Mapping and Predicting the Erosion of Archeological Sediments at Reservoir along the Middle Missouri River with Sequential Historical Aerial Photographs*. Environmental Laboratory, USAE Waterways Experiment Station, Vicksburg, Contract No. DACW39-86-C-0071, 1986-1989.

US Army Corps of Engineers:  Contract for *Feasibility Study:  Analysis of Erodibility and Rate of Erosion of National Register Archaeological Sites on the McClellan Kerr Arkansas River Navigation System*.  Environmental Resources Branch, Tulsa District, Contract DACW56-88-M-0216, 1987-1988.

National Science Foundation:  Small Business Innovation Research (SBIR) Phase I and II grants (ISI-8722878):  *A System for Distributional Archaeological Survey, Mapping, Data Management, and Analysis*.  SBIR office, 1988-1991.

Department of Justice/Zuni Tribe: *Photointerpretation, image analysis, photogrammetry, and GIS mapping in support of land and water rights litigation*, 1986-present.

Navajo Tribe: *Photointerpretation and photogrammetry in support of Navajo/Hopi land rights litigation*, 1985-1989.

US Army Corps of Engineers:  Workshop instructor, *Archaeological Sites Protection and Preservation Workshop, 12 Aug-16 Aug 1991, Pierre, South Dakota*.  Workshop directed toward physical and biological processes affecting cultural sites, including reservoir bank erosion along the Middle Missouri River (class and field).  Environmental Laboratory, Waterways Experiment Station, Vicksburg.

Department of Justice/Bureau of Indian Affairs: *Photointerpretation and Mapping of Traditional Irrigation and Water Use within the Navajo and Hopi Reservations.*

USDA Forest Service and other federal and State of Alaska agencies: *Exxon Valdez Oil Spill Archaeological Assessment.*

State of New Mexico Historic Preservation Division: *The Integration and Automation of Spatial and Nonspatial Cultural Resource Survey Project Data for New Mexico within a Geographic Information Systems Framework.*

Sandia National Laboratories: *Mixed Waste Landfill Site Photointerpretation and Mapping.*

Bureau of Indian Affairs and Department of Justice: *Design and Implementation of Geographic Information Systems structure and database for the Little Colorado Water Rights Litigation.*

Tanzania, East Africa (6-8/1989); *Field investigations at Olduvai Gorge to determine the feasibility of conducting distributional archaeological recording for archaeological analyses; transect survey, excavation, in-field artifact analysis.* National Science Foundation grant, to Dr Robert Blumenschine (Rutgers U).

Micronesian Archaeological Research Services, Agana, Guam: *Laboratory Coding of Lithic Artifact Attributes using Ebert & Associates' DART (Data Acquisition and Retrieval Technology) Software System.* 1992 through present.

Sandia National Laboratories, Albuquerque, New Mexico [12/93-6-94]: *Spatial and Temporal Analysis and Mapping of Waste Disposal and Land Disturbance through Historic Aerial Photointerpretation and GIS Applications: Technical Area 2, Sandia National Laboratories.*

Tanzania, East Africa [1/94-1/98]: *Distributional Archaeology and Excavations at Olduvai Gorge.* National Science Foundation Grant with Robert Blumenschine, Rutgers University.

Sandia National Laboratories, Albuquerque, New Mexico: *Spatial and Temporal Analysis and Mapping of Waste Disposal and Land Disturbance through Historic Aerial Photointerpretation and GIS Applications: Tijeras Arroyo Environmental Restoration Area, Sandia National Laboratories.*

City of Pueblo, Colorado: *Mapping of the plaza of El Pueblo from historic terrestrial and aerial photographs.* February-July 1995.

Getty Conservation Institute, Los Angeles: *Geographic Information Systems and Related Digital Technologies for the Integration of Historic and Contemporary Photograhic, Remote Sensing, and Mapped Data at World Heritage Cultural and Other Sites -- Demonstration Project.* Start date approximately March 1, 1996.

Bureau of Indian Affairs/US Department of Justice. *Photointerpretation of Historic Irrigation on the Mescalero Indian Reservation.* 1996-1997.

Bureau of Indian Affairs/US Department of Justice. *Photointerpretation and Mapping of Historic Irrigation on the Zuni Indian Reservation.* 1996-1997.

Bureau of Indian Affairs/US Department of Justice. *Analysis of evidence of Prehistoric Irrigation on the San Juan, San Ildefonso, and Santa Clara Indian Reservations and Traditional Use Areas in the Santa Cruz and Chama Watersheds.* 1996-1997.

Department of Justice/Bureau of Indian Affairs. *Archaeological survey, mapping, and hydrologic and ethnohistoric analysis of prehistoric and historic Native American agricultural fields and water use for purposes of water rights litigation in the Rio Chama and Santa Cruz River drainages, New Mexico.* 1998-1999.

*Historic Aerial Photo Analysis and Mapping in the matter of State of Arizona and the Little Colorado River System.* Photogrammetric analysis and mapping on the Navajo Reservation in the Little Colorado River Basin, AZ, 1990-present.

*Historic Aerial Photo Analysis and Mapping in support of General Stream Adjudication, State of New Mexico vs. USA.* Photogrammetric analysis and mapping on the Navajo Reservation in the San Juan Basin, NM. 2005-2011.


## PREVIOUS WORK EXPERIENCE

Archeologist (Branch of Remote Sensing, National Park Service, 6/73-1/84): Research, development of remote sensing methods for cultural resource management, study. Dr. Thomas R. Lyons, supervisor.


## GRANTS

"A System for Instrument-Assisted Distributional Archaeological Survey." National Science Foundation Small Business Innovation Program Phase I grant, June-August 1987, $30,000.

"A System for Distributional Archaeological Survey, Mapping, Data Management and Analysis." National Science Foundation Small Business Innovation Program Phase II grant, September 1988-February 1991, $207,174.

"A Study of the Feasibility of Developing Generally Applicable Methods and Techniques for Conversion of Existing State Cultural Resource Databases to Geographic Information Systems." Phase I Small Business Innovation Research (SBIR) grant, National Science Foundation; NSF Grant No. III-9360278 received February 14, 1994, grant period 2/15/94-10/31/94, $64,993.

"Rock Art Data Recording, Management and Analysis: An Integrated System Incorporating 3-Dimensional Digitizing, Geographic Information Systems, Photogrammetry, and other Digital Mapping and Imaging Technologies." Phase I Small Business Innovation Research (SBIR) Grant, National Science Foundation, start date March 1, 1996. $74,670.

"Olduvai Landscape Archaeology Project: Aerial Photography and Photogrammetric Mapping Support." Principal Investigator. Research grant, Committee for Research and Exploration, National Geographic Society, Washington, DC. June-December 1996. $19,750.

"Use of Remote Sensing Images to Evaluate and Monitor Condition of Prehistoric Earthen Structures." Principal Investigator. Research grant, National Center for Preservation Technology and Training, National Park Service. September 1996-December 1997. $40,000.

"Rock Art Data Recording, Management and Analysis: An Integrated System Incorporating 3-D Laser and Contact Digitizing, Geographic Information Systems, Photogrammetry, and Other Digital Mapping and Imaging Technologies." Phase II Small Business Innovation Research (SBIR) Grant, National Science Foundation, start date July 15, 1998. Award No. DMI-9801160. $299,966.

## FIELD EXPERIENCE:

Olduvai Gorge, Tanzania (6-8/89; 6-8/94; 6-8/95; 7-8/96; 12/97-1/98; 7-8/01; 8/02). Coordinator: mapping, cartography, and spatial database compilation and management; distributional archaeological survey and excavation. *Olduvai Landscape Archaeology Project* (funding by National Science Foundation, L. S. B. Leakey Foundation). Rutgers University and University of Dar es Salaam.

Oklahoma (1/88); field inspection for study of feasibility of using sequential aerial photographs for mapping site boundaries, erosion, and other impacts at sites at Corps of Engineers reservoirs along the Arkansas River. On contract with Tulsa District, Corps of Engineers.

North Dakota, South Dakota, and Nebraska (8/88-10/88); field inspection, survey and mapping of twelve reservoir-threatened archaeological sites along Middle Missouri River in conjunction with Corps of Engineers reservoir bank erosion study.

Tonque Pueblo, central New Mexico (6-7/87); surface distributional archaeological survey incorporating in-field computer data recording techniques, EDM mapping. Technique and software development and field research conducted under National Science Foundation SBIR Program award ISI-8660765.

Swaziland (6-8/86); ethnographic, environmental fieldwork for purposes of assessing environmental education and research needs and incorporating remote sensor data and methods into traditional sector environmental educational curricula.

Tuba City/Moenkopi, Arizona (3/86);aerial photo and map analysis and ethnographic fieldwork in conjunction with Navajo-Hopi 1934 Land Dispute land use assessments.

Palm Springs, California (4/84-10/84); field checking of photointerpretations of prehistoric and historic irrigation and other features on Cahuilla Reservation with Cultural Systems Research, Inc.

Green River Basin, Wyoming (6/84-8/84); remote sensing-directed, nonsite survey and analysis around Fontenelle Reservoir; sample design, EDM mapping, distributional survey; principal investigator. Branch of Remote Sensing, National Park Service.

Shenandoah National Park, Virginia (8/79); archaeological survey assisted by remote sensor-derived predictive model. Branch of Remote Sensing, National Park Service.

San Juan Basin, New Mexico (10/78); ground-truth checking of ecologic/cover-type stratification in support of cultural resources prediction and sampling. Branch of Remote Sensing, National Park Service.

North Slope, Alaska (6/77-7/77); field reconnaissance in support of remote sensing-based sample stratification for cultural resource sampling and prediction in the National Petroleum Reserve in Alaska. Archaeology Area Office, National Park Service, Anchorage.

Botswana, southern Africa (6/75-9/76); archaeological, ecological, ethnological fieldwork in Central District of Botswana. Middle, Late Stone Age archaeological survey and excavation; ethnoarchaeology and development planning work with Basarwa (Bushmen). Department of Anthropology, University of New Mexico.

Chaco Canyon, New Mexico (5-9/73; 6-8/74); survey, excavation of Pueblo-period sites associated with prehistoric roadway system; aerial photo interpretation and analysis of prehistoric roadways, archaeological sites, structures. Remote Sensing Division, National Park Service.

Kenya, East Africa (8-12/69); archaeological survey and excavation, Turkana Region under NSF grant. Department of Anthropology, Michigan State University.

Northern Michigan (6-9/67;6-9/68); archaeological survey and excavation of Woodland and early Historic sites. Michigan State University Museum.

**MEMBERSHIPS:**

Society for American Archaeology
American Anthropological Association
American Society of Photogrammetry and Remote Sensing
  (Member and Certified Photogrammetrist)
American Academy of Forensic Sciences (Fellow)

## ANTHROPOLOGICAL/DEVELOPMENT-RELATED EXPERIENCE

Remote sensing and GIS applications: Zuni Indian Tribe, New Mexico. For Institute of the NorthAmerican West, Albuquerque, New Mexico. Photointerpretation, remote sensing, and GIS applications for Zuni Indian Tribe land damage and environmental resource assessments, specifically in areas of erosion and other environmental degradation, forestry and forest resource assessment and inventory, and analysis of historic terrestrial and aerial photographs. Mr. Richard Hart, Institute of the NorthAmerican West.

Development Remote Sensing and Environmental Education (June-September 1986); develop curriculum for traditional-sector environmental education incorporating remote sensing in Swaziland; overview of conservation research needs in agriculture, range management, desertification control, drought response, erosion control, and recommendation of remote sensing-based solutions. Consultancy with Transcentury Corp., Washington, DC/USAID. Dr. Robert K. Hitchcock/Marilyn Richards, Transcentury.

Fieldwork with Basarwa (Bushmen), Central District, Botswana, June 1975 through September 1976. Ethnographic and ethnoarchaeological research on Basarwa settlement patterns, agriculture, education, and their relationship with other cultures, government and tourism in Botswana. Under auspices of National Science Foundation-supported research, Dr. Henry Harpending and Dr. Patricia Draper, Department of Anthropology, University of New Mexico. Continued research following fieldwork, to present. Co-president, Kalahari Peoples Fund.

Agricultural Training Consultant, Technology Applications Center, University of New Mexico/National Aeronautics and Space Administration, Albuquerque, April through August 1984. Conducted training program for visiting agricultural scientists from Peoples Republic of China in the use of aerial photographs and satellite remote sensing data, interpretation and analysis for agricultural crop and rangeland monitoring and assessment. Dr. Stanley A. Morain, Director.

Remote Sensing Consultant, Brown and Bain, Attorneys at Law, Phoenix, Arizona. Photointerpretation, electronic image analysis and related supportive fieldwork concerning Navajo Indian subsistence, settlement, and land use in the Navajo-Hopi 1934 land dispute. Mr. Terry Fenzl.

# FORENSIC QUALIFICATIONS

## COURT APPEARANCES AND QUALIFICATION AS EXPERT WITNESS:

1. Johnny K. Moore vs. the State of New York, Hon. Dolores Denman, State Supreme Court of New York, Buffalo (April 1980)
2. Helen Sikes Homicide, State Supreme Court of New York, Queens (May 1981)
3. Superior Court of California, Santa Cruz, CA (September 1981)
4. Lemuel Smith vs. State of New York, State Supreme Court of New York, Poughkeepsie (February-March 1983)
5. David Wayne Spence vs. State of Texas, Texas Northern District Court, McLennan County, Waco, Texas, June 26, 1984.
6. State of Washington vs. Brett Kendrick,  Washington Superior Count, King County (Seattle), January 28, 1985.
7. State of Texas vs. Muneer Mohammed Deeb, 249th District Court of Texas, Cleburne, Johnson  County, Texas, March 4, 1985.
8. Gomez vs. Four Seasons [civil], State Supreme Court of New York, New York County, March 12, 1985.
9. State of Texas vs. David Wayne Spence, Bryan, Texas, October 11, 1985.
10. State of New Mexico vs. Hererra [Grand Jury], Santa Fe, New Mexico, November 26, 1985.
11. State of Texas vs. Mann, Gatesville, Texas, May 21, 1986.  52nd Judicial District, Coryell County, Texas.  Judge Robert Yale.
12. State of New Mexico vs. Hererra, May 23, 1986.  Estancia, New Mexico.  District Attorney Chet Walter.
13. State of Texas vs. Clifton Eugene Belyeu, Waco, McLennan County, Texas.  District Attorney Vic Feazell.  August 2, 1986.
14. State of California vs. Noguera, Orange County, California; Superior Court, Judge Robert R. Fitzgerald, April 6-8, 1987.
15. State of Texas vs. Joe Sidney Williams, District Court, McLennan County, Waco, Texas, May 13, 1987.  District Attorney Victor Feazell (court hearing).
16. State of Texas vs. Joe Sidney Williams, District Court, McLennan County, Texas, August 27, 1987.  District Attorney Victor Feazell.
17. State of New York vs. Robert Chambers, New York Supreme Court, Manhattan. March 3-4, 1988.  Defense attorney Jack T. Litman.
18. State of Texas vs. Graf, Texas District Court, March 1988.  Mr. Vic Feazell, District Attorney, McLennan County, Waco, Texas.
19. Damiani vs. Tecumseh Engine Corp., Binghampton, NY, February 1989.  Mr. James Goss, Dean & Fulkerson, Troy, Michigan.  Civil case, involving image analysis and accident reconstruction and mapping.
20. Roger Bolduc v. Connecticut Light and Power.  Waterbury, CT, December 5, 1989. Mr. George D. Royster, Halloran, Sage, Phelon and Hagarty, Hartford, CT (plaintiff's counsel).
21. United States and the Zuni Indian Tribe v. Earl Platt.  US District Court, Phoenix.  Mr. Hank Meshorer, Chief of Indian Affairs, US Justice Dept., plaintiff's counsel.
22. State of Texas v. Muneer Mohammed Deeb, Ft. Worth, TX, December 8, 1992.  Special prosecutor Bill Lane, Lane and Lane, Ft. Worth, TX.
23. United States v. Joy Beth Hubbard.  Raleigh, NC, June 2, 1993.  Federal District Court, Eastern District of North Carolina, Judge Earl Britt.  G. Neil Yarborough, atty. (defense).
24. Cramer v. Harley Davidson.  Catskill, NY, February 3-4, 1994.  Defense attorney Arthur Thorn, Thorn & Gershon, Albany, NY.
25. State of Arizona vs. Fulminante.  Phoenix, Arizona; June 1994.  Defense Attorneys Dennis Jones and Chuck Steese.
26. State of Arizona vs. John Henry Carpenter (Bob Crane homicide trial).  Phoenix, AZ; October 11, 1994.  Prosecutor Robert J. Shutts.
27. State of Texas vs. Kizer Kip Grays.  Pampa, TX; November 8, 1994. Defense atty. Robert Comer, Pampa, TX.

28. The Ekotek Site PRP Committee v. Steven M. Self, et al.  United States District Court, District of Utah, Central Division.  Case No. 2-94CV00277L.  William Dryden, Elam & Burke, Boise, ID, defense attorney.

29. Rohm and Haas, et al. v. United States Liability Insurance Co., et al., Superior Court of New Jersey, Law Division:  Mercer County,  Docket No. MER-L-004664-95, January 20-21, 1999, Princeton, NJ, AND Rohm and Haas, et al. v. AIU Insurance Co., et al., Docket No. L-87-4920, Superior Court of New Jersey, Law Division:  Mercer County,  January 20-21, 1999, Princeton, NJ.

30. Jerry Young and Marguerita Breen-Young, Plaintiffs, vs. Edmund Healy, Defendant and Edmund Healy and Trudy Healy, Counter-Plaintiffs/Third-Party Plaintiffs, vs. Jerry Young, et al., Counter-Defendants/Third-Party Defendants.  Eighth Judicial District Court, County of Taos, State of New Mexico.No. 96-103-CV.  Trial tesimony May 18, 2000, Taos, New Mexico

31. Robert Starks, Plaintiff, vs. Randolph "Duke" White, William Logan, and Dave Cordova, Defendants.  US District Court, State of New Mexico, Civ. No. 98-00630-JC/WWD. Warren W. Edginton, Senior US District Judge.  Trial testimony December 19, 2000, Albuquerque, New Mexico

32. El Rucio Land and Cattle Company, Inc., San Juanito Land Partnership Ltd., McAllen Trust Partnership, and James Argyle McAllen, Plaintiffs, vs. Forest Oil Company and Daniel B. Worden, Defendants.  Abritration  testimony before the honorable Daryl K. Bristow, Clayton J. Hoover, and Donato D. Ramos.  Testimony, November 7, 2011. Houston, Texas.

33. Chevron Corp. v. Donziger, et al.  Federal Court, Case No. 11 Civ. 0691 (LAK). Testimony, November 1, 2013. New York, New York.

## CERTIFICATIONS, CONSULTANCIES AND ADDRESSES

Training curriculum, International Association of Arson Investigators Inc., Oregon Chapter 31, 29th Annual Advanced Fire and Arson Seminar, September 10-13, 2007,  Bend, Oregon.

Invited keynote lecture, Evidence Photographers International Council, 2004 School of Evidence Photography, Albuquerque, NM, October 30, 2004

Forensic Guest of Honor, Magna cum Murder; Ball State University, Muncie, Indiana, October 26-28, 2001

Invited Workshop presentation:  Aerial photogrammetry in Environmental Forensic Investigations.  First International Congress on Petroleum Contaminated Soils, Sediments and Waters, 14-17 August 2001, Imperial College, London.

Invited Keynote Address, Trimble Navigation Systems Users Conference, San Jose, CA, October 14, 1998.

Certified Photogrammetrist, [ASPRS], (No. 534), American Society of Photogrammetry and Remote Sensing

Photogrammetrist, New York State Police Medicolegal Investigations Unit, 1985-present.

Research Associate, Technology Application Center, NASA/University of New Mexico, Albuquerque, New Mexico, 1980-1994.

Consultant, US Army Central Identification Laboratory, Ft. Shafter, Hawaii; image analysis and photogrammetry for MIA and air crash victim identification, November 1986-1993.

Invited lecture on forensic image analysis, forensic photogrammetry, and the forensic use of geographic information systems for the American Society of Forensic Odontologists, at the annual meeting of the American Society of Forensic Odontologists, February 11, 1986.

Invited plenary address, National Association of Medical Examiners annual meeting, Tucson, Arizona, November 1986. Topic: Electronic Image Analysis for the Forensic Scientist.

Organizer, participant and moderator, workshop on "Hardware, Software, and Graphics: Photogrammetry, Photography, Image Analysis and Geographic Information systems for Forensics," Annual Meeting of the American Academy of Forensic Sciences, San Diego, CA, February 17, 1987.

rev. 11/2013

**Exhibit B**

**LIST OF PUBLICATIONS**
James Ian Ebert

**This list includes materials which have appeared in print, or which have been accepted for publication and are currently in press.**

1. Ebert, James I.
   1973  Research Design -- Sampling.  In Wimberly, M. and P. Eidenbach, eds., **Human Systems Research Technical Manual**. Albuquerque, NM: Human Systems Research.

2. Judge, W. James, James I. Ebert, and Robert K. Hitchcock
   1975  Sampling in Regional Archaeological Survey.  In Mueller, James W., ed., **Sampling in Archaeology**, pp. 82-123.  Tucson: University of Arizona Press.

3. Lyons, Thomas R. and James I. Ebert
   1975  Chapter 26: People, Past and Present.  Archaeology, Aerial Techniques.  In Reeves, Robert G., ed., **Manual of Remote Sensing**, pp. 1999-2018.  Falls Church, VA: American Society of Photogrammetry.

