Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13-CV-118-SWS |
| Plaintiff, | ) |
| vs. | ) |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, | ) |
| Defendants. | ) |

**PLAINTIFF'S LISTING OF WITNESSES**

COMES NOW Plaintiff in the above-captioned matter and pursuant to this Court's Order on Initial Pretrial Conference hereby presents its listing of witnesses in addition to those previously identified in its initial disclosures.

1.  Jesse Rodocker – Seabotix, Inc. – 2877 Historic Decatur Road, Suite 100, San Diego, CA 92106 – Mr. Rodocker will testify regarding his work on the 2010 Niku VI

Expedition, including his work as an ROV contractor pilot, his activities viewing imagery during the expedition and his work determining the location of the ROV studies.  Mr. Rodocker may also testify regarding all other matters within his personal knowledge relevant to the claims made in this case.

2. John Clauss – P.O. Box 13, Homewood, CA 96141 – Mr. Clauss will testify regarding his participation in the 2010 Niku VI Expedition, his discussion of the footage obtained during that expedition and work that he did to review the footage from the expedition.  Mr. Clauss may also testify to any and all other matters within his personal knowledge related to the claims in this case.

3. R. Walter Holm – 1101 Knoll Drive, Apt. 10, Minlow Park, CA 94025 – Mr. Holm may testify regarding his participation in the 2010 Niku VI Expedition.  He will testify regarding his involvement in planning the expedition and in follow-up to the expedition and all other matters within his personal knowledge related to the claims made in this case.

4. Arthur G. Carty – 23801 Tuscany Way, Benita Springs, FL 34134 – Mr. Carty will testify regarding his participation in the 2010 Niku VI Expedition.  Mr. Carty will testify regarding his participation in the planning of that expedition and his follow-up work after the expedition.  Mr. Carty will also be asked to testify regarding all other matters and his personal knowledge related to the claims made in this case.

5. Patricia Thrasher – Oxford Pennsylvania – Ms. Thrasher will testify regarding the financing of TIGHAR, the corporate operations of TIGHAR and the fund raising activities of TIGHAR and all other information within her personal knowledge related to the claims made in this case.

6. Graham G. Berwind III – 316 Isle of Palms Drive, Ft. Lauderdale, FL 33301-2550 – Mr. Berwind is a member of the TIGHAR Board of Directors and will testify regarding his knowledge of the 2010 and 2012 Expeditions regarding TIGHAR's fund raising efforts, regarding analysis of the relevant videos and other matters within his personal knowledge and related to the claims at issue in this case.

7. Brooke Runnette - address unknown – Ms. Runnette is a former executive producer for Discovery and worked with TIGHAR in coordinating Discovery's work on TIGHAR's expeditions. Ms. Runnette will be asked to testify regarding Discovery's contractual relationship with TIGHAR regarding certain rights to TIGHAR's discovery and regarding all other information within her knowledge and relevant to the claims made in this case.

8. Christine Weber – address unknown - Ms. Weber is an employee of Discovery and worked with TIGHAR in coordinating Discovery's work on TIGHAR's expeditions. Ms. Weber will be asked to testify regarding Discovery's contractual relationship with TIGHAR regarding certain rights to TIGHAR's discovery and regarding all other information within her knowledge and relevant to the claims made in this case.

9. Regen Jamieson – address unknown – New England Aquarium – will testify regarding analysis she performed for TIGHAR and requests for information submitted by TIGHAR related to the Niku VI 2010 and Niku VII 2012 Expeditions.

10. Colonel Patricia Webb – address unknown – Colonel Webb may be called to testify regarding fund raising efforts for the 2012 Niku VII Expedition.

DATED this 21st day of April, 2014.

        /s/ Timothy M. Stubson
        TIMOTHY M. STUBSON
        Crowley Fleck, PLLP
        152 North Durbin Street, Suite 220
        Casper, WY 82601-7009
        (307) 265-2279
        Attorneys for Plaintiff Timothy Mellon

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of April, 2014, the above and foregoing document was served upon counsel via electronic filing.

    John A. Masterson
    Alaina M. Stedillie
    Lewis Roca Rothgerber, LLP
    123 W. 1st Street, Suite 200
    Casper, WY 82601

    William J. Carter
    Dean & Carter, PLLC
    1112 Main Street, #302
    Boise, ID 83702

        /s/ Timothy M. Stubson
        Timothy M. Stubson