Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com

Timothy Stubson, Bar No. 6-3144
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, <br><br> Plaintiff, <br><br> vs. <br><br> THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, <br><br> Defendants. | Cause No.: 13-CV-118-SWS <br><br><br><br><br><br> **PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES** |

Plaintiff Timothy Mellon submits this Supplemental Designation of Expert Witnesses. Plaintiff reserves the right to supplement this expert witness disclosure

as discovery continues in accordance to the Court's October 10, 2013 order and U.S.D.C.L.R. 26.1:

**(1)** **Jay M. Vincelli, M.Sc.**

In addition to the written report of Mr. Vincelli in the Designation of Expert Witnesses filed on February 28, 2014 (ECF 37), please see attached Exhibit A.

**(2)** **Fatih Calakli**

In addition to the written report of Mr. Calakli in the Designation of Expert Witnesses filed on February 28, 2014 (ECF 37), please see attached Exhibit B.

DATED this 4th day of June, 2014.

          CROWLEY FLECK PLLP

          By:  /s/ Jeffery J. Oven
          JEFF OVEN, Bar No. 6-3371
          P. O. Box 2529
          Billings, MT  59103-2529

          TIMOTHY STUBSON, Bar No. 6-3144
          152 North Durbin Street, Suite 220
          Casper, WY 82601