

Figure 8 A frame from ROV OPS_0010134 0012XO.mov showing artifacts due to interlacing



Figure 9 A The same frame from ROV OPS_0010134 0012XO.mov after de-interlacing algorithm applied

## 4. 3D Reconstruction of RAW ROV Video



Figure 10 Composite image acquired by combining 16 still images selected from the RAW TIGHAR 2010 Nikumaroro video



Figure 11 Composite image acquired by combining 8 still images selected from the RAW TIGHAR 2010 Nikumaroro video



Figure 12 Dense 3D reconstruction (rendered as point cloud)



Figure 13 Composite image acquired by combining 20 still images selected from the RAW TIGHAR 2010 Nikumaroro video



Figure 14 Composite image acquired by combining 8 still images selected from the RAW TIGHAR 2010 Nikumaroro video



Figure 15 Dense 3D reconstruction (rendered as point cloud)