## 6. Could they use scaling laser system?



**Scaling Laser System**

With the SeaBotix laser scaling system objects in water size estimation is possible.

Figure 23 Laser scaling system http://www.seabotix.com/products/laser_scaling.htm



Figure 24 A video frame from SeaBotix website (https://www.youtube.com/watch?v=zrlnWfHC--o&feature=youtu.be)

It looks like SeaBotix laser system has been available since 2009.

## 7. Color of ship wreckage compared to the color of coral surroundings



Figure 25 A frame from ROV OPS_0010019 0018IG.mov



Figure 26 A frame from ROV OPS_0010009 0008VO.mov

Rest of the frames are extracted from ROV OPS_0010009 0008VO.mov.











