*EXHIBIT C*

```
05/21/2013  10:03   8604340408           BOX 1500 SARATOGA WY          PAGE  04
                                         MPCKG PF                      PAGE  02/04
04/17/2012  08:96   4122361693
```

John W. Lantz
First Vice President
(412) 234-4250 Office
(412) 236-1693 Fax
john.lantz@bnymellon.com

**BNY MELLON**
WEALTH MANAGEMENT

April 2, 2012

Mr. Richard E. Gillespie, Director
The International Group for Historical Aircraft Recovery
2812 Fawkes Drive
Wilmington, Delaware 19808

070-7013
-Tim Mellon

Dear Mr. Gillespie,

This letter confirms that Mr. Timothy Mellon made a charitable gift of 11,900 shares of Philip Morris International common stock to The International Group for Historical Aircraft Recovery. Mr. Mellon's wish is that the funds be applied towards the cost of the NIKU VII Expedition.

In accordance with instructions, we delivered 11,900 shares of Philip Morris International common stock to your organization on March 30, 2012 as follows:

   Broker: Boenning & Scattergood
   DTC Number: 0141
   Account Name: The International Group for Historical Aircraft Recovery
   Account Number: 4266-8906
   Attention: Tim Donahue (610) 832-5261

The price range at which this stock traded on March 30, 2012, was a low of $87.07 and a high of $88.86, resulting in a mean price of $87.97. The total gift value was $1,046,843.

Please sign and return the enclosed copy of this letter confirming the instructions to transfer the stock and acknowledging receipt of the funds. You may acknowledge the gift by verifying there were no goods or services provided by The International Group for Historical Aircraft Recovery in exchange for this contribution to:

   Mr. Timothy Mellon
   P.O. Box 1500
   Saratoga, WY 82331

Sincerely,

John W. Lantz
First Vice President
JWL/mb

cc: Timothy Mellon

Signature: _____
Exec. Dir.

Date: _____

*Handwritten note:* NO GOODS OR SERVICES WERE PROVIDED IN EXCHANGE FOR THIS GIFT. THANK YOU



2812 Fawkes Drive · Wilmington DE 19808 · USA · 302.994.4410

*TIM, TRIED TO FAX NO ANSWER — Ric*

25 March 2012

Tim Mellon
Via Fax 307.745.0416

Tim,

It was great chatting with you last night. I'll confess I was a bit puzzled by your preference for phone and fax rather than email ... until I'd had a chance to do a little research. No problem. I totally get it.

By the way, I have not mentioned your name and your interest in possibly helping the project to anyone but my wife Pat, and will not, unless and until you authorize such disclosure.

Tomorrow, Monday, I'll send you, via UPS for next day delivery on Tuesday:

- a DVD of the Discovery Channel show about our work
- a DVD of a short film I put together titled "An Aerial Tour of Nikumaroro"
- a signed copy of my book *Finding Amelia – The True Story of the Earhart Disappearance*
- a collector's folio of "The Harney Drawings" of Earhart's Electra

... and anything else I can fit in the box.

I'll also keep you up to date, via fax, on search plan and logistical developments.

For some reason, our fax machine sends faxes just fine but doesn't want to receive them. We'll get that sorted out but, meanwhile, don't hesitate to phone with any questions or comments. You can reach me on my mobile day or night at 302.584.2543.

Best regards,

Richard E. Gillespie

www.tighar.org

Mellon-00002

m e m o r a n d u m

TO:      Ric Gillespie
         302.994.7945 (fax)
         717.529.6010 (fax)
FROM:    Tim Mellon
         307.745.0416 (fax)

DATE:    2012.08.04

RE:      Promissory Note

Ric, herewith please find the Promissory Note relative to the $430,000 loan. I asked that three separate Guarantors be provided for, in case folks wanted to share the load. Only one is necessary, of course.

When you fax me back the signed copy I will have the cash forwarded to the account you need to specify (along with the ABA routing). Please send me the original through the mail.