4. Ebert, James I. and Robert K. Hitchcock
   1975.  Chaco Canyon's Mysterious Highways.  **Horizon** XVII(4), Autumn 1975.

5. Lyons, Thomas R., James I. Ebert and Robert K. Hitchcock
   1976  Archaeological Analysis of Imagery of Chaco Canyon Region, New Mexico.  In Williams, Richard S. and William D. Carter, eds., **ERTS-I, A New Window on Our Planet**, pp. 304-306.  **USGS Professional Paper No. 929**.  Washington, DC: US Government Printing Office.

6. Ebert, James I., Melinda C. Ebert and Robert K. Hitchcock
   1977  Anthropological, Archaeological and Ecological Investigations in the Central District of Botswana.  **Botswana Notes and Records** 9, Gaborone, Botswana:  The Botswana Society.

7. Ebert, James I., Melinda C. Ebert and Robert K. Hitchcock
   1976  Atmospheric Transmission of Solar Radiation: A Note on One Class of Data Being Gathered by the University of New Mexico Kalahari Project.  **Botswana Notes and Records** 8, pp. 299-300.  Gaborone, Botswana: The Botswana Society.

8. Ebert, James I., Melinda C. Ebert, Robert K. Hitchcock, and Axel Thoma
   1976 An Acheulean Locality at Serowe, Botswana.  **Botswana Notes and Records** 8:29-37.  Gaborone, Botswana: The Botswana Society.

9. Ebert, James I., Melinda C. Ebert and Robert K. Hitchcock
   1976  The Missing Link Between Past and Present.  **Kutlwano** 15(9), p. 29.  Gaborone, Botswana.

10. Ebert, James I., Melinda C. Ebert, and Robert K. Hitchcock
    1976  Archaeology/Tsa Segologolo: Tshwaraganyo E E Seyong Magareng A Segologolo Le Sesa.  **Kutlwano** 15(9), p. 28.  Gaborone, Botswana.

11. Ebert, James I. and Robert K. Hitchcock
    1977 The Role of Remote Sensing.  In Reher, Charles A., ed., **Settlement and Subsistence Along the Lower Chaco River: The CGP Survey**, pp. 191-216. Albuquerque, NM: University of New Mexico Press.

12. Ebert, James I.
    1977 Remote Sensing Techniques Within an Archaeological Research Framework: Methods, Economics, and Theory.  In Lyons, Thomas R. and Robert K. Hitchcock, eds., **Aerial Remote Sensing Techniques in Archeology**, pp. 169-201.  Albuquerque, NM: National Park Service.

13. Ebert, James I. and Thomas R. Lyons
    1976 The Role of Remote Sensing in a Regional Archaeological Research Design: A Case Study.  In Thomas R. Lyons, ed., **Remote Sensing Experiments in Cultural Resource Management: Non-Destructive Methods of Archeological Exploration, Survey, and Analysis**, pp. 5-9.  **Reports of the Chaco Center** No. 1.  Albuquerque, NM: National Park Service.

14. Pouls, Basil G., Thomas R. Lyons, and James I. Ebert
    1976 Photogrammetric Mapping and Digitization of Prehistoric Architecture: Techniques and Applications in Chaco Canyon National Monument.  In Thomas R. Lyons, ed., **Remote Sensing Experiments in Cultural Resource Studies: Non-Destructive Methods of Archaeological Exploration, Survey, and Analysis**, pp. 103-115.  **Reports of the Chaco Center** No. 1. Albuquerque, NM: National Park Service.

15.  Ebert, James I.
    1976 Introduction.  In Lyons, Thomas R., ed., **Remote Sensing Experiments in Cultural Resource Studies: Non-Destructive Methods of Archeological Exploration, Survey and Analysis**, pp. 1-3.  **Reports of the Chaco Center** No. 1.  Albuquerque, NM: National Park Service.

16. Hitchcock, Robert K., James I. Ebert, M. C. Ebert and A. Thoma
    1977 Serowe's Past: The Prehistoric and Historic Archaeology of the Bamangwato Tribal Capital.  **Botswana Magazine**.  Gaborone, Botswana.

17. Hitchcock, Robert K., James I. Ebert and M. C. Ebert
    1977 Regional Archaeological Research in Eastern Botswana.  **Archaeologia Zambiana** No. 19, pp. 6-7.  Lusaka, Zambia.

18. Hitchcock, Robert K. and James I. Ebert
    1977 Regional Studies of Basarwa (Bushmen) in Eastern Botswana.  **South African Journal of Science**.  Capetown, Republic of South Africa.

19. Hitchcock, Robert K., James I. Ebert, A. L. Crowell, H. V. Esche, and M. C. Ebert
    1978 Fishermen of the Nata River.  **Botswana Magazine**.  Gaborone, Botswana.

20. Ebert, James I.
    1979 An Ethnoarchaeological Approach to Reassessing the Meaning of Variability in Stone Tool Assemblages.  In Kramer, Carol, ed. **Ethnoarchaeology: Implications of Ethnography for Archaeology**, pp. 59-76.  New York City: Columbia University Press.

21. Hitchcock, Robert K., Bryan A. Marozas and James I. Ebert
    1977 Analogy and the Archaeology of hunters and Gatherers.  **California Anthropologist** Vol. VII, No. 2, pp. 14-26.

22. Ebert, James I.
    1980 Comparability Between Hunter-Gatherer Groups in the Past and Present: "Modernization" versus Explanation. **Botswana Notes and Records** Vol 10, pp. 19-26.  Gaborone, Botswana: The Botswana Society.

23. Ebert, James I. and Robert K. Hitchcock
    1980   A Short Note on Some Special Data Handling Problems for Arid Zones of Africa. **Proceedings of the 8th Panafrican Congress of Prehistory and Quaternary Studies, Nairobi, September 1977**, pp. 31-32.  Nairobi: The International Louis Leakey Memorial Institute for African Prehistory.

24. Ebert, James I.
    1977  **Hunting and Its Role in a Developing Botswana**.  Gaborone, Botswana: Ministry of Local Government and Lands, Government of Botswana.

25. Ebert, James I.
    1978  Suggestions for a National Institute of Research.  In Haagland, Gunnar, ed., **Report on the Monitoring of the Tribal Grazing Land Policy**.  Gaborone, Botswana: Ministry of Local Government and Lands, Government of Botswana.

26. Ebert, James I. and Galen N. Brown
    1977 **Ecologic/Cover-Type Mapping for Purposes of Cultural Resources Sampling in NPRA (National Petroleum Reserve in Alaska**.  Albuquerque, New Mexico: Remote Sensing Division, National Park Service.

27. Ebert, James I.
    1977 What is the Problem?  In **Proceedings of the Meeting on Landsat in Alaska: Remote Sensing for Resource Inventory**, pp. 47-48.  Anchorage, AK: Bureau of Land Management.

28. Ebert, James I. and Robert K. Hitchcock
    1978  Ancient Lake Makgadikgadi: Mapping, Measurement, and Palaeoclimatic Significance. In J. A. Coetzee and E. M. vanZinderen Bakker, eds., **Palaeoecology of Africa**, Vol. X, pp. 47-56.  Rotterdam: A. A. Balkema.

29. Hitchcock, Robert K., James I. Ebert, and M. C. Ebert
    1976  Regional Studies in eastern Botswana: Archaeological, Ecological and Ethnological Research by the University of New Mexico Kalahari Project.  **South African Association of Archaeologists Newsletter**, Vol. 8, pp. 3-4.

30. Jess R. Price, James I. Ebert, and Thomas R. Lyons
    1978  **Space Age Archaeology**.  22-minute film produced by the University of New Mexico Photo and Cine Services, Albuquerque, New Mexico.

31. Ebert, James I. and Thomas R. Lyons (editors)
    1978   **Remote Sensing and Non-Destructive Archaeology**.  Washington, DC:  cultural resources Management Division, National Park Service.

32. Ebert, James I.
    1978 Introduction. In Ebert, James I. and Thomas R. Lyons, ed., **Remote Sensing and Non-Destructive Archeology**, pp. 1-3.  Washington, DC: Cultural Resources Management Division, National Park Service.

33. Ebert, James I.
    1978 Remote Sensing and Large-Scale Cultural Resource Management.  In Ebert, James I. and Thomas R. Lyons, eds., **Remote Sensing and Non-Destructive Archeology**, pp. 21-34. Washington, DC: Cultural Resources Management Division, National Park Service.

34. Ebert, James I. and Galen N. Brown
    1978 Ecological Mapping for Purposes of Sample Stratification in Large-Scale Cultural Resources Assessment: The National Petroleum Reserve in Alaska. In Ebert, James I. and Thomas R. Lyons, eds., **Remote Sensing and Non-Destructive Archeology**, pp. 53-63.  Washington, DC: Cultural Resources Management Division, National Park Service.

35. Ebert, James I.
    1978 A Preliminary Remote Sensing Analysis of Climatic and Environmental Change in the Vicinity of the Planned Yellowhouse Reservoir, Zuni Reservation, New Mexico.  In Hunter-Anderson, Rosalind L., ed., **An Archaeological Survey of the Yellowhouse Dam Area**, pp. 190-207.  Albuquerque, NM: Office of Contract Archaeology, University of New Mexico.

36. Ebert, James I., Thomas R. Lyons and Dwight L. Drager
    1979 Comments on "Application of Orthophoto Mapping to Archaeological Problems." **American Antiquity** 44(2), pp. 341-345.

37. Ebert, James I.
    1978 Remote Sensing of Playa Lakes as a Source of Climatic Data.  **Proceedings of the American Society of Photogrammetry Fall Technical Meeting, Albuquerque, New Mexico, October 15-20, 1978**, pp. 159-175.  Falls Church, VA: American Society of Photogrammetry.

38. Ebert, James I. and Rosalie Fanale

1978 Remote Sensing Measurement of Indicators of Desertification and Their Cultural Correlates (Abstract). **Proceedings of the American Society of Photogrammetry Fall Technical Meeting, Albuquerque, New Mexico, October 15-20, 1978**, p. 193.  Falls Church, VA: American Society of Photogrammetry.

39. Ebert, James I.
    1978 Park Service Participates in Alaska Study. **Cultural Resources Management Bulletin** Vol. 1, No. 3, pp. 6-7.  Washington, DC: Cultural Resources Management Division, National Park Service.

40. Ebert, James I. and Galen N. Brown
    1978 Remote Sensing to Support Management at White Sands National Monument.  **Cultural Resources Management Bulletin**, Volume 1, No. 3, pp. 11-12.  Washington, DC: Cultural Resources Management Division, National Park Service.

41. Ebert, James I.
    1979 Memorandum on Suggested Mitigation Procedures for Prehistoric Roadways.  In Camilli, Eileen and T. Seaman, **The Crownpoint to Bisti Water Pipeline: Assessment of Cultural Resources for the Public Service Company of New Mexico**, Appendix B.  Albuquerque, NM: Public Service Company of New Mexico.

42. Ebert, James I. and Thomas R. Lyons
    1979 Remote Sensing in the United States: A Preliminary Note.  **Aerial Archaeology**, Vol. 2, pp. 34-36.  Norfolk, England: The Aerial Archaeology Foundation.

43. Ebert, James I.
    1979 Current Research: Archaeological Applications of Remote Sensing.  **Society for Archaeological Sciences Newsletter** Vol. 2, No. 4, p. 1.

44. Ebert, James I.
    1979 News of the Profession: Archaeology and Anthropology Committee in the Society of Photogrammetry.  **Society for Archaeological Sciences Newsletter** Vol. 2, No. 4, p. 3.

45. Ebert, James I. and Thomas R. Lyons (editors)
    1980  **Remote Sensing and Non-Destructive Archaeology**, Second Printing.  Washington, DC: Cultural Resources Management Division, National Park Service.

46. Ebert, James I.
    1980   Book Review: Aerial Archaeology, D. A. Edwards and E. A. Horne, eds.   In **Photogrammetric Engineering and Remote Sensing** XLVI, No. 1, pp. 105-106.  Falls Church, VA: American Society of Photogrammetry.

47. Ebert, James I., Galen N. Brown, Dwight L. Drager, Dick Ping Hsu, and Thomas R. Lyons
    1980 Remote Sensing in Large-Scale Cultural Resources Survey: A Case Study from the Arctic. In Lyons, T. R. and F. J. Mathien, eds., **Cultural Resources Remote Sensing**, pp. 7-54. Washington, DC: Cultural Resources Management Division, National Park Service.

48. Brown, Galen N. and James I. Ebert
    1980 Correlations Between Cover Type and Lithology in the Teshekpuk Lake Area, Alaska: A Remote Sensing Analysis.  In Lyons, T. R. and F. J. Mathien, eds., **Cultural Resources Remote Sensing**, pp. 55-78.  Washington, DC: Cultural Resources Management Division, National Park Service.

49. Ebert, James I. and Thomas R. Lyons
    1980 The Detection, Mitigation and Analysis of Remotely-Sensed, "Ephemeral" Archeological Evidence. In Lyons, T. R. and F. J. Mathien, eds., **Cultural Resources Remote Sensing**, pp. 119-122.  Washington, DC: Cultural Resources Management Division, National Park Service.

50. Ebert, James I. and Robert K. Hitchcock
    1980 Locational Modeling in the Analysis of the Prehistoric Roadway System at and Around Chaco Canyon, New Mexico.  In Lyons, T. R. and F. J. Mathien, eds., **Cultural Resources Remote Sensing**,

pp. 169-208.  Washington, DC: Cultural Resources Management Division, National Park Service.

51. Ebert, James I. and Thomas R. Lyons
    1980 Prehistoric Irrigation Canals Identified from Skylab III and Landsat Imagery in Phoenix, Arizona.  In Lyons, T. R. and F. J. Mathien, eds., **Cultural Resources Remote Sensing**, pp. 209-228.  Washington, DC: Cultural Resources Management Division, National Park Service.

52. Ebert, James I.
    1979 Remote Sensing at Gran Quivira.  **Cultural Resources Management Bulletin**, Vol. 2, No. 4, pp.   Washington, DC: Cultural Resources Management Division, National Park Service.

53. Ebert, James I.
    1980  Pleistocene Geology of the Green River Basin and the Glacial History of the Wind River Range.  In **Field Guide to the Geology of the Rocky Mountain System**, pp. JE-1-4.  Albuquerque, NM: Department of Geology, University of New Mexico.

54. Ebert, James I.
    1980 History of Basins in Southwestern Montana East of the Continental Divide with Emphasis on Erosion Surfaces.  In **Field Guide to the Geology of the Rocky Mountain System**, pp. JIE-1-3.  Albuquerque, NM: Department of Geology, University of New Mexico.

55. Ebert, James I. and Thomas R. Lyons
    1980 Remote Sensing Training for Cultural Resource Managers and Scientists.  In **Technical Papers of the American Society of Photogrammetry ACSM-ASP Convention, St. Louis, Missouri, March 9-14, 1980**, pp.    . Falls Church, VA: American Society of Photogrammetry.

56. Ebert, James I.
    1980 The Archaeology and Anthropology Committee of the American Society of Photogrammetry: Report 1979.  **Aerial Archaeology** Vol. 4, pp. 2-3.  Cambridgeshire, England: The Aerial Archaeology Foundation.

57. Ebert, James I. and Thomas R. Lyons
    1981  Remote Sensing in Archaeology, Cultural Resources Treatment, and Anthropology: The United States of America in 1979.  **Aerial Archaeology**, Vol. 5 (entire issue).  Cambridgeshire, England: The Aerial Archaeology Foundation.

58. Ebert, James I. and Alberto A. Gutierrez
    1981  Cultural Resources Remote Sensing in the Eastern Deciduous Woodland: Experiments at Shenandoah National Park.  In **Proceedings of the Conference on Scientific Research in the National Parks (2nd) Held at San Francisco, California on November 26-30, 1979**, Vol. I, pp. 118-150.  Washington, DC: National Park Service.

59. Lyons, Thomas R. and James I. Ebert
    1981 Photogrammetric Measurement and Monitoring of Historic and Prehistoric Structures.  In **Preprints: Conservation of Historic Buildings and Monuments, A Conference Sponsored by the National Materials Advisory Board, National Research Council**.  Washington, DC: National Academy of Sciences.

60. Ebert, James I. and Alberto A. Gutierrez
    1981 Remote Sensing of Geomorphological Factors Affecting the Visibility of Archaeological Materials.  In **Technical Papers of the American Society of Photogrammetry 47th Annual Meeting, Washington, DC, February 22-February 27, 1981**, pp. 226-236.  Falls Church, VA: American Society of Photogrammetry.

61. Ebert, James I.
    1981 Ellison's Cow. **Science 81**, Vol. 2, No. 10, pp. 68-73.

62. Lyons, T. R., J. I. Ebert, D. Dederich, D. Drager, S. Morain, A. Budge, M. Inglis, and T. Talmon
    1982 **Cultural Resources Remote Sensing: A Curriculum for Cultural Resource Managers, Planners, and Field Personnel**.  Prepared by the Remote Sensing Division, National

Park Service and the Technology Applications Center, NASA, for the US Geological Survey EROS Program under Grant #14-08-0001-G-657, 1981.

63. Ebert, James I.
    1982 Aerial Archaeology and Cultural Resources Remote Sensing: Different Approaches to the Same Goals (Abstract). **International Symposium on Aerial Photography and Archaeology**, p. 7.  Amsterdam: Universiteit van Amsterdam.

64. Ebert, James I.
    1982 Photogrammetry: Tool for Documentation, Monitoring and Analysis of Cultural Resources.  In **Technical Papers of the American Society of Photogrammetry, ASP-ACSM Convention March 14-20, 1982, Denver, Colorado**, pp. 57-61.  Falls Church, VA: American Society of Photogrammetry.

65. Ebert, James I.
    1982 News by Any Other Name.  Letter in **Science News**, Vol. 121, No. 5, p. 67.

66. Lyons, Thomas R. and James I. Ebert
    1982 Photogrammetric Measurement and Monitoring of Historic and Prehistoric Structures.  In **Conservation of Historic Stone Buildings**, pp. 242-271.  Report of the Committee on Conservation of Historic Stone Buildings and Monuments, National Research Council. Washington, DC: National Academy Press.

67. Ebert, James I.
    1982 Archaeology and Anthropology Committee, 1981.  **Photogrammetric Engineering and Remote Sensing**, Vol. XLVIII, No. 7, pp. 1195-1196.  Falls Church, VA: American Society of Photogrammetry.

68. Ebert, James I.
    1982 American Society of Photogrammetry 1981-1982 Report.  **Society for Archaeological Sciences Newsletter**, Vol. 5, No. 4, pp. 3-4.

69. Ebert, James I.
    1981 The Archaeology and Anthropology Committee of the American Society of Photogrammetry.  **Aerial Archaeology**, Vol. 6, pp. 3-4.  Norfolk, England: The Aerial Archaeology Foundation.

70. Ebert, James I.
    1982 Ellison's Cow.  Reprinted in Elvio Angeloni, ed., **Anthropology 82/83**, pp. 89-92.  Annual Editions, Guilford, CT: The Dushkin Publishing Group.

71. Ebert, James I. and Galen N. Brown
    1982 Remote Sensing in the NPR-A Cultural Resources Assessment.  In Davis, Craig W., Dana C. Linck, Kenneth M. Schoenberger, and Harvey M. Shields, eds., **Slogging, Humping, and Mucking Through the NPR-A: An Archeological Interlude**, Appendix B.  Fairbanks: Anthropology and Historic Preservation Cooperative Park Studies Unit, University of Alaska, **Occasional Papers** No. 25.

72. Lyons, Thomas R. and James I. Ebert
    1982  Early Man in the Estancia Basin.  In Grambling, Jeffrey A. and Steven G. Wells, eds., **Albuquerque Country II: New Mexico Geological Society Thirty-Third Annual Field Conference, November 4-6, 1982**, pp. 15-16.  Albuquerque, New Mexico: New Mexico Geological Society.

73. Drager, Dwight L., James I. Ebert, and Thomas R. Lyons
    1982  Remote Sensing and Non-Destructive Archaeology:  Approaches to Cultural Resources Management.  In Plog, Fred and Walter Wait, eds., **The San Juan Basin Tomorrow: Planning for the Conservation of Cultural Resources in the San Juan Basin**, pp. 219-244.  Santa Fe, NM: National Park Service, Southwest Region, and School of American Research.

74. Hitchcock, Robert K. and James I. Ebert
    **In Press.**  Foraging and Food Production Among Kalahari Hunter/Gatherers.  In Clark, J. D. and Steven Brandt, eds., **From Hunters to Farmers**.  Berkeley, CA: University of California Press.

75. Ebert, James I. and Thomas R. Lyons, editor/authors; Bruce W. Bevan, Eileen L. Camilli, Sarah Dennett, Dwight L. Drager, Rosalie Fanale, Nicholas Hartmann, Hans Muessig, and Irwin Scollar, contributing authors
    1983 Chapter 26: Applications in Archaeology and Anthropology.  In Colwell, Robert N., David Simonett, John Estes, Fawwaz Ulaby, and Gene Thorley, eds., **Manual of Remote Sensing**, 2nd edition, pp. 1233-1304 (Vol. II).  Falls Church, VA: American Society of Photogrammetry.

76. Ebert, James I. and Thomas R. Lyons
    1983  Archaeological Geology.  In Chapter 31: Applications in Geology, author/editor Richard S. Williams, Jr.  In Colwell, Robert N., David Simonett, John Estes, Fawwaz Ulaby, and Gene Thorley, eds., **Manual of Remote Sensing**, 2nd edition, pp. 1898-1901.  Falls Church, VA: American Society of Photogrammetry.