*Tim*



DEPOSITION
EXHIBIT
49
Gillespie

## PROMISSORY NOTE WITH PERSONAL GUARANTIES

Date: August 1, 2012

US$430,000.00

For value received, the undersigned, THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware Non Profit Foundation, hereinafter referred to as "Maker", promises to pay to the order of TIMOTHY MELLON, hereinafter referred to as "Holder", the sum of Four Hundred Thirty Thousand Dollars ($430,000.00), together with interest at the rate of five percent (5%) per annum.

Interest on the unpaid balance is payable monthly beginning on the 1st day of September, 2012 and on the 1st day of each month thereafter at the rate of five percent (5%) per annum. Principal is payable as follows:

A. A refund is due to the Maker from the Phoenix Group of at least $170,000.00. The entire refund net of travel costs due the Phoenix Group shall be paid to Holder and applied to principal.

B. Any amounts received from existing pledges to the Earhart project shall be paid to Holder and applied to principal.

C. Fifty percent (50%) of all other revenues of any kind received by Maker including but not limited to donations shall be paid to Holder and applied to principal.

D. The entire balance of principal and interest then unpaid shall become due and payable on the 30th day of June, 2015.

All or any portion of the principal or all of the principal due on this note may be prepaid at any time.

Failure to pay interest on the unpaid balance monthly and/or failure to pay principal according to the terms hereof shall entitle the holder hereof to declare the whole of the unpaid balance on this note due and payable on demand.

In the event this note is placed in the hands of an attorney for collection, the maker or makers and endorsers of this note agree to pay the costs of collection, together with a reasonable attorney's fee, such costs and attorney's fees to be included in any judgment secured hereunder.

If there shall be any default in the making of payments of principal and interest as herein provided, or any part thereof, the sum not paid shall bear interest thereafter at the rate of eighteen percent (18%) per annum until paid.

This Promissory Note and all proceedings pertaining thereto shall be governed and construed according to the laws of the State of Wyoming. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural, as the identity of the person or persons or entity or entities may require. It is mutually agreed between the parties hereto that time of payment shall be of the essence of this note. The maker or makers and endorsers of this note hereby severally accept the conditions hereof and expressly waive presentment for payment, protest and

notice of protest for nonpayment hereof and all defenses on the ground of any extension of time of payment that may be given by the holder hereof to them.

MAKER:

THE INTERNATIONAL GROUP
FOR HISTORIC AIRCRAFT RECOVERY

By: _____
Richard E. Gillespie
Executive Director
2812 Fawkes Drive
Wilmington, Delaware 19808

STATE OF _____ )
                    :ss
COUNTY OF _____ )

This instrument was acknowledged before me on the ___ day of _____, 2012 by Richard E. Gillespie as Executive Director of THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware Non Profit Foundation.

_____
Notary Public

My commission expires: _____

## PERSONAL GUARANTIES

The undersigned, personally and individually and jointly and severally, guaranty payment to holder, of all liabilities and indebtedness of maker under the terms and conditions of this promissory note. Holder shall not be required to exhaust its recourse or take any action against maker before being entitled to payment by the undersigned of all amounts guaranteed. Notice of default on the part of maker is waived and the undersigned agree to remain bound in spite of any extensions, renewals, modifications, or compromises of any indebtedness, liability, or obligation of the maker under the terms of this promissory note.

Each undersigned individual executing this Personal Guaranty represents and certifies that he or she has a current net worth of at least Five Million Dollars ($5,000,000.00).

DATED this ___ day of _____, 2012.

_____
Printed Name: _____
Address: _____
_____
_____

Printed Name: _____
Address: _____
_____

Printed Name: _____
Address: _____
_____

STATE OF _____ )
                        ) ss
COUNTY OF _____ )

    This instrument was acknowledged before me on the ___ day of _____, 2012 by _____.