77. Ebert, James I.
    1984 Remote Sensing Applications in Archaeology.  In Schiffer, Michael B., ed., **Advances in Archaeological Method and Theory, Volume 7**, pp. 293-362. New York, NY: Academic Press, Inc.

78. Ebert, James I.
    1984  Review of **Air Photo Interpretation for Archaeologists**.  D. R. Wilson.  St. Martin's Press, New York, 1982.  **American Antiquity** 49(1):208-209.

79. Wandsnider, LuAnn and James I. Ebert
    1984    Accuracy in Archaeological Surface Survey in the Seedskadee Project Area, Southwestern Wyoming. **Haliksa'i: UNM Contributions to Anthropology**, Vol. 3, pp. 9-21.

80. Ebert, James I.
    **In Preparation**.  **Remote Sensing in Archaeology and Cultural Resources Management.** For inclusion in a textbook series on "Remote Sensing of Earth Resources and Environment," series editor Vic Klemas.  The Hague: Martinus Nijoff Publishers.

81. Ebert, James I., Signa L. Larralde, and LuAnn Wandsnider
    1985  Predictive Modeling: Current Abuses of the Archaeological Record and Prospects for Explanation.  **Haliksa'i: UNM Contributions to Anthropology**, 4:165-178.

82. Ebert, James I. and Homer R. Campbell
    1985  Discussion of "Photographic Techniques of Concern in Metric Bite Mark Analysis. **Journal of Forensic Sciences** 30(3):599-601.

83. Ebert, James I., Signa Larralde, and LuAnn Wandsnider
    1986 Distributional Archaeology:  Survey, Mapping, and Analysis of Surface Archaeological Materials in the Green River Basin, Wyoming.  In **Archaeological Resources Management on the Great Plains**.  Edited by Alan J. Osborne and Robert C. Hassler.  University of Nebraska Press, Lincoln.  **In Press**.

84. Ebert, James I. and Robert K. Hitchcock
    1986 Modeling Kalahari Hunter-Gatherer Subsistence and Settlement Systems:  Implications for Development Policy and Land Use Planning in Botswana.  In **The Socioeconomic Status of Botswana Basarwa**, edited by Robert K. Hitchcock.  International Work Group for Indigenous Affairs, Copenhagen.  In press.

85. Ebert, James I.
    1986  Environmental Education for Swaziland's Traditional Sector Emphasizing Remote Sensing as a Communications and Development Medium.  Swaziland Ministry of Agriculture and Cooperatives, Mbabane, Swaziland.  In Press.

86. Pinsonneault, Maryse, Jean-Marie M. Dubois, and James I. Ebert
    1986 La Teledetection Archeologique en Amerique du Nord.  Soumis a_` la revue **Photo-Interpre_'tation**.  In Press.

87. Ebert, James I.

1986  Proposal for Remote Sensing and Class I Survey.  In Drager, Dwight L. and Arthur K. Ireland, editors, **The Seedskadee Project: Remote Sensing in Non-Site Archeology**, pp. 3-16. Southwest Region, National Park Service, Albuquerque, NM and Upper Colorado Region, Bureau of Reclamation, Salt Lake City, UT.

88.  Wandsnider, LuAnn and James I. Ebert
1986  Modeling Climatic and Landform Factors Affecting the Character of the Archaeological Record in Arid Lands: A Remote Sensing Approach in Southwestern Wyoming.  In Drager, Dwight L. and Arthur K. Ireland, editors, **The Seedskadee Project: Remote Sensing in Non-Site Archeology**, pp. 23-48.  Southwest Region, National Park Service, Albuquerque, NM and Upper Colorado Region, Bureau of Reclamation, Salt Lake City, UT.

89.  Wandsnider, LuAnn and James I. Ebert
1986  Accuracy in Archeological Surface Survey in the Seedskadee Project Area, Southwestern Wyoming.  In Drager, Dwight L. and Arthur K. Ireland, editors, **The Seedskadee Project: Remote Sensing in Non-Site Archeology**, pp. 211-226.  Southwest Region, National Park Service, Albuquerque, NM and Upper Colorado Region, Bureau of Reclamation, Salt Lake City, UT.

90.  Wandsnider, LuAnn and James I. Ebert
1986  Distributional Archaeology: Survey, Mapping, and Analysis of Surface Archaeological Materials in the Green River Basin, Wyoming.  In Drager, Dwight L. and Arthur K. Ireland, editors, **The Seedskadee Project: Remote Sensing in Non-Site Archeology**, pp. 227-242. Southwest Region, National Park Service, Albuquerque, NM and Upper Colorado Region, Bureau of Reclamation, Salt Lake City, UT.

91.  Ireland, Arthur K. and James I. Ebert
1986  Bibliography and References.  In Drager, Dwight L. and Arthur K. Ireland, editors, **The Seedskadee Project: Remote Sensing in Non-Site Archeology**, pp. 273-342. Southwest Region, National Park Service, Albuquerque, NM and Upper Colorado Region, Bureau of Reclamation, Salt Lake City, UT.

92.  Ebert, James I.
1986  Photointerpretation of a Prehistoric/Historic Native American Irrigation System near Palm Springs, California.  **Photointerpretation**, North American Archaeological Photointerpretation/Remote Sensing issue, edited by Dubois, Jean Marie, Maryse Pinsonneault, and James I. Ebert. Paris. In Press.

93.  Ebert, James I., Gakemodimo M. Mosi, Robert K. Hitchcock, Helga I. D. Vierich, and Aron L. Crowell
1987  Fishermen of the Two-Way River: Habitat Change and Aquatic Resource Use among the Tyua of the Nata Region, Botswana.  To appear in **Cultural Survival Quarterly**.  Cultural Survival, Inc., Cambridge, MA.  In Press.

94.  Ebert, James Ian.  Discussion of "The Bite Mark Standard Reference Scale -- ABFO No. 2. **Journal of Forensic Sciences** Vol 33, No 2, March 1988.  American Academy of Forensic Sciences, Colorado Springs, CO.

95.  Hitchcock, Robert K. and James I. Ebert
1989  Modeling Kalahari Hunter-Gatherer Subsistence and Settlement Systems: Implications for Development Policy and Land Use Planning in Botswana. **Anthropos** 84(1-3):47-62

96. Ebert, James I.
1988  Mending the Rift.  Letter to the **Bulletin of the Society for American Archaeology**, Vol. 6, No. 5, page 5.

97. Ebert, James I., Eileen Camilli, LuAnn Wandsnider, and James J. Hester
1988  Measurement and Prediction of Bank Erosion at Archaeological Sites of Corps of Engineers Reservoirs using Sequential Aerial Photographs.  In **Proceedings: U.S. Army Corps of Engineers Sixth Remote Sensing Symposium: Practical Application of Remote Sensing Data to Project Management.  November 2-4, 1987; Galveston, Texas, USA**, pp. 12-35.  US Army Corps of Engineers, Galveston District, Galveston, Texas.

98. Wandsnider, LuAnn and James I. Ebert
   1988  Issues in Archeological Surface Survey:  Meshing Theory with Method.  Introduction.  **American Archeology** 7(1):2.

99. Ebert, James I.
   1988   Modeling Human Systems and "Predicting" the Archaeological Record:   The Unavoidable Relationship of Theory and Method.  **American Archeology** 7(1):3-8.

100. Ebert, James I. and Timothy A. Kohler
   1988 The Theoretical Basis of Archaeological Predictive Modeling and a Consideration of Appropriate Data-Collection Methods.   In W. James Judge and Lynne Sebastian, eds., **Quantifying the Present and Predicting the Past: Theory, Method, and Application of Archaeological Predictive Modeling**, pp. 97-172.  US Department of the Interior, Bureau of Land Management, Denver, CO.

101. Ebert, James I.
   1988  Remote Sensing in Archaeological Projection and Prediction. In W. James Judge and Lynne Sebastian, eds., **Quantifying the Present and Predicting the Past: Theory, Method, and Application of Archaeological Predictive Modeling**, pp. 429-492.  US Department of the Interior, Bureau of Land Management, Denver, CO.

102. Camilli, Eileen L., LuAnn Wandsnider, and James I. Ebert
   1988 **Distributional Survey and Excavation of Archaeological Landscapes in the Vicinity of El Paso, Texas**.  Bureau of Land Management, Las Cruces, NM.


103. Ebert, James I., Eileen L. Camilli, and LuAnn Wandsnider
   1989 **Reservoir Bank Erosion and Cultural Resources:  Experiments in Mapping and Predicting the Erosion of Archaeological Sediments at Reservoirs along the Middle Missouri River with Sequential Historical Aerial Photographs**.  US Army Engineer Waterways Experiment Station, Vicksburg, MS.  124pp.

104. Hitchcock, Robert K., James I. Ebert, and Richard G. Morgan
   1989  Dought, Drought Relief, and Dependency Among the Basarwa of Botswana. In Huss-Ashmore, Rebecca and Solomon H. Katz, eds., **African Food Systems in Crisis.  Part I: Microperspectives**, pp. 303-336.  Food and Nutrition in History and Anthropology, Volume 7; Gordon and Breach Science Publishers, New York.

105. Ebert, James
   1989   Techniques, Methods and Theoretical Goals in American Archaeological Remote Sensing: 'Predictive Modelling' as an Example. In David Kennedy, ed., **Into the Sun: Essays in Air Photography in Archaeology in Honour of Derrick Riley**, pp. 86-101.  Department of Archaeology, University of Sheffield, Sheffield, England.

106. Ebert, James Ian
   1990  Archeology:  Use of Land-Sensing Satellites.  In Parker, Sybil P., editor-in-chief, **McGraw-Hill Yearbook of Science and Technology:  1991**, pp. 24-26.  McGraw-Hill, Inc., New York City.

107. Ebert, James I.
   1991 Aerial Archaeology:  Recent Publications by Old World Authors.  A book review of **Into the Sun** (David Kennedy, ed.), **The Emerging Past, Air Photography and the Buried Landscape** (Rowan Whimster), **Aerial Photography and Geophysical Prospection in Archaeology**, Vol. 2 (Charles Leva, ed.), and **Rome's Desert Frontier from the Air** (David Kennedy and Derrick Riley).  In **SAS Bulletin**, Society for Archaeological Sciences, Lancaster, PA, pp. 8-10.

108. Ebert, James I.
   1991 In Situ Preservation of Cultural Resources and the Future of Archeology as a Science and Profession.  In **Perspectives on Archeological Site Protection and Preservation**, edited by Paul

R. Nickens.  Technical Report EL-91-6, US Army Corps of Engineers, Washington, DC, pp. 22-35.

109. Ebert, James I.
    1992   Aerial Archaeology:  Recent Publications by Old World Authors.  Book Reviews by James I. Ebert.  (Extrait de **SAS Bulletin**, vol. 14, no. 2, April-June 1991, p. 8-10.  **Bulletin Trimestriel d'Information du Centre Interdisciplinaire de Recherches Aériennes A.S.B.L.** pp. 91-95.  Bruxelles.

110. Ebert, James I.
    1992 Book Review: **Interpreting Space: GIS and Archaeology**, edited by Kathleen M.S. Allen, Stanton W. Green, and Ezra B. W. Zubrow, 1990, Taylor and Francis, xiv + 398 pp.  In **Geoarchaeology: An International Journal** Vol. 7, No. 2, pp. 171-173

111. Ebert, James I.
    1992 **Distributional Archaeology**.  University of New Mexico Press, Albuquerque.  xvi + 296 pp.

112. Camilli, Eileen L. and James I. Ebert
    1992  Artifact Reuse and Recycling in Continuous Surface Distributions and Implications for Interpreting Land Use Patterns.  In Jacqueline Rossignol and LuAnn Wandsnider, eds., **Space, Time, and Archaeological Landscapes**, pp. 113-136.  Plenum Press, New York.

113. Ebert, James I.
    1992  Review of *Rome's Desert Frontier from the Air*, by David Kennedy and Derrick Riley. University of Texas Press, Austin, 1990.  In *American Antiquity* 57(4), October 1992, p. 746.

114. Ebert, James I.
    1992  Review of *The Interpretation of Archaeological Spatial Patterning*, Ellen M. Kroll and T. Douglas Price, eds.  Interdisciplinary Contributions to Archaeology.  New York, Plenum Press, 1991. 332 pp.  In **American Anthropologist** Vol 94 No 4, pp. 1011-1012.

115. Ebert, James I.
    1993  Public Domain X Windows Image Processing Software.  Software review of KHOROS package in *SAS Bulletin*, 16(1):14-15 (January-March 1993).  Society for Archaeological Sciences, Lancaster, PA.
116. Ebert, James I.
    1993  Conference Report:  Geographic Information Systems (GIS) Symposium.  *SAS Bulletin* 16(2):3-7.  Society for Archaeological Sciences, Lancaster, PA.

117. Ebert, James I. and Eileen Camilli
    1994  Lithic Distributions and their Analytical Potential:  An Example.  *Lithic Technology* 18(1&2), pp. 95-105.

118.  Ebert, James I., Eileen Camilli and Michael J. Berman
    1996  GIS in the Analysis of Distributional Archaeological Data.  In *New Methods, Old Problems:  Geographic Information Systems in Modern Archaeological Research*, edited by Herbert D. G. Maschner, pp. 25-37.  Carbondale, IL:  Southern Illinois University Press, Occasional Paper No. 23.

119. Ebert, James I.
    1996 SHPOs and GIS.  *NCPTT Notes* 10, pp. 4-5.  National Center for Preservation Technology and Training, National Park Service, Natchitoches LA.

120. Ebert, James I.
    1996  Photographs Don't Lie, or Do They?  *Indiana Defender*, July 1996, pp. 17-18. Newsletter/journal of the Indiana Public Defender Council, 309 Washington Street, Suite 401, Indianapolis, IN 46204-2725.

121. Ebert, James I.
    1996  Human Origins Investigated with Digital Mapping and GIS.  *ESRI Arc News*, Fall 1996, p. 25.  Environmental Systems Research Institute, Redlands, CA.

122.  Ebert, James I.
     1996  Rock Images and Landscapes Digital Mapping and Recording Project.  *SAS Bulletin* 19(3/4):7.  Society for Archaeological Sciences, Tampa.

123.  Ebert, James I.
     1996 Book Review: Interpreting Space: GIS and Archaeology.  Kathleen M. S. Allen, Stanton W. Green, and Ezra B. Zubrow, eds.  *SAS Bulletin* 19(3/4):11-13.  Society for Archaeological Sciences, Tampa.

124.  Blumenschine, R. J., F. T. Masao, G. M. Ashley, R. J. Clarke, J. I. Ebert, C. R. Peters, N. E. Sikes, and N. J. van der Merwe
     1997  New palaeoanthropological discoveries and tests of hominid land use models in the Western Lacustrine Plain of Lowermost Bed II Olduvai Basin.  Abstract.  *Journal of Human Evolution* v. 32, pp. A5.

125.  Ebert, James I.
     1997    Review of *Anthropology, Space and Geographic Information Systems*, ed. by Mark Aldenderfer and Herbert D. G. Maschner.  New York: Oxford University Press, 1996.  *Journal of Anthropological Research* 54:136-139.

126.  Ebert, James I. (Chapter Editor and Contributing Author)
     1997   Chapter 16:  Archaeology and Cultural Resource Management.  Contributing authors: James I. Ebert, Jean-Marie Dubois, Maryse Pinsonneault, Bryan A. Marozas, James W. Walker, Aulis Lind, John T. Parry, LuAnn Wandsnider, and Eileen Camilli.  Pp. 555-590 in ***Manual of Photographic Interpretation*** (Second Edition), Warren Phillipson, Editor-in-Chief.  American Society of Photogrammetry, Bethesda, MD.

127. Ebert, James I. and Robert Blumenschine
     1999          Bones and Stones:  Unearthing Clues to Mankind's Origin.  *GPS World* 10(9):20-28.  September 1999.

128. Ebert, James I.
     1999     On the Map:  Aerial Photographs Help in Environmental Site Assessments and Litigation.  *Brownfield News* 3(5):  27-31.  November 1999.

129. Ebert, Jim
     2000          Shadowy Defense:  3D Modeling at the Scene of the Crime.  *GeoSpatial Solutions* 10(7): 28-33.  Advanstar Communications, Eugene, OR.

130.  Ebert, James I.
     2001          The State of the Art in "Inductive" Predictive Modeling:  Seven Big Mistakes (and Lots of Smaller Ones).  In Konnie L. Wescott and R. Joe Brandon, eds., *Practical Applications of GIS for Archaeologists:  A Predictive Modeling Toolkit.* Pp. 129-134.  Taylor & Francis, London and Philadelphia.

130.  Ebert, James I.
     2001  *Distributional Archaeology.*  2nd Edition.  University of Utah Press, Salt Lake City.

131.  Ebert, James I.
     2001    Photogrammetry, Photointerpretation, and Digital Imaging and Mapping in Environmnetal Forensics.   In Robert Morrison and Brian Murphy, eds., *Introduction to Environmental Forensics*, pp. 43-69.  Academic Press, London.

132.  King, Charles G. and James I. Ebert
     2002 Integrating Archaeology and Photogrammetry with Fire Investigation.  *Fire Engineering* 155 (2): 79-84.  Fairlawn, NJ, February 2002.

133.  Ebert, James I.
     2007 Photogrammetry, Photointerpretation, and Digital Mapping in Environmental Forensics. In *Introduction to Environmental Forensics, 2nd Edition,* pp. 49-81, edited by Brial L. Murphs and Robert D. Morrison.  Academic Press.

134.  Ebert, James I. and Alberto A. Gutierrez
   1979  Relationships between Landscapes and Archaeological Sites in Shenandoah National Park:  A Remote Sensing Approach.  **APT:  Bulletin of the Association for Preservation Technology,** Vol. XI, No. 4, pp. 69-87.  Ottawa, Ontario, Canada.

135.  Hitchcock, Robert K. and James I. Ebert
   2011  Where is that Job?  Hunter-Gatherer Information Systems in Complex Social Environments in the Eastern Kalahari Desert.  In *Information and Its Role in Hunter-Gatherer Bands*, pp. 133-166, edited by Robert Whallon, William A. Lovis and Robert K. Hitchcock. Ideas, Debates, and Perspectives 5, Cotsen Institute of Archaeology Press, Los Angeles.

136.  Robert J. Blumenschine, Ian G. Stanistreet , Jackson K. Njau, Marion K. Bamford , Fidelis T. Masao, Rosa M. Albert, Harald Stollhofen, Peter Andrews, Kari A. Prassack, Lindsay J. McHenry, Yolanda Fernández-Jalvo, Eileen L. Camilli, James I. Ebert
   2011   Environments and hominin activities across the FLK Peninsula during Zinjanthropus times (1.84 Ma), Olduvai Gorge, Tanzania.   *Journal of Human Evolution (2011): doi:* 10.1016/j.jhevol.2011.10.001

[rev. 04/2014]

**EXHIBIT C**

# EBERT & ASSOCIATES
#### INC.

3700 RIO GRANDE BLVD. N.W., SUITE 3
ALBUQUERQUE, NEW MEXICO 87107-3042
**(505) 344-2345**
**Facsimile (505) 344-2444**
*e-mail*: **jebert@ebert.com**
*Website*: **www.ebert.com**

**Expert Report of Dr. James I. Ebert, Certified Photogrammetrist (ASPRS)**
in the matter of Mellon v. TIGHAR

April 14, 2014

I am an anthropologist, an archaeologist, and a forensic scientist, and in each of these professional areas I make intensive use of the scientific methods and techniques of photogrammetry, photo analysis, digital imaging and image processing, and digital mapping technologies. I have more than 30 years of experience in the application of these methods and technologies in analyzing, measuring and mapping details of crime and accident scenes, archaeological and historic sites, and aspects of the interaction of the environment and cultural use of the landscape through time, using historic aerial and other photographs and image sources. I am a Certified Photogrammetrist [ASPRS] and have attached a resume and publications list detailing my education, experience, and qualifications.

Photogrammetry is defined by the American Society of Photogrammetry and Remote Sensing, our professional organization, as "the art, science and technology of obtaining reliable information about physical objects and the environment, through processes of recording, measuring, and interpreting imagery and digital representations of energy patterns derived from noncontact sensor systems." Photo analysis is the process of identifying objects and conditions in aerial photographs and determining their nature, origin, meaning and significance.

Anthropology and archaeology are sciences that focus on the study and understanding of present and past human activities, ranging from those of ancient hominids (pre-human ancestors) and hunter-gatherers to historic and contemporary human industrial behavior, and how those activities both interact with the natural environment, and can be identified and detailed with reference to the materials people discard and the changes they cause in the landscape, and in surface and subsurface sediments and conditions.

In forensic or legal cases, I combine these scientific approaches and techniques to extract information from aerial and terrestrial photographs, other image sources such as video, and historic data such as maps and documentary evidence, to identify, measure, and map objects and details of the things and scenes depicted in such images.

I have been qualified in court testimony on 33 occasions between 1980 and the present as an expert witness in the use of photogrammetry, photo analysis, digital imaging and image processing, and digital mapping technologies as applied to forensic investigations, analyses, and reconstructions of crime, fire, and accident scenes, human land and resource use, and past and present human activities and their physical consequences through time.