_____
Notary Public

My commission expires: _____

STATE OF _____ )
                        ) ss
COUNTY OF _____ )

    This instrument was acknowledged before me on the ___ day of _____, 2012 by _____.

_____
Notary Public

My commission expires: _____

STATE OF _____ )
                        ) ss
COUNTY OF _____ )

    This instrument was acknowledged before me on the ___ day of _____, 2012 by _____.

_____
Notary Public

My commission expires: _____



# THE INSTITUT
## FOR AVIATION HISTOR
*Preserve, Explore, Inspi*

## MISSION STATEMENT

TIGHAR (pronounced "tiger") is the acronym for The International Group for Historic Aircraft Recovery, a non-profit foundation dedicated to promoting responsible aviation archaeology and historic preservation. TIGHAR's activities include:

- Compiling and verifying reports of rare and historic aircraft surviving in remote areas.
- Conducting investigations and recovery expeditions in co-operation with museums and collections worldwide.
- Serving as a voice for integrity, responsibility, and professionalism in the field of aviation historic preservation.

TIGHAR maintains no collection of its own, nor does it engage in the restoration or buying and selling of artifacts. The foundation devotes its resources to the saving of endangered historic aircraft wherever they may be found, and to the education of the international public in the need to preserve the relics of the history of flight.

## BOARD OF DIRECTORS

C. Graham Berwind III, Fort Lauderdale, Florida
William Carter, Boise, Idaho
Arthur G. Carty, Wells, Maine
Richard B. Gifford, Aurora, Colorado
Richard E. Gillespie, Wilmington, Delaware
Thomas F. King, Ph.D., Silver Spring, Maryland
Russell E. Matthews, Redondo Beach, California
Patricia R. Thrasher, Wilmington, Delaware

Click **HERE** to view TIGHAR's most recent Form 990, Return of Organization Exempt From Income Tax.

## EXECUTIVE DIRECTOR



**Richard E. Gillespie**

| | |
|---|---|
| **Born:** | 1947 |
| **Education:** | B.A. History, 1969, State University of New York, Oswego |
| **Military:** | 1970–1973, United States Army officer, 1st Cavalry Div. |
| **Aviation:** | Commercial Certificate with Instrument and Multi-Engine Ratings |
| **1973–1984:** | Aviation accident investigator and risk manager for the aviation insurance industry. |
| **January 1985:** | Founded The International Group for Historic Aircraft Recovery. |
| **January 1985 to present:** | Executive Director of TIGHAR. Research management, fundraising, media relations, and principal author of the foundation's newsletter/journal *TIGHAR Tracks*. |

**TIGHAR TIMELINE**     **HOW YOU CAN HELP**

And as in prospects, we are there pleased most where something keeps the eye from being lost, and leaves us room to guess; so here the eye and mind is no less affected with these stately ruins, than they would have been when standing and entire. They breed in generous minds a kind of pity, and sets the thoughts a-work to make out their magnifice as they were taken in perfection. These remains are "tanquam Tabulata Naufragii", that after the revolution of so many years and governments, have escaped the teeth of Time, and (which is more dangerous) the hands of mistaken Zeal.

John Aubrey
1697

| ABOUT TIGHAR | JOIN TIGHAR | DONATE | TIGHAR STORE |
| --- | --- | --- | --- |
| PROJECTS | PUBLICATIONS | SERVICES | FIELD SCHOOLS |
| FORUM | CONTACT US | HOME | SITE MAP |



Copyright 2013 by TIGHAR, a non-profit foundation. No portion of the TIGHAR Website may be reproduced by xerographic, photographic, digital or any other means for any purpose. No portion of the TIGHAR Website may be stored in a retrieval system, copied, transmitted or transferred in any form or by any means, whether electronic, mechanical, digital, photographic, magnetic or otherwise, for any purpose without the express, written permission of TIGHAR. All rights reserved.

Contact us at: info@tighar.org • Phone: 610.467.1937 • Membership form