In the present matter I was provided with digital data comprising:

• FullRes2010.mov:  A full resolution copy of an eight-minute sequence of the 2010 ROV video

• Mellon Expert Disclosure:  A folder containing the Plaintiff's Disclosure of Experts, their CVs,  and their reports and exhibits

• TIGHAR Eval 2010:  TIGHAR's response to the Plaintiff's request for all data evidencing analysis of the underwater footage or photographs from the 2010 Niku VI expedition

Given these data, I was asked to review the video sequence and the Plaintiff's experts' reports and exhibits and evaluate the appropriateness of their method or methods as a basis of reaching their opinion.

My opinion is that the Plaintiff's experts' method is inappropriate as a basis for reaching their opinion, which is that the shapes of two underwater formations which appear in the 8-minute video segment which they, and I, viewed, are debris from Amelia Earhart's Electra, specifically the aircraft's tail wheel and part of the front landing gear.

The method the Plaintiff's experts employ to reach this conclusion is to construct 3-dimensional CAD models of those aircraft parts based on dimensions taken from exemplar Electra parts.  They then superimpose images of the 3D models on still frames from the video sequence by scaling the models and positioning them so they seem to "fit" over the shapes and sizes of the two features they contend are fragmentary remains of Amelia Earhart's aircraft.

The two formations focused upon by the Plaintiff's experts in the 8-minute video segment are identical in color and texture to the surrounding coral and/or sediments, giving no visual hint of consisting of metal and rubber.  In addition, there is no way of determining scale in the video images, so they may be of virtually any size.  For these reasons it is not appropriate, and even less is it conclusive in any way, to hypothesize that these are aircraft debris, rather than coral or rock formations.  Photogrammetrists engaged in the identification of such ambiguous objects, features, or patterning in any imaged data insist on confirmation of their hypotheses by recourse to what is often referred to in the photogrammetric literature as "ground truth," a term historically derived from its conception as a way of testing conclusions based on aerial photographs by inspection of the areas involved on the ground as well as on photographs (or in this case, video images).

------------------------------

**Testimony by the witness within the preceding four years**

---
2013
---

**Chevron Corp. v. Donziger, et al.,** U.S. Federal Court, Case No. 11 Civ. 0691 (LAK). New York, NY. October 30, 2013.

**Dana Kruise, et al. vs Payne & Dolan, et al**., Milwaukee County Case No. 10 CV 018726. Deposition testimony, July 18, 2013, Milwaukee, Wisconsin.

---
2011
---

**El Rucio Land and Cattle Company, Inc., San Juanito Land Partnership Ltd., McAllen Trust Partnership, and James Argyle McAllen,** Plaintiffs, vs. Forest Oil Company and Daniel B. Worden, Defendants. Arbitration testimony before the honorable Daryl K. Bristow, Clayton J. Hoover, and Donato D. Ramos. November 7, 2011. Houston, Texas.

**Union Oil Consolidated Coverages Cases Truck Insurance Exchange, Plaintiff,** vs. Union Oil Company of California, Defendant and consolidated actions filed by Hartford Accident and Indemnity Company and Great American Insurance Company. Superior Court of California, county of Los Angelese, Central Civil West, No. BC 271474. Deposition testimony, April 26, 2011. Los Angeles, CA.

**El Rucio Land and Cattle Company, Inc., San Juanito Land Partnership, Ltd., McAllen Trust Partnership, and James Argyle McAllen, Plaintiffs**, vs. Forest Oil Corporation and Daniel B. Worden, Defendants. Arbitration before the Honorable Daryl K. Bristow, Clayton J. Hoover and Donato D. Ramos. Deposition testimony, March 22, 2011. Albuquerque, NM.

---
2009
---

**Union Oil Consolidated Coverages Cases Truck Insurance Exchange, Plaintiff,** vs. Union Oil Company of California, Defendant and consolidated actions filed by Hartford Accident and Indemnity Company and Great American Insurance Company. Superior Court of California, county of Los Angeles, Central Civil West, No. BC 271474. Deposition testimony, June 2-3, 2009. Los Angeles, CA.

**Matthew Mayo, an individual, Plaintiff,** v. City of Gig Harbor; Jon M. Park; and Wan Cha Park, husband and wife, d/b/a Harbor Arco AM/PM, and each of them, Defendants. Superior Court for the State of Washington, County of Pierce, No. 07-2-12908-7. Telephone Deposition testimony, March 23, 2009. Albuquerque, NM.

**Publications authored by witness within preceding ten years**

Ebert, James I.
  2007  Photogrammetry, Photointerpretation, and Digital Imaging and Mapping in Environmental Forensics.  In *Introduction to Environmental Forensics, 2nd Edition,* pp. 49-81, edited by Brian L. Murphy and Robert D. Morrison.  Academic Press.

Hitchcock, Robert K. and James I. Ebert
  2011  Where is that Job?  Hunter-Gatherer Information Systems in Complex Social Environments in the Eastern Kalahari Desert.  In *Information and Its Role in Hunter-Gatherer Bands*, pp. 133-166, edited by Robert Whallon, William A. Lovis and Robert K. Hitchcock. Ideas, Debates, and Perspectives 5, Cotsen Institute of Archaeology Press, Los Angeles.

Robert J. Blumenschine, Ian G. Stanistreet , Jackson K. Njau, Marion K. Bamford , Fidelis T. Masao, Rosa M. Albert, Harald Stollhofen, Peter Andrews, Kari A. Prassack, Lindsay J. McHenry, Yolanda Fernández-Jalvo, Eileen L. Camilli, James I. Ebert
  2011   Environments and hominin activities across the FLK Peninsula during Zinjanthropus times (1.84 Ma), Olduvai Gorge, Tanzania.   *Journal of Human Evolution (2011): doi:* 10.1016/j.jhevol.2011.10.001

**Exhibit D**

<u>CURRICULUM VITAE</u>

**LES KAUFMAN**

<u>Office</u>                                                                                      <u>Home</u>
Boston University Marine Program
And
Center for Ecology and Conservation Biology                  90 Addington Road
Department of Biology                                                          Brookline,MA  02146
Boston University                                                                   Phone: (617) 232-9363
5 Cummington Street
Boston, MA 02215

Phone: (617) 353-5560
Fax: (617) 353-6340
E-Mail: lesk@bu.edu

**EDUCATION**

Undergraduate:          The Johns Hopkins University
                                      Bachelor of Arts, 1974
                                      Earth and Planetary Sciences
Graduate:                                              The Johns Hopkins University
                                      Doctor of Philosophy, 1980
                                      Theoretical Ecology and Evolutionary Biology

**PROFESSIONAL POSITIONS**

2003-Current   Professor of Biology, Boston University, BU Marine Program (Associate Director 2007-2010); Center for Ecology and Conservation Biology; Faculty Fellow, Pardee Center for the Study of the Longer-Range Future, Kilachand Honors College Academic Affairs Committee; Marine Conservation Fellow, Conservation International.
2005-2012       Senior Marine Scientist, Conservation International
1994-current    Research Scholar, New England Aquarium
1994-2003       Associate Professor of Biology, Boston University
1990-1994       Chief Scientist, New England Aquarium, Boston
1989-1990       Senior Scientist for Ecology and Conservation, New England Aquarium
1987-1989       Curator of Exhibit Research and Development, New England Aquarium
1983-1987       Curator of Education/Research Scientist, New England Aquarium
1980-current    Associate in Ichthyology, Harvard Museum of C
1978-1980       Associate Research Scientist, Chesapeake Bay Institute,
                          Baltimore, MD.

**CURRENT PROFESSIONAL MEMBERSHIPS**

Sigma Xi
International Coral Reef Society
International Association of Nitrox and Technical Divers

## EXAMPLES OF PROFESSIONAL SERVICES

**For the World Conservation Union (IUCN):**
Scientific Advisor, Freshwater Fish Specialist Group and Lake Victoria SSP (current)
Member, Species Survival Commission (current)
Chairman, Captive Breeding Specialists Groups for Aquatic Species

**International Service**
Charles Darwin Foundation Program Committee, Galapagos, Ecuador (current)
Board of Directors, Healthy Reefs for Healthy People (Mesoamerican Reef) (current)
Core Science Team, Phoenix Islands Protected Area, Government of Kiribati (current)
Rede Abrolhos Field Research Team, University of Rio de Janeiro, Brazil (current)
Advisor on sustainable aquaculture, The World Bank (current)
Working Group on Corals and Climate Change, Center for Ocean Solutions
Advisor on marine impacts of climate change, The World Bank
Chairman, Committee for Ecosystem Function of Open Ocean Biodiversity (SCOPE)
Working Group Leader, Global Biodiversity Assessment (SCOPE)
Principal Investigator, University Consortium for Lake Victoria
Team Leader, Lake Victoria Research Team (Kenya, Uganda, Tanzania)
Scientific Liaison in East Africa for Fisheries, Biodiversity, and Invasive Species, World Bank
Advisory Board, Clean Water Alliance (Kenya)
Advisor to the Director, Kenya Wildlife Service
Consultant, Winrock International

**For the New England Region:**
Ecosystem-based Management Working Group, Stellwagen Bank NMS (current)
Science and Statistics Committee, New England Fisheries Management Council
Research Steering Committee, New England Fisheries Management Council
Downeast Initiative, Gulf of Maine
Habitat Advisor, New England Fisheries Management Council
Right Whale Advisory Committee, Commonwealth of Massachusetts
Right Whale Advisory Board, New England Environmental Trust

**For the National Science Foundation:**
Grant review panel member
Ad-hoc reviewer: Ocean Sciences, Ecology, Biotic Resources, Science Education

**For the National Oceanic and Atmospheric Administration:**
Grant review panel member
Ad-hoc reviewer

**For the National Research Council:**
Committee on Biodiversity Conservation

## For Non-Government Organizations

Marine Conservation Fellow, Conservation International (current)
Research Scholar, New England Aquarium (current)
North Atlantic Marine Alliance Fish Locally Collaborative (current)
Ocean Policy Project, Commonweal
Advisor to Northeast Marine Ecoregional Assessment, The Nature Conservancy
Conservation Law Foundation

## Advisory Boards

Healthy Reefs for Healthy People (current)
Stellwagen Alive! (current)
Natural Capital Project Marine Initiative
Pew Scholars Program in Marine Conservation
Tufts Center for Animals
Massachusetts Board on Rare and Endangered Species
Earthwatch
New England Aquarium

## EDITORIAL SERVICES

Associate Editor: Conservation Biology (1990-1997)
Reviewer: MIT Press, PNAS, Ecology, Journal of the Linnaean Society of London, Journal of African Hydobiology, Ecological Monographs, Science, Copeia, Canadian Journal of Zoology, Estuarine and Coastal Marine Science, Environmental Biology of Fishes, Marine Biology, Evolution, Coral Reefs, American Journal of Botany, Oceanography, Ecological Economics, Behavioral Endocrinology, and others.

## RECENT INVITED PRESENTATIONS

The World Bank
National Geographic
Regional Association for Research on the Gulf of Maine
IFReDI/Cambodian Fisheries
Stanford University
University of Massachusetts
Pardee Center for the Study of the Longer-Range Future (BU)
Switzer Center for Environmental Leadership
Salon on the Modeling of Complexity in Biological Systems (BU)
Pew Fellows for Marine Conservation, STRI, Panama

Selected Past:
Princeton University
Geological Society of America
Gordon Medical Research Conferences
Agency for International Development (Washington and Kampala, Uganda)
Center for Coastal Resources
National Research Council

3rd European Congress on Ichthyology
Ohio State University
American Association of Zoological Parks and Aquariums
Australian Institute of Marine Science
Kenya Marine and Fisheries Research Institute
Freshwater Fisheries Research Institute (Uganda)
Michigan State University
Wesleyan University
University of Maine
University of Maryland
Tufts University Veterinary School
Harvard University
Brandeis University
UMass Boston
UMass Amherst
Northeastern University
American Society of Zoologists Public Forum on Biodiversity
Association of Systematic Collections
University of Rhode Island
International Congress on Breeding Endangered Species
New England Environmental Congress
National Science Foundation Division of Biotic Resources
University of California at Davis, Bodega Bay Marine Laboratory
University of New Hampshire
Columbus Zoo and Aquarium

## HONORS AND AWARDS

| | |
|---|---|
| 2012 | Stone Memorial Lecturer, Mass Audubon Society |
| 2011 | Parker-Gentry Award in Conservation Biology |
| 2011 | "Head in the Sky" Award, Conservation International |
| 2004 | CAS Award for Distinguished Service in Academic Advising, Boston University |
| 1991 | Do Fish Get Thirsty? (New York: Franklin Watts Publishers), voted "Outstanding Science Trade Book for Children in 1991" by the joint committee of the Children's Book Council and the National Science Teachers Association. |
| 1991 | Plenary speaker, Gordon Medical Research Conference (Bone) |
| 1991 | Comparative Medicine Scholar of the Year, Tufts University |
| 1990-1995 | Pew Scholar for Conservation and the Environment |
| 1986 | The Last Extinction (Cambridge, MIT Press) selected by Library Journal as one of the "best 100 scientific technical books of 1986" |

## GRANTS AND CONTRACTS

$500,000       2012-2015                    MacArthur Foundation, A Landscape Analysis Partnership for Ecosystem Services in Lac Tonle Sap and the Lower Mekong Basin (PI).

$230,000       2012-2015                    NSF CNH-Ex: Conflict and Fisheries in the Lake Victoria Basin" (one of three Co-PI's, Sarah Glaser PI; BU subcontract ca. $40K still pending due to PI move).

$2.9M          2010-2015                    NSF STEM for GLACIER- Global Change Initiative- Education and Research (One of 6 Co-PI's, Suchi Gopal PI)

$350,000       2010-2012                    Massachusetts Ocean Partnership, to model ecosystem service production and trade-offs in Massachusetts Bay (PI).

$480,000       2009-2011                    NSF-NOAA CAMEO for Comparative Dynamics of Ecosystem

               Components from the Northeast Atlantic Shelf and Pacific Coast: New Approaches to Forecasting and Understanding Variability and Structure in Marine Ecosystems (one of 5 Co-PI's, no direct funds to BU, Andrew Rosenberg PI).

$232,000       2006-2008                    Pew Institute for Ocean Science, for studies of fish behavior, population structure, and feeding habits relevant to effectiveness of marine reserves (PI).

$70,000        2005-2007                    Earthwatch, for field work on coral reef health near Punta Gorda,

               Belize.  Co-PI (with Burton Shank).

$12.5m         2005-2010                    Gordon and Betty Moore Foundation grant to Conservation

               International, for Marine Management Area Science Program.  Senior PI (with DC and Regional Staff of Conservation International).

$150,000       2005-2006                    Northeast Consortium, to study the systematics and trophobiology of the sand lances (*Ammodytes* spp.) on Stellwagen Bank, MA. (With Dr. Cliff Goudey, MIT and Massachusetts Fishermens' Partnership).

$250,000       2004-2006      National Marine Fisheries Service, for studies of the effects of the Western Gulf of Maine Closure (exclusion of bottom-tending gear) on the food web. (With Massachusetts Fishermens' Partnership).

$ 60,000       2003-2006                    National Science Foundation, to study brain and behavior in Lake Tanganyika cichlids (subcontract on grant with Dr. Caroly Shumway, NEAq and Dr. Hans Hoffman, Harvard University).

$ 22,500       2004-2005      Conservation Food and Health Foundation, for food web studies in Lake Victoria (with grad student William Ojwang).

$150,000       2001-2004                    Packard Foundation for Science into Practice (ecology of

               California nearshore rock-reef fish assemblages).  PI.  Funds all to BU.  (Burr Heneman, Co-PI).

$ 29,474       2000-2002      Columbia University/Packard Foundation for effects of global climate change on coral reef ecology.  PI.  Funds all to BU.

$  7,000       2001-2002                    MIT Seagrant, for morphological and functional derangement in aquacultured tautog.  PI.  Funds all to BU.

$ 14,000       Economic Efficiency of Stellwagen Bank National Marine Sanctuary. 2001. Environmental Defense. Matthias Ruth (PI), Les Kaufman, James Lindholm, and Peter Auster.  Funds to University of Maryland.

$  8,000      2001                          National Fish and Wildlife Foundation, for Marine Life
              Management Project.  PI.  Funds to BU.

$58,000       1999-2000                     Center for Coastal Studies, to study edaphic factors affecting the reestablishment of saltmarsh on Cape Cod.  PI (for research by graduate student, Gregg Moore).  Funds to BU.

$  6,500      1998-2000                     Pew Charitable Trusts for studies of anthropogenic disturbance to fish recruitment and survivorship processes at Portland Bight, Jamaica.  PI.  (P. Espeut, T. Goreau and T. McClanahan co-PI's).  Funds to BU.

$40,000       1998-1999                     Mudge Foundation, for studies of anthropogenic disturbance to fish recruitment and survivorship processes on Stellwagen Bank.  PI. (P. Auster and M. Ruth, co-PI's).  Funds to Les Kaufman at BU.

$59,500       1996-1999                     Kendall Foundation, for studies of anthropogenic disturbance to fish recruitment and survivorship processes on Stellwagen Bank.  PI. (P. Auster and M. Ruth, co-PI's).  Funds to Les Kaufman at BU.

$120,000      1996-1999                     National Science Foundation, Faunal Attenuation: Predicting Spatial and Temporal Dynamics of Refugia in the Lake Victoria Basin. Co-PI.  (L. Chapman (PI) and L. Chapman and T. Crisman, co-PI's). ca. $30K to BU.

$110,000      1997-1998                     US Army, component of Johnston Atoll Science Study, to examine relationship of coral and fish biology to anthropogenic disturbance. Co-PI, funds indicate total to Kaufman from out of a program project grant.  (P. Lobel, PI).

$25,000       1997-1998                     Conservation Food and Health Foundation, to study effects                                           of logging on population genetics of tropical forest trees.  PI  (for research                            by  grad  student,  Elizabeth Stacy).  Funds to BU.

$18,000       1995-1996   Kalkan Pet Care, Inc., for research toward a field guide to
              the fishes of Lake Victoria and the White Nile Headwaters.  PI.  Funds to BU.

$22,510       1994-1996                     National Geographic Society, to study swamp refugia and                                            corridors in the Lake Victoria basin. (With Lauren Chapman (PI), Colin
              Chapman and Richard Ogutu-Ohwayo).  Funds to team in Africa.

$40,800        1993-1996                    National Science Foundation, Refugia and Graveyards: Patterns of Species Survivorship in the Fish Fauna of Lake Victoria. (PI, with Lauren and Colin Chapman).  Funds to BU.

$180,000      1993-1996                     National  Science  Foundation,  to  study  the evolutionary genetics of the Lake Victoria cichlids (with P. Fuerst (PI)). Chapman, and Mark Chandler).
              ca. $60K to NEAq and BU.

$150,000      1990-1995                     Pew Charitable Trusts, for research basic to the conservation of aquatic species and habitats, unrestricted award (PI).  Funds to Kaufman, completed at BU.

$6,000        1995  Pew Charitable Trusts, seed funds for studies of anthropogenic disturbance to fish recruitment and survivorship (PI, with Carl Safina).  Funds to BU.

$900,000      1991-1994                    National Marine Fisheries Service, to study the biology of                                                 bluefin tuna (PI).  Funds to Kaufman at New England Aquarium.

$10,000      1993-1994                    National Oceanic and Atmospheric Administration, for Technical Workshop on Methods for Remote Sensing of Coral Reef Degradation (PI, with C. Yentsch, University of Maine and C. Mazel, Massachusetts Institute of Technology).  Funds to Kaufman at NEAq.

$300,000      1991-1994                    Saltonstahl-Kennedy Foundation, for studies on morbidity and mortality of groundfish bycatch in New England (PI, with Dr. A. Carr,                                 Massachusetts Division of Marine Fisheries).  Funds to Kaufman at NEAq.

$700,000      1990-1994                    National Institutes of Health, to study fish as models for skeletal regulation in humans (PI, with Dr. Julie Glowacki, Brigham and Women's Hospital).  Funds to Kaufman at NEAq.

$60,000      1992-1993                    National Science Foundation, for Lake Victoria workshop                                     (PI, with Peter Ochumba and Richard Ogutu-Ohwayo).  Funds to Kaufman at                                 NEAq.

 $40,000      1990-1991                    National Science Foundation, for studies on limnology and                                             fish extinctions in Lake Victoria (PI).  Funds to Kaufman at NEAq.

$29,500      1990-1991                    US-AID, Fauna and water quality of African lakes (wih L. Chapman, PI).  Funds to team in Africa via U of Florida.

$10,000      1990-1991                    National Marine Fisheries Service, to initiate creation of a candidate species list for marine threatened and endangered species (PI).  Funds to Kaufman at NEAq.

$50,000      1990-1991                    Institute for Museum Services, to complete draft master                                                   plan for Species Survival Program for endangered cichlid fauna of Lake                                 Victoria, East Africa    (PI). Funds to Kaufman at NEAq.

$35,000      1990-1991                    United States Virgin Islands Fisheries and Wildlife Department, to study stress physiology and conservation of blue marlin  (PI). Funds to Kaufman at NEAq.

$7,000      1990-1991                    Conservation Food and Health Foundation to train a Kenyan graduate student in fish conservation work. (PI). Funds to Kaufman at NEAq.

$25,000      1989-1990                    National    Oceanographic    and    Atmospheric Administration for studies on coral reef fish recruitment and community stability (PI, with Dr. John Ebersole). Funds to Kaufman at NEAq.

$13,000      1990-1991                    National    Oceanographic    and    Atmospheric Administration grant for Lake Victoria Research Team (ongoing support for field logistics)(PI). Funds to Kaufman at NEAq.

$25,000      1987-1988                    Institute for Museum Services, to study changes in gut microflora of aquarium fishes exhibiting "failure to thrive syndrome" (with P. Boyle, PI).  Funds to Boyle at NEAq.

$275,000      1986-1989                    National Science Foundation, Office of Informal Science Education, for creation of "The Thinking Gallery", an inquiry driven

aquarium gallery to assist children in acquiring creative and rational thinking skills. (PI).  Funds to Kaufman at NEAq.

$21,000   1984-1986   National Science Foundation Australia-U.S. Cooperative Program, for "Case Study of a guild of plankton-eating reef fishes in Australia" (PI, with Dr. J.R. Strickler and Dr. David McB. Williams).  Funds to Kaufman at NEAq.

$25,000   1984-1985   Institute for museum Services, to study effects of diet on the nutrition and health of captive fishes (PI, with P. Boyle and P. Sieswerda).

$22,000   1981-1982   National Oceanic and Atmospheric Administration for study of coral reef fish community structure (PI, with J. Ebersole).

$15,000   1981-1982   UMass Public Service Grant to assess public health risks associated with eating bivalves and flounder from Boston Harbor (PI, with Michael Shiaris and Bob Egenhouse).

## PUBLICATIONS

Hanlon, R. and L. S. Kaufman.  1976.  Associations of seven West Indian reef fishes with sea anemones.  Bull. Mar. Sci. 26(2): 225-232.

Kaufman, L. S.  1976.  Feeding behavior and functional coloration of the Atlantic trumpetfish, *Aulostomus maculatus*. Copeia 2: 377-388.

Kaufman, L.S.  1977.  Threespot damselfish: effects of benthic biota of Caribbean coral reefs.  Proceedings, Third International Coral Reef Symposium, University of Miami: 559-564.

Adey, W. H., P. J. Adey, R. Burke and L. S. Kaufman.  1977.  The Holocene reefs of Eastern Martinique, French West Indies.  Atoll Research Bull.  218: 1-40.

Woodley, J., et al.  1981.  Hurricane Allen: Initial impact on the coral reef communities of Discovery Bay, Jamaica. Science 214: 749-755.

Kaufman, L.S.  1981.  There was biological disturbance on Pleistocene coral reefs.  Paleobiology 7(4): 527-532.

Kaufman, L. S. and K. F. Liem.  1982.  Fishes of the Suborder Labroidei (PISCES: Perciformes): Phylogeny, ecology, and evolutionary significance.  Breviora 217: 1-19.

Kaufman, L. S.  1983.  Effects of Hurricane Allen on reef fish assemblages near Discovery Bay, Jamaica.  Coral Reefs 2: 1-5.

Ono, R. D. and L. S. Kaufman.  1983.  Muscle fiber types and functional demands in fish feeding mechanisms.  Journal of Morphology 177: 69-87.

Liem, K. F. and L. S. Kaufman.  1984.  Intraspecific macroevolution: functional biology of the polymorphic cichlid species *Cichlasoma minckleyi*.  In:  Evolution of Species Flocks.  A. A.  Echelle & I. Kornfield (eds.), pp. 203-215.

Kaufman, L. S. and J. P. Ebersole.  1984.  Microtopography and the organization of two assemblages of coral reef fishes in the West Indies. J. Exp. Mar. Biol. Ecol. 78: 253-263.

Kaufman, L. S.  1987.  Functional groups and the search for compensatory mechanisms in the population dynamics of North American freshwater fishes.  pp. 4-1 to 4-15 In: R. G. Otto (ed.) Mechanisms of Compensatory Response of Fish Populations. EPRI EA-5202.

Kaufman, L. S.  1987.  Caught between a reef and a hard place:  Why aquariums must invest in captive propagation.  pp 365-362 In: Proceedings of the National Meeting of the American Association of Zoological Parks and Aquaria.

Kaufman, L. S.  1988.  The role of developmental crises in the formation of buttresses: A unified hypothesis.  Evol. Trend. Plants 2(1): 39-51.

Kaufman, L. S. 1989. Challenges to fish fauna conservation programs as illustrated by the captive biology of  Lake Victoria cichlids. Pages 105-120 in B. L. Dresser, R. W. Reece, and E. J. Maruska, eds. Fifth World Congress on Breeding Endangered  Species in Captivity.

Kaufman, L. S.  1991.  Progress in the conservation of endemic fishes from Lake Victoria.  pp 403-408  In: AAZPA 1991 Annual Conference Proceedings 15 July 1991, San Diego, CA.

Kaufman, L. S., J. Ebersole, J. Beets and C. MacIvor.  1992.  A key phase in the recruitment dynamics of coral reef fishes: postsettlement transition. Environmental Biology of Fishes 34:109-114.

Kaufman, L. S.  1992.  Catastrophic change in species-rich freshwater ecosystems, the lessons of Lake Victoria.  Bioscience 42:846-858.

Kaufman, L. S. and P. Ochumba.  1993.  Evolutionary and conservation biology of cichlid fishes as revealed by faunal remnants in lake Victoria.  Conservation Biology 7(3):719-730.

Kaufman, L. S.  1993.  The Challenge of the World's Great Lakes. Conservation Biology 7(3):447-449.

Gophen M., P.B.O.Ochumba, U. Pollingher and L.S. Kaufman.  1993.  Nile Perch (*Lates niloticus*) invasion in Lake Victoria (East Africa).  Verh. Internat. Limnol. 25:856-859.

Kaufman, L. S.  1993.  Why the ark is sinking.  Chapter One in: The Last  Extinction (2nd ed.). MIT Press, Cambridge, MA.

Kaufman, L. S. (Ed.) 1993.  People, Fisheries, Biodiversity, and the Future of Lake Victoria.  ERL Special Publication 93-3, New England Aquarium, 68 pp.

Chapman, L. J., L. S. Kaufman and C. A. Chapman.  1994.  Why swim upside down: A comparative study of two synodontid catfishes.  Copeia 1994(1): 130-        135.

Hecky, R., F. Bugenyi, P. Ochumba, M. Gophen, L. Kaufman.  1994.  Deoxygenation of the deep water of Lake Victoria, East Africa.  Limnology and Oceanography 39:1476-1481.

Andrews, C. and L.S. Kaufman.  1994.  Captive Breeding programmes and their role in fish conservation.  Creative Conservation. pp. 338-351.

Kaufman, L. S. and F. Zaremba.  1995.  Conservation Research in Aquariums: The Social Contract.  American Association of Zoological Parks and Aquaria (AAZPA), Spec. Pub. 2.

Smith-Vaniz, W., L. S. Kaufman and J. Glowacki.  1995. Species-specific patterns of hyperostosis in marine teleost fishes.  Marine Biology 121:573-580.

Gophen, M., P. B. O. Ochumba, L. S. Kaufman.  1995.  Some aspects of perturbation in the structure and biodiversity of the ecosystem of Lake Victoria (East Africa).  Aquat. Living Resour.  8: 27-41.

Van Staadan, M. Robert Huber, L. S. Kaufman, K. F. Liem.  1995.  Brain evolution in cichlids of the African Great Lakes: Brain and body size, general patterns, and evolutionary trends.  Zoology 98:165-178.

Chapman, L.J., C.A. Chapman, L.S. Kaufman, and E. McKenzie.  1995.  Hypoxia tolerance in twelve species of East African cichlids:  Potential for low oxygen refugia in Lake Victoria.  Conservation Biology  9:1-15.

Sackley, P. and L. S. Kaufman.  1996.  Effect of predation on foraging height in a planktivorous coral reef fish, Chromus nitida.  Copeia 1996(3):726-729.

Chapman, L.J., C.A. Chapman, R. Ogutu-Ohwayo, M. Chandler, L. Kaufman, and A.E.Keiter.  1996.  Refugia for endangered fishes from an introduced predator in Lake Nabugabo, Uganda.  Conservation Biology 10:554-61.

Sanderson, L.  M. C. Stebar, K. L. Ackermann, S. H. Jones, I. E. Batjakas,  and L. Kaufman.  1996.  Mucus entrapment of particles by a suspension-feeding tilapia (Pisces:Cichlidae).  Jour. Exp. Biol. 199:1743-1756.

Kaufman, L.S., L. J. Chapman and C. Chapman.  1996.  The Great Lakes.  pp. 178-204 In:  T. R. McClanahan and T. P. Young (Eds)  East African Ecosystems and Their Conservation.  Longman Press, London.

Duan, W., G.C. Booton, L. Kaufman, M. Chandler and P.A. Fuerst. 1996.  Phylogenetic analysis of haplochromine cichlid taxa utilizing DNA heteroduplex separation techniques.  In: E.M. Donaldson and D.D. MacKinlay (eds.), Aquaculture Biotechnology, Symposium Proceedings of the International Congress on the Biology of Fishes, American Fisheries Society,  p. 95-104.

Mwanja, W., L. Kaufman, M. Chandler and P.A. Fuerst.  1996.  Population and stock characterization of Lake Victoria tilapiine fishes based on RAPD markers.  In: E.M. Donaldson and D.D. MacKinlay (eds.),   Aquaculture Biotechnology, Symposium

Proceedings of the International Congress on the Biology of Fishes, American Fisheries Society, p. 115-124.

Wu, L., G.C. Booton, L. Kaufman, M. Chandler and P.A. Fuerst. 1996.  Use of DNA microsatellite loci to identify populations and species of Lake Victoria haplochromine cichlids.  In: E.M. Donaldson and D.D. MacKinlay (eds.), Aquaculture Biotechnology, Symposium Proceedings of the International Congress on the Biology of Fishes, American Fisheries Society, p. 105-114.

Chandler, M., L. S. Kaufman, and S. Mulsow.  1996. Open Oceans.  Pp. 393-399 In: The Global Biodiversity Assessment.   Scientific Committee On Problems in the Environment (SCOPE).

Chandler, M., L. S. Kaufman, and S. Mulsow.  1996.  Human impact, biodiversity and ecosystem processes in the open ocean.  In:  H. A.  Mooney, J. H. Cushman, E. Medina, O. E. Sala and E. -D. Schulze (Eds.).  Functional Roles of Biodiversity: A Global Perspective.  John Wiley and Sons Ltd.  Pp. 431-474.

Cohen, A., L. S. Kaufman, and R. Ogutu-Ohwayo.  1996.   Anthropogenic impacts and conservation efforts on the African Great Lakes- A review.  In:  The Limnology, Climatology, and Palaeoclimatology of the East African Lakes (Ed. T. C. Johnson and E. O. Odada), pp. 575-624.  Gordon and Breeach Publishers, The Netherlands.

Kaufman, L. S., C. A. Chapman and L. J. Chapman.   1997.   Evolution in fast forward: haplochromine fishes of the Lake Victoria region.  Endeavour (London) 21(1):23-30.

Huber, R., M. J. van Staaden, L.S. Kaufman, K.F. Liem.  1997.  Microhabitat use, trophic patterns, and the evolution of brain structure in african cichlids.  Brain, Behavior and Evolution (Austria) 50:167-182.

Ogutu-Ohwayo, R., R.E. Hecky, A.S. Cohen, and L Kaufman.  1997.  Human impacts on the African Great Lakes.  Env. Biol. Fish.  50:117-131.

Kaufman, L. S.  1997.  Asynchronous taxon cycles in haplochromine fishes of the greater Lake Victoria region.  S. Afr. Jour. Science. 93:601-606.

Batjakas, I.E., R. K. Edgar and L. S. Kaufman.  1997.  Comparative feeding efficiency of indigenous and introduced phytoplanktivores from Lake Victoria: Experimental studies on *Oreochromis esculentus* and *Oreochromis niloticus*.  Hydrobiologia 347:75-82.

Kaufman, L. S. and P. J. Dayton.  1997.  Impacts of marine resource extraction on ecosystem services and sustainability.  In:  Daily, G. (Ed.), Nature's Services.  Island Press. Pp. 275-293.

Fuerst, P., W. Mwanja, L. Kaufman and G. C. Booten. 1997.  Genetic phylogeography of introduced *Oreochromis niloticus* (Pisces:Cichlidae) in Uganda.  Pp. 87-96 In: K. Fitzsimmons (Ed.).  Tilapia Aquaculture Volume 1.  Northeast Regional Agricultural Engineering Service, Ithaca.

Lindholm, J., P. J. Auster, L. S. Kaufman and M. Ruth.  1998.  Post-settlement Survivorship of Juvenile Atlantic Cod and the Design of Marine Protected Areas.  Pp. 138-168 In: E. M. Dorsey and J. Pedersen (eds.).  Effects of Fishing Gear on the Sea Floor of New England. Science and Management of Protected Areas Association.  Wolfville, N. S.

Lindholm, J., M. Ruth, L. Kaufman, and P. Auster. 1998. The Marine Refuge as a Fishery Management Tool: A Modeling Approach to the Design of Marine Refugia. In: Munro, N.W.P. and Willison, J.H.M. (eds). Linking Protected Areas with Working Landscapes. SAMPAA, Wolfville, Nova Scotia.

Chapman, C. A., L. S. Kaufman and L. J. Chapman.  1998.  Buttress formation and directional stress experienced during critical phases of tree development. Tropical Ecology 14(3):341-350.

Mwanja, W. and L. S. Kaufman, and P. A. Fuerst.  1998.  A note on recent advances in the genetic characterization of tilapiine stocks in the Lake Victoria Region.  Afr.J.Trop. Hydrobiol. Fish.  6(1&2): 51-53.

Cervino, J. M., T. J. Goreau, R. L. Hayes, L. Kaufman, I. Nagelkerken, K. Patterson, J. W. Porter, G. W. Smith, and C. Quirolo.  Coral disease.  1999.  Science 280 (5363): 499.

Booton, G.C., L. Kaufman, M. Chandler,  R. Oguto-Ohwayo, W. Duan and P. Fuerst. 1999. Evolution of the ribosomal RNA internal transcribed spacer one (ITS-1) in cichlid fishes of the Lake Victoria region.  *Molecular Phylogenetics and Evolution* 11: 273-282

Wu, L., L. Kaufman and P.A. Fuerst. 1999.   Isolation of microsatellite markers in *Astatoreochromis alluaudi* and their cross species amplification in other African cichlids. *Molecular Ecology* 8: 895-897.

Mwanja, W.W., P.A. Fuerst and Les Kaufman. 1999. Lake Victoria Region: Large lakes and their surrounding minor water bodies as natural laboratories for speciation and evolution. *Lakeline* 19 (2): 12-25.

Lindholm, J., Auster, PJ. and L. Kaufman. 1999. Habitat-mediated survivorship of juvenile (0-year) Atlantic cod (*Gadus morhua*). Marine Ecology Progress Series 180: 247-255.

**Chapman, C. A., L. J. Chapman, L. S. Kaufman and A. E. Zanne.  1999. Potential causes of arrested succession in Kibale National Park: growth and mortality of seedlings. African Journal of Ecology 37:81-92.**

Goodrich, J. S., S. L. Sanderson, I. E. Batjakas and L. S. Kaufman.  2000.  Branchial arches of suspension-feeding *Oreochromis esculentus*: sieve or sticky filter?  Journal of Fish Biology 56:858-875.

Fuerst, P.A., Mwanja, W.W., and L. Kaufman.  2000. The Genetic History of the Introduced Nile Tilapia Of Lake Victoria (Uganda - E. Africa):  The Population Structure of *Oreochromis niloticus* (Pisces: Cichlidae) Revealed by DNA Microsatellite Markers.  *Tilapia Aquaculture in the 21st Century: Proceedings of the Fifth International Symposium on Tilapia in Aquaculture (ISTA V)*: 30-40.

Mwanja, W.W., P.A. Fuerst and L. Kaufman.  2000.  Opportunities and challenges to conserve the genetic diversity of the fish resources of the Lake Victoria Region, East Africa.  Pp. 219-230 In: *Proceedings of Lake Victoria 2000 A New Beginning Conference*. ISBN: 9970-713-11-1.

Sayama, H., L. Kaufman and Y. Bar-Yam. 2000a.  Symmetry breaking and coarsening in spatially distributed evolutionary processes including sexual reproduction and disruptive selection.  Physical Review E62:7065-7069.

Sayama, H., L. Kaufman, and Y. Bar-Yam. 2000b. The role of spontaneous pattern formation in the creation and maintenance of biological diversity. InterJournal (http://www.interjournal.org/) Brief Article 417.

Bentis, C., L. Kaufman and S. Golubic.  2001.  Endolithic fungi in reef-building corals (Order:Scleractinia) are common, cosmopolitan, and potentially pathogenic.  Biol. Bul.. 198:254-260.

Mwanja, W. W., A. S. Armoudlian, S. B. Wandera,  L. Kaufman, L. Wu,  G. C. Booton, and P. A. Fuerst.  2001. The Bounty of Minor Lakes: The Role of Small Satellite Water Bodies in Evolution And Conservation of Fishes.  *Hydrobiologia* 458: 55-62.

**Lindholm, J. B., P. J. Auster, M. Ruth, and L. S. Kaufman.  2001.  Modeling the effects of fishing, and implications for the design of marine protected areas: juvenile fish responses to variations in seafloor habitat.  Conservation Biology 15:424-437.**

Murphy, D., D. Wilcove, R. Noss, J. Harte, C. Safina, J. Lubchenco, T. Root, V. Sher, L. Kaufman, M. Bean and S. Pimm.  2002. On reauthorization of the Endangered Species Act. Cons. Biol. 8(1):1-3. Article first published online: 19 JAN 2002

**Kaufman, L. and J. Schwartz. 2002. Nile perch population dynamics in Lake Victoria: implications for management and conservation.  In: Ruth, M. and J. Lindholm (Eds.). Dynamic Modeling for Marine Conservation. Springer-Verlag,New York. p. 257-313.**

**Potts, M., P. Ashton, L. S. Kaufman, and J. B. Plotkin.  2003.  Habitat patterns in tropical rainforests: A comparison of 105 plots in northwest Borneo.  Ecology 83: 2782–2797.**

Sayama, Hiroki, Kaufman, Les & Yaneer Bar-Yam.  2003.  Spontaneous Pattern Formation and Genetic Diversity in Habitats with Irregular Geographical Features.  *Conservation Biology.*  **17** (3) 893-900.

Auster, P.J., J. Lindholm, S. Schaub, G. Funnell, L.S. Kaufman and P.C. Valentine.  2003.  Use of sand wave habitats by silver hake.  Journal of Fish Biology 62L143-152.

Chapman, L.J., C.A. Chapman, J.P. Olowo, P.J. Schofield, L.S. Kaufman, O. Seehausen, and R. Ogutu-Ohwayo. 2003. Fish Faunal Resurgence in Lake Nabugabo, East Africa. Conservation Biology 17:500-511.

**Balirwa, J.S., C.A. Chapman, L.J. Chapman, I.G. Cowx, K. Geheb, L. Kaufman, R.H. Lowe-McConnell, O. Seehausen, J.H. Wanink, R.L. Welcomme, and F. Witte.  2003.  Biodiversity and Fishery Sustainability in the Lake Victoria Basin: An Unexpected Marriage?  Bioscience 53:703-715. (Order of authorship alphabetical).**

Kaufman, L.S.  2003.  Evolutionary footprints in ecological time:  Water management and aquatic conservation in African lakes.  In: Conservation, Ecology, and Management of African Freshwaters.  In: T.L. Crisman, L.J. Chapman, C.A. Chapman, and L.S. Kaufman (editors).  University Press of Florida, Gainesville, Florida. p. 460-490.

Chapman, L.J., C.A. Chapman, T.L. Crisman, and L.S. Kaufman. 2003.  Conservation and management of African aquatic ecosystems: An Introduction.  Pp. 1-6. (In) Conservation, Ecology, and Management of African Freshwaters.  T.L. Crisman, L.J. Chapman, C.A. Chapman, and L.S. Kaufman (editors).  University Press of Florida, Gainesville, Florida.

Chapman, L.J., C.A. Chapman, T.L. Crisman, and L. S. Kaufman. 2003. The conservation and management of African inland waters: A synthesis. Pp. 474-488.  (In) Conservation, Ecology, and Management of African Freshwaters. T.L. Crisman,  L.J. Chapman, C.A. Chapman, and L.S. Kaufman (editors). University Press of Florida, Gainesville, Florida.

Ojwang, W.O., L. Kaufman, A. A. Asila, and S. Agembe and B. Michener.  2004.  Isotopic

evidence of functional overlap amongst the resilient pelagic fishes of Lake Victoria, Kenya. Hydrobiologia 529:27-35.

Kaufman, L. and J. Wilson.  2004.   On the appropriate scale for fishery management in New England, and its broader context.   Conservation Perspectives, 2004(3) (online at http://www.nescb.org/epublications/fall2004/kaufman_wilson_main.html).

Kaufman, L.S., J.B.C. Jackson, E. Sala, P. Chisolm, E.D. Gomez, C. Peterson, R.V. Salm and G. Llewellyn.  2004.  Restoring and maintaining marine ecosystem function.  Pp. 165-181 In: L. Glover and S. Earle (Eds.). Defying Ocean's End.  Island Press, Washington DC.  283pp.

Kaufman, L. S., B. Heneman, T. Barnes, and R. Fujita.  2004.  Transition from low to high data richness:   An experiment in ecosystem-based fishery management from California.  Bull. Mar. Sci. 74(3):693-708.

Bennett, W.A., K. Roinestad, L. Rogers-Bennett, L. Kaufman, D. Wilson-Vandenberg, and B. Heneman.  2004.  Inverse regional responses to climate change and fishing intensity by the recreational rockfish (Sebastes spp.) fishery in California. Can. J. Fish. Aquat. Sci 61(12): 2499-2510.

Precht, W., S.L. Miller, R.B. Aronson, J.F. Bruno, and L. Kaufman. 2005. Reassessing U.S. Coral Reefs (letter). Science 308(5730): 1741.

Schwartz J., **Marshall K.**, Moran B. and Kaufman L. 2005. Culture-induced abnormalities in tautog (*Tautoga onitis*).   North American Journal of Aquaculture 67: 265-274.

Lindholm, J., S. Fangman, L. Kaufman and S. Miller. 2005. In situ tagging and tracking of coral reef fishes from the Aquarius undersea laboratory. Marine Technology Society Journal 39: 68-73.

Lindholm, J., L. Kaufman, S. Miller, A. Wagschal & M. Newvile.  2005.  Movement of *Ocyurus chysurus* Bloch 1790 and *Mycteroperca bonaci* Poey 1860 in the northern Florida Keys National Marine Sanctuary as determined by acoustic telemetry. Marine Sanctuaries Conservation Series MSD-05-4. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Marine Sanctuaries Division, Silver Spring, MD. 17 pp.

Lindholm, J., A. Knight, L. Kaufman and S. Miller,  2006.  Site fidelity and movement of the parrotfishes *Scarus coeruleus* and *Scarus taeniopterus* at Conch Reef (northern Florida Keys). Caribbean Journal of Science 42(1):138-144.

Kaufman, L.  2006.  If you build it, will they come?  Toward a concrete basis for coral reef gardening.  Pp.  119-142 <u>In</u>: Precht, W. (Ed.) Coral Reef Restoration Handbook: The Rehabilitation and Preservation of an Ecosystem Under Siege.  CRC Press.

Schwartz, J. D. M., M.J. Pallin, R.H. Michener, D. Mbabazi, & L.S. Kaufman.  2006.  Effects of Nile perch, *Lates niloticus*, on functional and specific fish diversity in Uganda's Lake Kyoga system.  *African Journal of Ecology* **44** (2): 145-156.

Michener, R. H. and L. S. Kaufman. 2007. Stable isotope ratios as tracers in marine food webs: an update. Chapter 9 *In*: K. Lajtha and R. H. Michener (Eds.). Stable Isotopes in Ecology and Environmental Science. Blackwell Scientific, Boston. 316pp.

Sayama, H., L. Kaufman, and Y. Bar-Yam. 2007. Spontaneous pattern formation and diversity in spatially structured evolutionary ecology. Chapter 6 *In:* J. Schwartz, Ed. Focus on Biodiversity Research. Nova Science Publishers.

Drew, JA., G. R. Allen, L. Kaufman, P. Barber. 2008. Regional color and genetic differences demonstrate endemism in five putatively cosmopolitan reef fishes. Conservation Biology 22(4): 965-975.

Francini-Filho, R. Moura, F. Thompson, R. Reis, L. Kaufman, R. Kikuchi, and Z. Leao. 2008. Diseases leading to accelerated decline of reef corals in the largest South Atlantic reef complex (Abrolhos Bank, eastern Brazil). Mar Pollut Bull. 56(5):1008-1014.

Precht, W.F., R.B. Aronson, K.J.P. Deslarzes, L.S. Kaufman, M.L. Robbart, E.L. Hickerson, G.P. Schmahl and J. Sinclair. 2008. Long-Term Reef Monitoring at the Flower Garden Banks: Status, Stasis and Change**.** Pp. 41-44 *In:* Proc. Gulf and Mexico Science Forum, Marine Sanctuaries Conservation Series NMSP-08-04, Silver Spring, MD.

Chapman, C. A. , K. Kitajima, A. E. Zanne, L. S. Kaufman, and M. J. Lawes. 2008. A 10-year evaluation of the functional basis for regeneration habitat preference of trees in an African evergreen forest. Forest Ecology and Management 255: 3790-3796.

Allen, G.R.**,** Drew, J.A., Kaufman, L. 2008. *Amphiprion barberi,* a new species of anemonefish (Pomacentridae) from Fiji,Tonga, and Samoa.*Aqua* 14(3) 105-114.

Mwanja, W. W., G. C. Booton, L. Kaufman and P. A. Fuerst. 2008. A profile of the introduced *Oreochromis niloticus* (Pisces: Teleostei) populations in Lake Victoria Region in relation to its putative origin of Lakes Edward and Albert (Uganda - E. Africa)               based on random amplified polymorphic DNA analysis. African Journal of               Biotechnology 7(11):1769-1773.

Grober-Dunsmore, R., L. Wooninck, J. Field, C. Ainsworth, J. Beets, S. Berkeley, J. Bohnsack, R. Boulon, R. Brodeur, J. Brodziak, L. Crowder, D. Gleason, M. Hixon, L. Kaufman, B. Lindberg, M. Miller, L. Morgan, and C. Wahle. 2008. Vertical zoning in marine protected areas. Fisheries 33(12):598-610.

Carr, J. and L. Kaufman. 2008. Estimating the importance of maternal age, size, and spawning experience to recruitment of Atlantic cod (*Gadus morhua*). Biological Conservation 142(3): 477-487.

Kaufman, L., L. B. Karrer and P. Peterson. 2009. Monitoring and Evaluation. In: Leslie, H. and K. McLeod (Eds.). Ecosystem-Based Management for the Oceans. Pp. 115-128 (Chapter 7). Island Press, Washington, DC, USA. 392 pp.

M. A. M. de Aguiar, M. Baranger, E. M. Baptestini, L. Kaufman & Y. Bar-Yam. 2009. Global

patterns of speciation and diversity.  Nature 460:384-387.

Mwanja, W.W., G.C. Booton, L. Kaufman and P.A. Fuerst. 2009.  A profile of the introduced *Oreochromis niloticus* (Pisces: Teleostei) populations in Lake Victoria Region in relation to its putative origin of Lakes Edward and Albert (Uganda - E. Africa) based on random amplified polymorphic DNA analysis.  African Journal of Biotechnology Vol. 7 (11), pp. 1769-1773.

Francini-Filho, R., C.M.  Ferreira, E.O. Cavalcanti Coni, R. Moura and L. Kaufman.  2009. Foraging activity of roving herbivorous reef fish (Acanthuridae and Scaridae) in eastern Brazil: influence of resource availability and interference competition.  Journal of the Marine Biological Association of the United Kingdom 90(3), 481–492.

Francini-Filho, R., R. Reis, P. Meirelles, R. Moura, F. Thompson, R. Kikuchi and L.Kaufman. 2010. Seasonal prevalence of white plague like disease on the endemic Brazilian reef coral *Mussismilia braziliensis*. Lat. Am. J. Aquat. Res., 38(2): 292-296, 2010.

Eakin CM, Morgan JA, Heron SF, Smith TB, Liu G, et al. 2010. Caribbean corals in crisis: Record thermal stress, bleaching, and mortality in 2005. PLoS ONE 5(11): e13969. ådoi:10.1371/journal.pone.0013969.

Abate, M., A.G. Eng, and L. Kaufman.  2010.  Alarm cue induces an antipredator morphological defense in juvenile Nicaragua cichlids *Hypsophrys nicaraguensis. Current Zoology* 56 (1):36-42.

Brown, B. L. Soule and L. Kaufman. 2010.  Effects of excluding bottom-disturbing mobile fishing gear on abundance and biomass of groundfishes in the Stellwagen Bank National Marine Sanctuary, USA. *Current Zoology* 56 (1):134-143.

Yasue, M., L. Kaufman and A.C.J. Vincent.  2010.  Assessing ecological changes in and around marine reserves using community perceptions and biological surveys.  Aquatic Conservation: Marine and Freshwater Ecosystems 20(4):407-418.

Traylor-Knowles, N., U. Hansen, T. Dubuc, M.Q. Martindale, L. Kaufman, and J.R. Finnerty. 2010. The evolutionary diversification of LSF and Grainyhead transcription factors preceded the radiation of basal animal lineages. *BMC Evolutionary Biology* 2010(10):101.

Ojwang, W. O., J. E. Ojuok, D. Mbazi and L. Kaufman. 2010. Ubiquitous omnivory, functional redundancy and the resiliency of Lake Victoria fish community. Aquatic Ecosystem Health & Management 13: 3, 269 — 276

Precht, W.F., R.B. Aronson, R.M. Moody and L. Kaufman.  2010.  Changing patterns of microhabitat utilization by the threespot damselfish, *Stegastes planifrons*, on Caribbean reefs. 2010.  *PLoS ONE*, 2010: 5(5): e10835 DOI:10.1371/journal.pone.0010835.

Mwanja, W.W., L. Kaufman and P. Fuerst.  2010. Comparison of the genetic and ecological diversity of the native to the introduced tilapiines (Pisces: Cichlidae), and their population structures in the Lake Victoria region, East Africa. Aquatic  Ecosystem  Health  &

Management, 13: 4, 442 — 450.

Francini-Filho, R., R. Reis, P. Meirelles, R. Moura, f. Thompson, R. Kikuchi and L. Kaufman. 2010. Seasonal prevalence of white plague like disease on the endemic Brazilian reef coral *Mussismilia brasiliensis*. Lat. Am. Aquat. Res. 38(2):292-296.

Romero, E. and L. Kaufman. 2011. Fisheries based on Belizean biodiversity: Why they're so vulnerable to offshore oil exploration. Pp. 135-141 *In*: Too Precious to Drill. Sea Around Us, University of British Columbia.

Nikki Traylor-Knowles, B R Granger, T J Lubinski, J R Parikh, S Garamszegi, Y Xia, J A Marto, L Kaufman and J R Finnerty. 2011. Production of a reference transcriptome and transcriptomic database (PocilloporaBase) for the cauliflower coral *Pocillopora damicornis*. *BMC Genomics* 2011, 12:58

H. Patel, S. Gopal, L. Kaufman. 2011. MIDAS: A spatial decision support system for monitoring marine management areas. International Regional Science Review April 2011 vol. 34 no. 2 191-214

Hansen, GJA, Ban NC, Jones ML, Kaufman L, Panes HM, Yasué M, Vincent ACJ. 2011. Hindsight in marine protected area selection: A comparison of ecological representation arising from opportunistic and systematic approaches. Biological Conservation. 144:1866–1875.

Amado-Filho GM, Moura RL, Bastos AC, Salgado LT, Sumida PY, et al. 2012. Rhodolith Beds Are Major CaCO3 Bio-Factories in the Tropical South West Atlantic. PLoS ONE 7(4): e35171. doi:10.1371/journal.pone.0035171.

Coni E, Ferreira CM, Moura RL, Meireles PM, Kaufman L & Francini-Filho RB. 2012. An evaluation of the use of branching fire-corals (Millepora spp.) as refuge by reef fish in the Abrolhos Bank, eastern Brazil. Environmental Biology of Fishes. DOI: 10.1007/s10641-012-0021-6

Tlusty, M.F., A. L. Rhyne, L. Kaufman, M. Hutchins, G. McG. Reid, C. Andrews, P. Boyle, J. Hemdal, F. McGilvray and S. Dowd. 2012. Opportunities for public aquariums to increase the sustainability of the aquatic animal trade. Zoo Biology (online) 1 May 2012.

Rhyne, A., M. F. Tlusty, P. J. Schofield, L. Kaufman, J. A. Morris Jr. and A. W. Bruckner. 2012. Revealing the appetite of the marine aquarium fish trade: the volume and biodiversity of fish imported into the United States. PLoS ONE 7(5): e35808. doi:10.1371/journal.pone.0035808

Rhyne, A., M. Tlusty and L. Kaufman. 2012. Long-term trends of coral imports into the United States indicate future opportunities for ecosystem and societal benefits. Conservation Letters. http://onlinelibrary.wiley.com/doi/10.1111/j.1755-263X.2012.00265.x/abstract

Liu, H., M. J. Fogarty, S. M. Glaser, I. Altman, C. H. Hsieh, L. Kaufman, A. A. Rosenberg, G. Sugihara. 2012. Nonlinear dynamic features and co-predictability of the Georges Bank fish community. Marine Ecology Progress Series 464: 195-207.

Drew, J. and L. Kaufman. 2012. Functional endemism: population connectivity, shifting baselines and the scale of human experience. Ecology and Evolution, doi: 10.1002/ece3.446.

Mwanja, W. W., P. A. Fuerst and L. Kaufman. 2012 (Published in 2013). Reduction of the "ngege", *Oreochromis esculentus* (Teleostei: Cichlidae) populations, and resultant population genetic status in the Lake Victoria Region. Uganda Journal of Agricultural Science 13(2): 65-82.

Cooperman, M.S., So N., Arias, M., Cochrane, T.A., Elliott, V., Hand, T., Hannah, L., Holtgrieve, G.W., Kaufman, L., Koning, A.A., Koponen, J., Kum V., McCann, K.S., McIntyre, P.B., Min B., Ou C., Rooney, N., Rose, K.A., Sabo, J.L. & Winemiller, K.O. 2012. (Published in 2013). A watershed moment for the Mekong: newly announced community use and conservation areas for the Tonle Sap Lake may boost sustainability of the world's largest inland fishery. Cambodian Journal of Natural History, 2012**:** 101–106.

Francini-Filho RB, Coni EOC, Meirelles PM, Amado-Filho GM, Thompson FL, G. H. Pereira-Filho, A. C. Bastos, D. P. Abrantes, C. M. Ferreira, F. Z. Gibran, A. Z. Guth, P. Y. G. Sumida, N. L. Oliveira, L. Kaufman1, C. V. Minte-Vera, R.L. Moura. 2013. Dynamics of coral reef benthic assemblages of the Abrolhos Bank, Eastern Brazil: Inferences on natural and anthropogenic drivers. PLoS ONE 8(1): e54260. doi:10.1371/journal.pone.0054260

Deyle, E., M. Fogarty, C. Hsieh, L. Kaufman, A. D. McCall, S. B. Munch, C. T. Peretti, H. Ye and G. Sugihara. 2013. Predicting climate effects on Pacific sardine. PNAS. Early online: 10.1073/pnas.1215506110
http://www.pnas.org/content/early/2013/03/27/1215506110.abstract

Glaser, S. M., M. J. Fogarty, H. Liu, I. Altman, C. Hsieh, L. Kaufman., A. D. McCall, A. A. Rosenberg, H. Ye and G. Sugihara. 2013. Complex dynamics may limit prediction in marine fisheries. Fish and Fisheries. Early online: DOI: 10.1111/faf.12037
http://onlinelibrary.wiley.com/doi/10.1111/faf.12037/abstract

Tlusty, M. F., A. Rhyne, L. Kaufman, M. Hutchins, G. McGregor-Reid, C. Andrews, P. Boyle, J. Hemdal, F. McGilvray, and S. Dowd. 2013. Opportunities for public aquaria to increase the sustainability of the aquatic animal trade. Zoo Biology 32:1-12.

Altman, I., R. Boumans, J. Roman, S. Gopal and L. Kaufman. 2014. An ecosystem accounting framework for marine ecosystem-based management. The Sea 16: 245-276.

**Ph.D. Thesis**

Kaufman, L.S. 1979. Damselfish gardens on Caribbean reefs: A natural disturbance and its effects on benthic biota. The Johns Hopkins University. Ph.D. Thesis.

**Representative Technical Reports**

Becker, D.S., J.A. Conte and L.S. Kaufman.  1979.  A bathymetric survey of the proposed Church Creek power plant site.  Chesapeake Bay Institute, The Johns Hopkins University, Spec. Rept. 73, Ref. 79-4.

Becker, D.S. and L.S. Kaufman.  1979.  Status of commercially important bivalves near the proposed Church Creek power plant site.  Chesapeake Bay Institute, The Johns Hopkins University, Spec. Rept. 75, Ref. 79-6.

Kaufman, L.S., R.G. Otto and P. Miller.  1980.  On distribution and abundance of juvenile fishes is the Upper Chesapeake Bay.  Chesapeake Bay Institute, The Johns Hopkins University, Spec. Rept.. 78, Ref. 80-1.

Kaufman, L.S., D.S. Becker and R.G. Otto.  1980.  Patterns of distribution and abundance of macrobenthos at Taylors Island, Maryland, with implications for monitoring programs. Chesapeake Bay Institute, The Johns Hopkins University, Spec. Rept. 81, Ref. 80-4.

Kaufman, L. S., and A. Strysky. 1991. Designation of marine species for protection under US Endangered Species Act.  Report to the Office of Protected Resources, New England Aquarium, Boston.

Kaufman, L. S. and J. Tschirky.  2010.  Living With the Sea.  Conservation International.

Karrer, L. B., M. Orbach and L. S. Kaufman.  2010.  Marine Management Areas: What, Why, and How.  Conservation International.

Kaufman, L. S., D. Obura, S. Sandin, and E. Sala.  2011.  CHI: Coral Health Index. Conservation International.

**Edited Books**

Kaufman, L. S. and K. E. Mallory (eds.).  1986, 1993.  The Last Extinction.  MIT Press, Cambridge, MA.

T.L. Crisman,  L.J. Chapman, C.A. Chapman, and L.S. Kaufman (editors).  2003.  Conservation, Ecology, and Management of African Freshwaters. University Press of Florida, Gainesville, Florida.

**Semi-Popular Articles**

Note:  In addition to the articles listed below, I have also published about a dozen articles over the years in "The Marine Aquarist," "Salt Water Aquarist," "Aquarium," "Tropical Fish Hobbyist," "BuntBarsch Bulletin," and "Skin Diver Magazine."

Hatch, J. and L.S. Kaufman.  1986.  In the shadow of skyscrapers - bringing  back the wild life of urban estuaries.  Aquasphere, Journal of the New England Aquarium p. 7-10.

Kaufman, L. S.  and O. Seehausen.  1995a.  Cichliden von der ugandischen und der kenianischen Viktoriaseekuste.  Pp. 147-153 In:  von Drachenfels (Ed.). Cichliden: Festschrift zum 25jahrigen Jubilaum der DCG.

Kaufman, L. S. and O. Seehausen.  1995b.  Cichliden aus anderen Seen des Viktoriasee-Beckens.  Pp. 153-155 In:  von Drachenfels (Ed.).  Cichliden: Festschrift zum 25jahrigen Jubilaum der DCG.

Kaufman, L. S.  1996.  Preface to Lake Victoria Rock Cichlids: taxonomy, ecology and distribution.  Seehausen, O. (The Netherlands).

Lindholm, J. L. Kaufman, P. Auster, M. Ruth, C. Safina.  1996.  In search of new answers for New England's groundfishery: The role of habitat in the future of overfished species. Living Ocean News 1995-1996:4-7).

Kaufman, L. S.  1996.  Lake Nawampasa, Uganda.  Cichlid News 5(4):17-21.

Kaufman, L. S.  1997.  A brief introduction to aquarium fishes from Lake Nawampasa.  Cichlid News 6(1): 30-31.

Loiselle, P.V. and L. S. Kaufman.  1997.  The status of the Lake Victoria Haplochromis species currently maintained by aquarists.  Buntbarsche Bulletin 142: 18-28.

Kaufman, L. S.  2003.  Fiji's Rainbow Reefs.  National Geographic.  Photos by Tim Laman.

Kaufman L. S. 2004.  One Fish, Two Fish…(Evolution of Color on Coral Reefs).  National Geographic.  Photos by Tim Laman.

Kaufman, L.  2009.  Coral Condos.  Ranger Rick Magazine (January 2009), photos by Tim Laman.

**Book Reviews and Essays**

Kaufman, L. S.  1987.  Dynamics of marine fish populations.  Conservation Biology 1(3): 265-266.

Kaufman, L. S.  1988.  Marine biodiversity, the sleeping dragon.  Conservation Biology 1(4): 307-308. (Essay)

Kaufman, L.S. 1988.  A fish faunal conservation program: the Lake Victoria cichlids.  Endangered Species Update 8(1):72-75.

Kaufman, L. S. and A. Cohen.  1993.  The Great Lakes of Africa.  Conservation Biology 7(3):632-633. (Essay)

Kaufman, L.  1995.  "Touch one strand, and the whole web shivers." Conservation Biology 9(2):470-471.

Kaufman, L.  1995.  Building an agreement on marine conservation needs. Conservation Biology 9(3):696-698.

Kaufman, L.  1998.  Knowing the ocean.  Cons. Biol. 12(3):737-738.

Kaufman, L. S.  2001.  The impact of species changes in African lakes. Copeia.

Kaufman, L. S.  2001.  Most excellent of fishes.  Natural History 110(4): 84-85.

**Representative Published Abstracts  and Presented Papers**

Mwanja, W., M. Chandler, L. Kaufman and P. Fuerst.  1994.  Population Structure and hybridization in fish: Lake Victoria tilapia studied with randomly amplified polymorphic DNA (RAPD) markers.  Ohio Jour. Science 94(3).

Black, M., G. Booton, M. Chandler, L. Kaufman, and P. Fuerst.  1994.  Use of randomly amplified polymorphic DNA (RAPD) to study population differentiation in the African cichlid fish Astatoreochromis alluaudi .  Ohio Jour. Sci. 94(3).

Fuerst, P.A., W. Mwanja, G. Booton, M. Black, M. Chandler and L. Kaufman. 1994.  RAPD's as genetic markers of population structure and hybridization in Lake Victoria cichlids.  Mol. Appr. Mar. Ecol. Evol.

Kaufman, L.S., M. Chandler, L. Chapman and C. Chapman.  1995. Landscape processes and macroevolutionary patterns in East Afircan cichlid fishes.  Ann. Meet. Geological Society of America, Northeast Regional Symposium on Tectonics and Biodiversity.

Chandler, M., L. Chapman, L. Kaufman, R. Ogutu-Ohwayo, C. Chapman, A. Von Bismark.  1995.  Wetlands as refugia from predation by introduced species.  Bull. Ecol. Soc. America 76 (2):43-44.

Chandler, M. And L. Kaufman.  1995. In situ conservation efforts of endemic fish biodiversity in the Lake Victoria Basin, East Africa.  Zoos, 1995 Nat=l. AZA, Columbus, Ohio.

Fuerst, P. A., W. Mwanja, G. Booton, M. Black, M. Chandler and L. Kaufman. 1995. RAPD's as nuclear gene markers of population structure and hybridization in Lake Victoria cichlids. (Proc. 1995 Keystone Symposium on Molecular Approaches to Marine Ecology and Evolution.  *Journal of Cellular Biochemistry* 19B: 339.

Wu, L., M. Chandler, L. Kaufman and P. A. Fuerst. 1995.  Development of microsatellite markers in the African cichlid fish *Astatoreochromis alluaudi* and their use in population genetic studies.  *Ohio Journal of Science* 95 (2): A-12.

Mwanja, W., M. Chandler, L. Kaufman and P. A. Fuerst. 1995. Population structure and hybridization in fish: Lake Victoria tilapia studied with randomly amplified polymorphic DNA (RAPD) markers.  *Ohio Journal of Science* 95(2): A-9.

Black, M., G. Booton, M. Chandler, L. Kaufman and P. A. Fuerst. 1995. Use of randomly amplified polymorphic DNA (RAPD) to study population differentiation in the African cichlid fish *Astatoreochromis alluaudi*. *Ohio Journal of Science* 95 (2): A-11.

Mwanja, W., L. Kaufman, M. Chandler and P.A. Fuerst. 1995. RAPD analysis of the genetic population structure and evolution of the Tilapiine species (Pisces: Cichlidae) of Lakes Victoria, Albert and Edward (Uganda).  Paper presented at the 1995 joint meetings of the Society for Systematic Biologists, Society for the Study of Evolution, American Society of Naturalists and Numerical Taxonomy Group, Montreal.

Booton, G.C., L. Kaufman, M. Chandler and P.A. Fuerst. 1995. Phylogenetic analysis of Lake Victoria cichlidae derived from the rRNA Internal Transcribed Spacer One (ITS 1). Paper presented at the 1995 joint meetings of the Society for Systematic Biologists, Society for the Study of Evolution, American Society of Naturalists and Numerical Taxonomy Group, Montreal.

Wu, L., M. Chandler, L. Kaufman and P.A. Fuerst. 1995. Microsatellites in the African cichlid *Astatoreochromis alluaudi*: cloning characterization and potential application in population genetic studies. Paper presented at the 1995 joint meetings of the Society for Systematic Biologists, Society for the Study of Evolution, American Society of Naturalists and Numerical Taxonomy Group, Montreal.

Chandler, M., L. Chapman, L. Kaufman, R. Ogutu-Ohwayo, C. Chapman, and A. Von Bismarck. 1995.  Wetlands as Refugia from Predation by Introduced Species.  Ecological Society of America, Snowbird, Utah, August 1995.

Kaufman, L.S., M. Chandler, L. Chapman, and C. Chapman. 1995.  Landscape processes and macroevolutionary patterns in East African cichlid fishes.  Geological Society of America, Northeast Regional Symposium on Tectonics and Biodiversity, Connecticut, 1995.

Chapman, L. J., C.A. Chapman, L.S. Kaufman, and M. Chandler.  1996.  Wetlands as Refugia from Introduced Nile Perch in the Lake Victoria Basin of East Africa.  American Fisheries Society, Deerborn, Michigan, August 1996.

Mwanja, W., L. Kaufman, M. Chandler and P.A. Fuerst. 1996. Proposed phylogeny of Tilapiniines (Cichlidae: Labroidei) derived from RAPD markers. Paper presented at the 1996 meetings of the Society for the Study of Evolution, St. Louis.

Wu, L., L. Kaufman, M. Chandler and P.A. Fuerst. 1996.  Application of microsatellite markers to the population genetic studies of Eastern African haplochromine cichlids from the Lake Victoria basin.   Paper presented at the 1996 meetings of the Society for the Study of Evolution, St. Louis.

Lindholm, J., L.S. Kaufman, M. Ruth and P. Auster.  1996.  A modeling approach to marine refugia.  Internationl Society for Ecological Economics, Boston, Ma.

Lindholm, L.S. Kaufman, M. Ruth and P. Auster. 1996. Biology of yearling groundfishes on Georges Bank: A spatially explicit model. Proceedings 2nd World Fisheries Congress, Brisbane, Australia.

Duan, W., G.C. Booton, L. Kaufman, M. Chandler and P.A. Fuerst. 1996. Phylogenetic analysis of haplochromine cichlid taxa utilizing DNA heteroduplex separation techniques. Paper presented in the "Aquaculture Biotechnology Symposium" of the *International Congress on the Biology of Fishes*, San Francisco.

Mwanja, W., L. Kaufman, M. Chandler and P.A. Fuerst. 1996. Population and stock characterization of Lake Victoria tilapine fishes based on RAPD markers. Paper presented in the "Aquaculture Biotechnology Symposium" of the *International Congress on the Biology of Fishes*, San Francisco.

Wu, L., G.C. Booton, L. Kaufman, M. Chandler and P.A. Fuerst. 1996. Use of DNA microsatellite loci to identify populations and species of Lake Victoria haplochromine cichlids. Paper presented in the "Aquaculture Biotechnology Symposium" of the *International Congress on the Biology of Fishes*, San Francisco.

Mwanja, W. , L, Kaufman and P.A. Fuerst. 1997. Randomly amplified polymorphic DNA characterization of ningu (*Labeo victorianus*, Pisces: Cyprinidae) populations of Lake Kyoga and Lake Victoria basins, East Africa. *Ohio Journal of Science* 97 (2): A-31.

Mwanja, W.W., L. Kaufman, and P. A. Fuerst. 1997. Genetic Population Structure and Meristic Characterization of populations of *Oreochromis niloticus* (Pisces: Cichlidae) of Lake Victoria Region and Lake Edward-Albert System (Uganda - E. Africa). Proceedings of the 7th International Aquaculture Symposium, Sterling, Wales.

Wu, L., L. Kaufman, B. Porter and P. Fuerst. 1997. Genetic variability and inter-population gene flow of *Astatoreochromis alluaudi* revealed by microsatellite data. Proceedings of the 77th Annual Meeting of the American Society of Ichthyologists and Herpetologists: 316-317.

Fuerst, P., W. Mwanja, L. Kaufman and G. C. Booton. 1997. Genetic phylogeography of introduced *Oreochromis niloticus* (Pisces: Cichlidae) in Uganda. Proceedings of the IV International Symposium on Tilapia Aquaculture.

Mwanja, W.W., F. Bugenyi, L. Kaufman and P. Fuerst. 1997. Genetic characterization of tilapiine stocks in the Lake Victoria Region. p. 33-34, *In*: R.S.V. Pullin, C.M.V. Casal, E.K. Abban and T.M. Falk (eds.) *Characterization of Ghanian tilapia genetic resources for use in fisheries and aquaculture.* ICLARM Conf. Proc. 52, 58p.

Lindholm, J., M. Ruth, L.S. Kaufman and P. Auster. 1997. Marine refugia as tools in fishery management: A modelling approach to the design of marine refugia. Science and Management of Protected Areas.

M. Chandler, L. Chapman, R. Ogutu-Ohwayo, L. Kaufman, A. Armoudlian, and A. van Bismarck. 1997. Patterns of Fish Distribution in Response to Multiple Perturbations in the Lake Victoria Basin of East Africa.

American Society of Limnology and Oceanography, Santa Fe, New Mexico, February 1997.

L.S. Kaufman, L.J. Chapman, and P.F. Fuerst.  1998.  Radiation and Extinction Mechanisms in Haplochromine Cichlids of the Lake Victoria Region.  The Society for Integrative and Comparative Biology, Boston, Massachusetts, January 1998.

Kaufman, L.S. And I. Batjakas. 1998.  Insights from a toy ocean: Invasion dynamics in Lake Victoria and implications for shallow marine ecosystems.  Marine Bioinvasions, MIT.

Mwanja, W.W., Kaufman, L. and  Fuerst, P.A. 1998. Genetic differentiation and characterization of populations of ningu, *Labeo victorianus*, and two other species of  East African *Labeo* (Pisces: Cyprinidae). Fisheries Society of the British Isles Symposium on Tropical Fish Biology, p. 41.

Fuerst, P.A., Mwanja, W.W. and Kaufman, L.  1998. Use of DNA microsatellite markers to study genetic diversity in the species of the genus *Oreochromis* from the Lake Victoria region. Fisheries Society of the British Isles Symposium on Tropical Fish Biology, p. 25.

Mwanja, W. W., P. A. Fuerst, L. Wu, G. C. Booton, S. B. Wandera, and L. Kaufman. 1998. Ecological and Evolutionary Changes of Fish species in the Lake Victoria Region and Lake Edward - Albert System: the role of minor satellite water bodies. Proceedings of the 1998 International Association of Great Lakes Research.

Wu, L. , Kaufman, L. and  Fuerst, P.A. 1998. Genetic variation and species differences for DNA microsatellite loci in Lake Victoria Haplochromine cichlids. Fisheries Society of the British Isles Symposium on Tropical Fish Biology,  p. 61.

Kaufman, L., Chapman, L. and  Fuerst, P.A. 1998. Tempo, mode, and mechanism  in the evolution of Lake Victoria cichlids.  Fisheries Society of the British Isles Symposium on Tropical Fish Biology, p. 31-32.

Kaufman, L., Mwanja, W.W. and  Fuerst, P.A. 1998. Conservation genetics of Tilapiine refugia in the Lake Victoria region. Fisheries Society of the British Isles Symposium on Tropical Fish Biology, p. 31.

Mwanja, W., S.B. Wandera, L. Kaufman, P. Fuerst. 1998. Evolution of the haplochromine cichlid flock of the Lake Victoria Region: the bounty of the satellite lakes and their role in conservation of endangered taxa. Proceedings of the symposium on African Fish and Fisheries: Diversity and Utilisation, Grahamstown, South Africa.

Fuerst, P.A., W. Mwanja, I. Batjakas, G. Booton and L. Kaufman. 1998.  Of Lake Victoria Region Tilapiines: the isolated and displaced; the shrunk and native; the restricted and exotic; and the expanded and introduced. Proceedings of the symposium on African Fish and Fisheries: Diversity and Utilisation, Grahamstown, South Africa.

Mwanja, W. W., A. S. Armoudlian, S. B. Wandera, L. Kaufman, L. Wu, G. C. Booton, and P. A. Fuerst. 1999. The Bounty of Minor Lakes: The Role of Small Satellite Water Bodies in Evolution And Conservation of Fishes. Proc. International Symposium on the Management of African Waters, Naivsha, Kenya.

Schwartz, J.D.M. and Kaufman, L.S. 2000. Mechanistic Models and Community Ecology. Presented at the General Scientific Meetings of the Marine Biological Laboratory, August 14-16. Woods Hole, MA.

Kaufman, L.S. and Schwartz, J.D.M. 2000. The Future of Fisheries and Fisheries Research on Lake Victoria. Presented at the Lake Victoria Fisheries Organization's International Convention on Lake Victoria, May 16-19. Jinja, Uganda.

L.J. Chapman, C.A. Chapman, J.P. Olowo, P.J. Schofield, and L.S. Kaufman. 2000. Biodiversity Lost and Found: The Resurgence of Indigenous fishes in the Lake Victoria Region. The Ecological Society of America, Snowbird, Utah, August 2000.

Fuerst, P.A., L. Kaufman and W.W. Mwanja. 2000. Lake Victoria Region: Large Lakes and Their Surrounding Minor Water Bodies as a Natural Laboratory for Adaptive Ecology, Speciation and Evolution of Fish Species. *Ohio Journal of Science* 100 (1): A44.

Mwanja, W.W., L. Kaufman, and Paul A. Fuerst. 2000. Randomly Amplified Polymorphic DNA Markers: Conservation And Management Implications. *Ohio Journal of Science* 100 (1): A38.

Mwanja, W.W., L. Kaufman and P.A. Fuerst. 2000. A case for reintroduction and restoration of cichlid fishes in Lake Vitoria Region waters: A means towards management and conservation of rare and endangered cichlid species. Proc. International Conference on the Conservation of African Inland Fisheries, Jinja, Uganda.

Fuerst, P.A., Mwanja, W.W., and L. Kaufman. 2000. The Genetic History of the Introduced Nile Tilapia Of Lake Victoria (Uganda - E. Africa): The Population Structure of *Oreochromis niloticus* (Pisces: Cichlidae) Revealed by DNA Microsatellite Markers. *ISTA V - Fifth International Symposium on Tilapia in Aquaculture,* Rio de Janiero, Brazil.

Schwartz, J.D.M., Ojwang, W., and Kaufman, L.S. 2001. The Effects of Nile Perch, *Lates niloticus*, on functional diversity in the lake Kyoga satellite system, Uganda. Presented to the Society for Conservation Biology annual meeting in Hilo, HI, July 29-August 1.

Kaufman, L. S. 2001. No reef is an island: effects of global climate change on nearshore marine environments of Mauritius. MERMAID 2001: Mauritius Environmental Resource Management and International Development, University of Mauritius.

R. Ogutu-Ohwayo, L.J. Chapman, C.A. Chapman, and Les Kaufman. 2002. Biodiversity Lost and Found: A Decade of Research on the Lake Nabugabo Wetland System.

Ramsar Conference for the Lake Nabugabo Region.  Masaka, Uganda.  January 2002.

R. Ogutu-Ohwayo, C.A. Chapman, L.J. Chapman, and Les Kaufman.  2002.  Considering Terrestrial Systems in the Management of the Nabugabo Ecosystem.   Ramsar Conference for the Lake Nabugabo Region.  Masaka, Uganda.  January 2002.

Lindholm, J., P. Auster , L. Kaufman , and S. Miller.  2002. Movement patterns and site utilization of fishes as determined by acoustic telemetry: implications for the design of marine reserves. Sustaining Seascapes:  The Science and Policy of Marine Resource Management, American Museum of Natural History, March 2002.


**Independent Publications by Graduate Students and Post-Docs**

Batjakas, I. E. and A. E. Economakis.  1995.  Coastal Fishes of Greece. Efstathiades Group, Athens, Greece.  pp 129.

Ruth, M. and J. Lindholm. 1997. Dynamic Modeling of Multispecies Fisheries for Consensus Building and Management. Environmental Conservation 23: 332-342.

Stacy, E. A., J. L. Hamrick, J. D. Nason, S. P. Hubbell, R. B. Foster, and R. Condit. 1996. Pollen dispersal in low-density populations of three Neotropical tree species.  American Naturalist 148:275-298.

Primack, R. B. and E. A. Stacy. 1997. Women ecologists catching up in productivity, but only when they join the race.  Bioscience 47:169-174.

Parker, K. C., J. L. Hamrick, A. J. Parker, and E. A. Stacy. 1997. Allozyme diversity in Pinus virginiana (Pinaceae): Intraspecific and interspecific comparisons.  American Journal of Botany 84:1372-1382.

Primack, R. B. and E. A. Stacy. 1998. Cost of reproduction in the Pink Lady's Slipper Orchid (*Cypripedium acaule*): an eleven-year experimental study of three populations.  American Journal of Botany 85:1672-1679.

Heyer, C., P. Auster, and J. Lindholm. 1998. A Bibliography of Marine Protected Area Function and Design. Technical Report 98-01. Stellwagen Bank National Marine Sanctuary, Plymouth, Massachusetts.

Batjakas, I. E. and A. E. Economakis.  1999.  The Greek Seashore.  A Guide to the Marine Invertebrates.  In  Press. Efstathiadis Group, Athens, Greece.

Schwartz, J.D.M.  2000. Biological diversity in the Stellwagen Bank National Marine Sanctuary. Stellwagen Bank Technical Memorandum SBNMS-MPR-00-01. NOAA, Silver Springs, MD.

Lindholm, J. and P. Auster. 2000.  Effects of fishing on sand habitats in Closed Area II. NOAA Technical Report.

Barr, B. and J. Lindholm. 2000. Conservation of the sea using lessons from the land. The George Wright Forum 17: 77-86.

Stacy, E. A., S. Dayanandan, B. Dancik, and P. D. Khasa. 2001. Novel microsatellite DNA markers for the Sri Lankan tree species, *Shorea cordifolia* (Dipterocarpaceae) and cross-species amplification in *S. megistophylla*. Molecular Ecology Notes 1:A20.

Stacy, E. A. 2001. Cross-fertility in two tropical tree species: evidence of inbreeding depression within populations and genetic divergence among populations. American Journal of Botany 88:1041-1051.

Lindholm, J. and B. Barr. 2001. Comparison of marine and terrestrial protected areas under Federal jurisdiction in the United States. Conservation Biology 15: 1441-1444.

Ruth, M and J. Lindholm (Eds). 2002. Dynamic Modeling for Marine Conservation. Springer-Verlag, New York. 449 pp.

Langton, R., J. Lindholm, J. Wilson and S. Sherman. 2002. An age-structured model of fish population enhancement: implications for conservation and economic sustainability. In: Ruth, M. and J. Lindholm. Dynamic Modeling for Marine Conservation. Springer-Verlag, New York.

Lindholm, J. and P.J. Auster. In Press. Marine Protected Area Design: Toward a Generalized Approach. In: Science and Management of Protected Areas: Learning From the Past and Links to the Future.  SAMPAA, Wolfville, Nova Scotia

Stacy, E. A. and J. L. Hamrick.  In press.  CTFS plots facilitate studies of tree breeding systems: Examples from Barro Colorado Island.  Proceedings from conference: Forest diversity and dynamism: results from the global network of large-scale demographic plots.  Center for Tropical Forest Science, Smithsonian Institute.  Washington, D.C.

Stacy, E. A., S. Harischandran, and I. A. U. N. Gunatilleke. In Press. Reproductive ecology of *Syzygium rubicundum* (Myrtaceae) at Sinharaja Forest. Sri Lankan Forester.

**Recent Work In Media and Public Outreach**

| | |
|---|---|
| 2009 | Writer, Ranger Rick magazine article on coral reef fish communities. |
| 2004 | Writer, National Geographic article on color in coral reef fishes. |
| 2003 | Writer, National Geographic article on coral reefs of Fiji. |
| 2002 | Mission Scientist, National Geographic article on saturation science |
| 2002 | Mission Scientist, National Geographic article on marine biodiversity hotspots |
| 2001 | Scientific Advisor, New England Aquarium for the exhibit "Nyanza!" about my research and conservation program in the Lake Victoria region. |
| 2001 | Advisor, WGBH Television series on Evolution. |
| 1994 - | Research Scholar, New England Aquarium (consultant on conservation, research and education programs, films, and major exhibits). |
| 1996 | Consultant to "The Magic Schoolbus" childrens' science television show |

**Other Synergistic Activities**

1. <u>Higher Education:</u> Founded the **The Seaing Eye** (1995), a partnership among Boston University, NOAA, the University of Maryland and regional fisheries that combines graduate training in marine conservation biology with practical experience at sea, in the laboratory, and in the fisheries policy and management boardroom.  Current and past projects in Gulf of Maine, coastal California, the Florida Keys, Lake Victoria, and Mauritius.

2. <u>Public Education:</u>  Advisor for refurbishment of New England Aquarium Caribbean Coral Reef exhibit.  Advisor for proposed (NSF) exhibit on seamount biodiversity.  Creative and scientific consultant for aquarium exhibit (NSF-funded) entitled "Nyanja: Africa's Inland Sea" that toured US public aquariums.  Advisor and Video Teacher, Video Teacher Project, Smithsonian Astrophysical Observatory (teacher training tape on how children understand concepts of energy flow differently from adults and professionals).  Work frequently with National Geographic (print and television), WGBH Television, BBC Television, other print media, television and radio concerns in public communication about the oceans, evolution and conservation.

3. <u>Problem-Solving:</u>  Senior PI, Marine Management Area Science Program (MMAS, comparative study of MMAs in the Galapagos, Panama, Fiji, Brazil, and Belize), Center for Applied Biodiversity Studies, Conservation International (2005-).  Chair, "Marine Dream Team" for Gund Institute/UVM "Multiscale Integrated Modeling of Ecosystem Services" project (MIMES).  Lead biologist, California Marine Life Management Project, 2000-current.  Led Lake Victoria Research Team 1990-1996.  Lead for biodiversity and introduced species, Preparatory Phase, Lake Victoria Environmental Management Project, 1992-1994.  Work with New England Complex Systems Institute on the role of complexity in the generation and maintenance of biological diversity (current).  Work with Columbia University's Biosphere2 to study effects of global warming on coral reef organisms.  Led work with Brigham and Women's Hospital to develop fish as experimental model for bone disease in humans. Awarded Pew Scholar for Conservation and the Environment (1990-1995) in recognition of contributions to aquatic conservation science and policy and Parker-Gentry Award in Conservation Biology (2011) for lifetime work in conservation sciences.

**Graduate Students Trained**

*Ph.D.  Degree*

Ioannis Batjakas (1998) Is there a "hypergeneralist" guild that dominates successful invasions?  A case study of *Oreochromis niloticus*.  Dr. Batjakas currently works for the Department of Fisheries, Greece.

Alistair Economakis (2000)  The Impacts of Behavior and Individual Variation on Resource Utilization Patterns in Fishes.  Supported by the Palmer-Mcleod Fellowship 1998-2000.  Dr. Economakis working with Dr. Batjakas on plans for  a major

public aquarium for Athens, Greece.

Joe Walsh (2000) Trophic level responses to combined nutrient-insecticide contamination in aquatic microcosms.  Co-advised with Robert Gensemer. Dr. Walsh now works on the Florida Everglades Restoration Project with the Army Corps of Engineers.

Elizabeth Stacy (2001)  Relatedness-dependent cross-fertility in tropical rainforest trees and the nature of species boundaries.   Supported by the Conservation Food and Health Foundation.   Dr. Stacy is currently a faculty member at the University of Hawaii, Hilo.

James Lindholm (2001)  Effects of benthic habitat on juvenile survivorship in Atlantic cod, *Gadus morhua*. Co-Advisor, with Matthias Ruth, under the Ocean Conservation Project (OCP) with support from the Kendall Foundation, the Mudge Foundation, and the Pew Charitable Trusts. Dr. Lindholm served for two years as Science Coordinator for the Stellwagen Bank National Marine Sanctuary.  He is currently Research Scientist at the Pflager Institute for Environmental Research (PIER) in California.

Jamie Bechtel (2002)  The Role Of Sea Urchins in Coral Reef Regeneration.   Supported by the Pew Charitable Trusts.  Dr. Bechtel is the Director for Regional Marine Programs at Conservation International, Washington, DC.

Jesse Schwartz (2002) The Functional Role of Fish Diversity in Lake Victoria, East Africa.  Supported by the David and Lucille B. Packard Foundation).  Jesse Schwartz is the Director of Salmon Restoration Research for the Umatilla Tribal Nations of Oregon.

Gregg Moore (2002)  The Biogeochemical ontogeny of restoration in a young Cape Cod marsh.  Supported by the Center for Coastal Studies.  Dr. Moore has continued his research in affiliation with the Center, and is now with UNH.

William Ojwang (2006)  Aquatic Food Webs in Nyanza Gulf, Lake Victoria (Kenya).  Mr. Ojwang is Senior Research Scientist with Kenya Marine and Freshwater Research Institute.

Burton Shank (2009)  Effectiveness of marine managed areas of central and southern Belize: Spatial variations in major community processes and the implications for local management success.

Briana Brown (2012)  Small-scale community structure and trophic ecology of groundfishes in the stellwagen bank national marine sanctuary under two anthropogenic disturbance regimes.

Tim Werner (expected 2015) Phylogeography of Indo-Pacific holothurians.  Tim is a conservation scientist with the New England Aquarium.

Ben Carr (expected 2015) Ecosystem service trade-offs inherent to the biology of bluefin tuna and Atlantic cod.

Katey Lesneski (expected 2017) *Acropora cervicornis* colony life history in relation to coral reef recovery in the west Atlantic.

**Current Co-Mentored Doctoral Students**

Liz Burmester (expected 2014) with John Finnerty.  Coral defensome expression and lesion repair in the temperate coral *Astrangia poculata*.

Marta Ribera (expected 2014) with Suchi Gopal.  Spatial dynamics of biomass aggregations on Stellwagen Bank, Massachusetts.

Valerie Pasquarella (expected 2014) with Suchi Gopal.  Remote sensing of landscape structure and function in the watershed of Massachusetts Bay.

Natasha Gownaris (expected 2014) with Ellen Pikitch (Stony Brook University).  Effects of climate change on fish food webs in Lake Turkana, Kenya.

Xingli Giam (expected 2015) with David Wilcove (Princeton University).  Effect of silviculture on freshwater fish communities of peat swamp forest in Sumatra and Borneo.

Kong Heng (expected 2017) with Sovan Lek (Toulouse).  Life history and fisheries science of the dominant fishes of Great Lake Tonle Sap, Cambodia.

*M.S. Degree*

Alissa Rickborn (exp. 2013) A contingency analysis of components driving fitness in the coral reef sponge *Aplysina fistularis*.

Eliza Garfield (exp. 2015) Effects of the territorial damselfish *Stegastes planifrons* on benthic community dynamics during coral reef recovery in Florida.

Stephanie Deckard (exp. 2015) Life history profiles of humpback whale as indicated by isotopic analysis.

Eli Romero (exp. 2015)  Habitat connectivity through fish life history patterns as revealed by stable isotopic signals in the MesoAmerican Barrier Reef system of Belize.

Michael O'Boyle (2012) Role of migratory fishes in nutrient dynamics of Florida coral reefs.

Lauren Rader  (1995)  Non-thesis masters.

Jamie Bechtel  (1996) Analysis of fluorescent pigments in coral reef cnidarians.

Lisa Kerr  (1996)  Embryonic abnormalities and reproductive output for the damselfish *Abudefduf sordidus* (Pomacentridae), relative to environmental contamination at Johnson Atoll, Central Pacific Ocean.  Supported by the Johnston Atoll Research Project.

Edward Timmer  (1997)  Analysis of *Notropis bifrenatus* (Bridle Shiner) distribution with relation to landuse patterns at Massachusetts lakes using geographical information systems (GIS).  Supported by The New England Aquarium.

Beatrice Bocking (1999) Predator-prey dynamics among endemic and introduced fishes in Lake Victoria.

Lucy Keith (1999) Movement patterns of pups of the endangered Hawaiian monk seal, *Monachus schuaslandi*.  Supported by National Fish and Wildlife Service.  Ms. Keith currently leads in manatee conservation studies with the Florida Department of Natural Resources.

Annie Konkle (2000) Phylogenetic analysis of new piscivores taxa from the Lake Victoria Region based on lepidological characters.  Ms. Konkle works out of Seattle with the Sea Education Association.

Chris Bentis  (2000)  The distribution and role of microbial endoliths in selected hermatypic corals from Johnston Atoll and Hawaii.   Supported by the Johnston Atoll Research Project, the David and Lucille Packard Foundation, and Columbia University/Biosphere2.  Dr. Bentis is completing doctoral studies at the University of California at Berkeley.

Edmundo Perez (2001)  A mass balance model for the rocky intertidal coast of central Chile.  Supported by a Chilean scholarship.   Mr. Perez has returned to Chile to work in Chilean fisheries conservation.

William Ojwang (2001) Stable isotope evidence for the functional role of the pelagic fish assemblage in Winam Gulf of Lake Victoria, Kenya. Supported by Lake Victoria Environmental Management Project (LVEMP).  Mr. Ojwang is completing his doctoral studies at BU.

Lisa Bonacci   (expected 2005) Comparative trophodynamics of sibling rockfish species in California.  Supported by the David and Lucille Packard Foundation.  Ms. Bonacci now works for the Northeast Fisheries Science Center, NMFS, Woods Hole.

Elizabeth Soule (2003) Effects of marine protected areas on food webs.  Ms. Soule is completing her doctoral studies at BU.

Kevin Blinkoff (2006) Effects of Western Gulf of Maine Closure on distribution, abundance, and size-frequency distributions of groundfish assemblages.

***Post-Doctoral Associates***

Dr. Irit Altman (2011 to current).  Spatial and nonlinear dynamics of ecosystem service flows and tradeoffs in Massachusetts Bay, and Great Lake Tonle Sap, Cambodia.

Professor Maria Abate, College of General Studies, BU (2005-2009)  Ethological and neurobiological aspects of brood capture behavior in Neotropical cichlids.

Dr. Caroly Shumway (2000)  Neuroanatomical basis of behavior in African great lakes fishes.  Dr. Shumway today directs Biodiversity Research at the New England Aquarium, and is a collaborator on continued studies of cichlid neurobiology with myself and Dr. Hans Hoffman of Harvard University.

Dr. Katherine Kavanaugh (1999) Ontogenetic staging for pomacentrid fishes using antibody stains for developmental morphogens.  Supported by the Johnston Atoll Research Project.  Dr. Kavanaugh is now at Harvard University with Dr. James Hanken.

**Recent Examples of Undergraduate Research Training**

Lukas DeFilippo (2012) Effect of herbivory on lesion repair in the coral *Pocillopora damicornis*.

Erin Taylor (2012) Stable isotopic indicators of life history in northwest Atlantic squids.

Jennifer Kim (2011) Stable isotopic ratios as measure of benthic-pelagic coupling in the Mid-Atlantic Bight.

Rachel Golden (2009) Lesion repair and gene expression in the lace coral *Pocillopora damicornis*

Emily Munday (2009) Coral reef benthic community structure in Belize.

Daniel Primack (2008) Feeding mechanics of west Atlantic sand lance fishes.

Nalini Gupta (2007) Origins of cellularity in the zebrafish skeleton.

Beth Dubofsky (2007) Feeding behavior in the starfish *Astropecten*.

Andy Fogel (2007) Comparative feeding form and function in northwest Atlantic sibling species of sand lance, *Ammodytes*.

Lauren Taylor (2007) Management area effects on the Belizean coral reef.

Lauren Nadler (2007) Lesion repair in the Indo-Pacific coral *Pocillopora damicornis*.

Colin Riley (2007) Quantitative analysis of environmental forcing in Belizean coral communities.

Kari Bogner (2006) Genomic basis for cellularity in the zebrafish skeleton.

Shahrinaz Mahmoud (2006) A lesion repair assay for Pacific corals.

Amber York (2005-2006) Awareness of spatial novelty in two coral reef gobioid fishes.

Daniel Primack (2005-2006) Feeding biology of captive sand lance, Ammodytidae.

Carrie Soltanoff (2005-2006) Influence of the Western Gulf of Maine Closure on feeding biology of four skate species on Stellwagen Bank.

Kara Coffey (2004-2005)  Differential response of Lake Tanganyika cichlids to spatial novelty and its neuroanatomical correlates.

Niora Fabian (2004-2006 ) Population structure of California sheephead.

Rupa Ghopal (2004-2005 ) Effects of a marine reserve on the trophobiology of longhorn sculpin.and eelpout.

Katherine Bishop (2004) Effects of a marine reserve on the trophobiology of haddock and cod.

Ji Lee (2004) Effects of a marine reserve on the trophobiology of flatfishes.

Phoebe Jekielek (2002) *Astropecten spp.* as predators on juvenile sea scallops, *Plagopecten magellanicus*, in the northwest Atlantic.  Supported by the National Marine Fisheries Service.

Kristine Faloon (2002) Effect of dietary history on effectiveness of molluscivorous haplochromines as control agents for human schistosomiasis. Supported by a UROP award. Senior Distinction.

Kristin Marshall (2001-present) Culture induced derangement in Tautog, *Tautoga onitus*. Independent research. Supported by MIT SeaGrant.

Sarah Gallo (2001-present) The functional role of fish diversity in California's Big Creek Reserve. Independent research. Supported by the David and Lucille Packard Foundation.

Pamela Woods (2001) Bioaccoustics, plasticity and speciation of Lake Victoria cichlids. Senior Thesis and Senior Distinction. Supported by UROP.

Sarah Wingert (2001) The heritability and natural variance of metabolism in Lake Victoria haplochromine cichlids. Senior Thesis. Supported by UROP.

Taylor Chapple (2001) The affects of prey type and evasion tactics on the cost of prey capture; lessons from Nile perch, *Lates niloticus*. Senior Thesis.

Jade Williams (2001) Reticulate evolution and niche segregation in Lake Victoria cichlids; evidence from the ram-suction index of a hybrid and its parents. Senior Thesis.

Alpa Pattel (2000) Skeletal plasticity of teleost fish: Lessons from diet induced morphological shifts in a Lake Victoria cichlid. Senior Thesis. Supported by UROP.

Michelle Monet (2000) The effect of intergeneric hybridization on the functional morphology of haplochromine cichlids. Work for Distinction. Supported by UROP.

Kristen Agar (2000) Otolith analysis of daily growth increments in Lake Victoria Haplochromine cichlids. Undergraduate Research.

Jessie Muhlin (2000) Behavioral analysis of herbivorous fishes in a coral reef mesocosm, Biosphere 2. Supported by UROP.


**International Student Training (single or multiple study visits)**

George Owen, York University (UK). Ecosystem consequences of a sand lance fishery in the North Sea and Gulf of Maine.

Eli Romero, University of Belize. Habitat connectivity in Belizean reef fishes. Supported by MMAS.

Dismas Mbabazi, Ugandan Fisheries Resources Research Institute (FIRRI). Food web dynamics in Lake Victoria Region satellite lakes. Supported by LVEMP.

Wilson Mwanja, Ugandan Fisheries Resources Research Institute (FIRRI). Conservation genetics and phylogeography of Lake Victoria Region fishes. Supported by The World Bank and the National Science Foundation.

Sylvester B. Wandera, FIRRI. Biology of Lake Victoria haplochromine cichlids. Supported by the Lake Victoria Environmental Management Project (LVEMP).

Robert Amiina, FIRRI. Stable isotope analysis of haplochromine cichlids from the Kyoga Lakes refugium, central Uganda. Supported by LVEMP.

Brian Ddungu, FIRRI. Internship in basic curatorial, laboratory, and computer skills.

Peter Ochumba, Kenya Marine and Fisheries Research Institute (KMFRI). Limnology and biodiversity in Lake Victoria. Supported by the National Science Foundation and the National Oceanic and Atmospheric Agency.

William Ojwang, KMFRI. Biology of Lake Victoria haplochromine cichlids. Supported by LVEMP.

Joyce Kulekana, Tanzanian Fisheries Research Institute (TAFIRI). Biology of Lake Victoria cichlids. Supported by LVEMP.

Salome Mwaiko, TAFIRI (due March 2002).  Biology of Lake Victoria haplochromine cichlids.
    Supported by LVEMP.

**Outside Examiner, International Students**
Gladys Bwanika, Makerere University, Kampala, Uganda, Ph.D.
Niels Buton, University of Leiden, Ph.D.
Gertrude Namulemo, Makerere University, Kampala, Uganda, MS
S. B. Wandera, Makerere University, Kampala, Uganda, MS
Mbabazi Dismas, Makerere University, Kampala, Uganda, MS

**Research Statement**

My laboratory works in the world's oceans and lakes on the scientific underpinnings for biological conservation and societal sustainability.  We study the behavior of coupled human and natural systems in coastal environments, both marine and freshwater, and facilitate the application of what we learn in the policy arena.  Our primary activity is field study of aquatic community dynamics using the most basic tools: transect tape, slate, camera, net, meter stick.  These are backed up by stable isotope analysis, analytical and simulation modeling, and experimental transcriptomics in the laboratory.  Our specialties are tropical reef and great lake fish communities, ecosystem based management, and the biology of coral reef recovery.

We are currently engaged in detailed study of coastal ecosystem services and their tradeoffs, with active projects in Massachusetts Bay (Stellwagen Bank National Marine Sanctuary), coastal Brazil (Bahia and Abrolhos Bank), Cambodia (Tonle Sap Great Lake), and East Africa (Lakes Victoria and Turkana), with long term interests in Kiribati (Phoenix Islands Protected Area), Belize and Jamaica.  The goal, beyond understanding community dynamics, is to better enable ecosystem-based management.  To this end, we explore the non-linear time evolution of fish populations, long-term dynamics of productivity and bentho-pelagic coupling on offshore banks, and coral reef resilience to local stressors and global climate change. We recently completed a major study with Conservation International on the ecological and socioeconomic effects and efficacy of marine management areas (quilts of coastal ocean under different types of management), called MMAS (www.science2action.org).  We continue a close association with the science program at CI, working on adaptive management and climate adaptation, ocean health diagnostics, and ecosystem service modeling. In applications, we strive to develop practical ecosystem process diagnostics and quantitative biological reference points for ecosystem-based management of human activities on the continental shelf.  Our work on coastal and freshwater EBM has been supported by the National Science Foundation, the Packard Foundation, the Pew Charitable Trusts, the Gordon and Betty Moore Foundation, the MacArthur Foundation, the Northeast Consortium, NOAA, and private donors.

**Exhibit E**

Dr. Kaufman's Report

<u>**Boston University**</u>



Department of Biology
5 Cummington Street
Boston, MA  02215
*www.bu.edu/biology*
617/353-2432
Fax: 617/353-6340

April 13, 2014

Gentlemen/women,

I have examined the evidence concerning claims that ROV video footage obtained by TIGHAR at Nikumaroro Island reveals pieces of the airplane flown by Amelia Earhart on her ill-fated round-the-world flight of 1937.  Though intimately familiar with coral reef environments around the world, including a wide array of submerged objects, both natural and man-made, I am unable to conclude that the debris visible on the disputed video is attributable to Earhart's aircraft, or for that matter, any aircraft.  The analysis in support of this contention was ingenious and does open up at least the suggestion that aircraft remains might be visible on the video, but it is in my judgment an utterly, vanishingly small probability.  It is much more likely that the objects cited are natural bits of carbonate rock plus a few lengths of rope and pieces of metal of obscure, and most likely fairly recent origin.

I am a marine biologist who specializes in coral reef biology and geology.  I have been diving on and studying coral reefs in the Pacific, Atlantic, and Indian oceans for more than forty years, totally approximately 2500 SCUBA dives, four prolonged saturation and surface-support missions, and the routine use of several remote operated and benthic camera sled vehicles.  In addition, I have for the past six years been an active member of the Phoenix Islands Protected Area Research Team.  I was on a month-long 2009 expedition to PIPA that included a several-day stay at Nikamaruro Island and use of an ROV to study areas near, but shallower than (70 to 90 meters vs. ca. 250+ meters) the debris site in question.  I also visited the island and snorkeled areas between the main channel and the Norwich City wreck, in addition to dives on the seaward face of the reef around the atoll edge at our regular study sites.  During my career I have had occasion to examine a very wide range of metallic and other man-made objects that had been lost or abandoned in coral reef environments for anywhere from a few days to many decades or centuries underwater.  This has included a good deal of military and aeronautical debris.  I am also frequently involved in the analysis and interpretation of underwater video as part of our assessment work on coral reefs, in the Gulf of Maine, and in tropical great lakes.

The experts consulted in the Mellon disclosure claim to see aircraft wreckage in the deep video taken by TIGHAR during the 2010 Niku VI Expedition. I have examined said video prior to, and after having examined the expert reports and exhibits associated with the Mellon disclosure.

The methods used to construct, rotate, scale, and superimpose outlines of known plane parts upon objects seen in the video were effortful and clever. However, I did not find the demonstration convincing. All that I could make out unambiguously on the video, even after the powerful suggestions brought forward by the superimposed diagrams, were two pieces of rope of different gauge, a circular piece of wire, a few other pieces that could conceivably be man-made debris, and a very great deal of largely unconsolidated carbonate reef rock. Carbonate reef rock is simply limestone that was secreted in a particular shape by hard corals, coralline algae, or some combination of one growing upon the other. Some individual pieces of carbonate visible in the video could understandably be taken to suggest artificial objects due to smoothly rounded or crossed forms. However, many of the massive coral species in the Phoenix Islands (most especially massive *Porites spp.* and *Montipora* spp.) exhibit cleanly spherical or saucer-shaped growth forms that could easily be mistaken for an encrusted wheel of some sort, are extremely abundant, and span the appropriate size ranges. Also, much of the coral debris that falls down the fore-reef slope includes bits of branching corals which, when intersecting, fused, and subsequently broken free, will frequently resemble the form of a cross or an "X" and thus appear, convincingly to some, to be of human artifice.

One surprising aspect of the video is the relatively small amount of carbonate mud or silt overlying the rocks at that depth. I noticed this myself while exploring the shallower reaches of the reef with an ROV in 2009, and I've also seen similar videos taken on earlier PIPA Research Team expeditions. I attribute the low volume of visible silt to the steepness of the reef face and the strength of the ambient currents. The combination of poor consolidation and limited silt amplifies the appearance of there being many separate objects of interesting shapes scattered about. On a more gradually sloping reef face the carbonate rubble is usually more deeply immersed in carbonate sediment and much less distinctive in its presentation.

In order for to regard the expert claims as worthy of further attention, a minimum of three conditions would need to be met. First, there must be a rigorous analysis of alternative interpretations. The disclosure's arguments for the identity of individual objects as pieces of not only *an* aircraft but *the* aircraft are certainly titillating, but they are subjective and entirely lacking in rigor. Second, there must be estimation error associated with each purported object identification- in other words, how good is the fit, by what means can a differential diagnosis be conducted, and how many other, similar fits could be found in the fields of view? Finally, it is important to remain skeptical of any purported identification unless the object has been examined directly. At a minimum, it is necessary to turn over and reposition an object several times to be certain that a postulated identity survives multiple perspectives. Of course, best is to assess the object in such a way as to see through the overlying layers of carbonate encrustation, either by exfoliating them, or more conservatively, but examining the object under x-ray illumination. Nothing of the sort can be done with only a video in hand.

In sum, I must unfortunately conclude that not only does the work in the disclosure **not** constitute evidence for an aircraft debris field, but if anything it highlights how difficult it may actually be to detect bits and pieces of Earhart's plane should someone at last come upon the genuine articles.   This is sobering, for although my interest in Nikumaroro Atoll is focused on the health of the coral reef, wildlife, and surrounding waters, the possibility of finding evidence of Earhart's former presence there is tremendously exciting. Consequently, all of us who visit this site are highly, even passionately motivated to try and do so.  As scientists, however, we must remain assiduously objective.  From such an objective standpoint, I regret to have to say that I am entirely unconvinced, and not even mildly suspicious, that the 2010 TIGHAR expedition produced evidence of an aircraft debris field on the reef at Nikumaroro.   Furthermore, I am highly skeptical that any amount of further analysis or review of this video, in the absence of material evidence based upon manipulation and close physical study of the objects in question, will be likely to alter this conclusion.

Sincerely,

Les Kaufman
Professor of Biology
Boston University Marine Program
And
Marine Conservation Fellow
Conservation International