John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Lewis Roca Rothgerber, LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
307-232-0222
307-232-0077 fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter1@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13 CV 118-S |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, | ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIM FOR NEGLIGENT MISREPRESENTATION

COME NOW Defendants The International Group for Historic Aircraft Recovery and Richard E. Gillespie (collectively "Defendants"), by and through their undersigned counsel, John A. Masterson and Alaina M. Stedillie of Lewis Roca Rothgerber, LLP, and William J. Carter of Dean & Carter, PLLC, and pursuant to U.S.D.C.L.R. 7.1(b)(2) submit their *Motion for Summary*

*Judgment as to Plaintiff's Claim for Negligent Misrepresentation.* In support of his *Motion*, the Defendants state and aver that there is no genuine issue of material fact in that the Plaintiff has failed to provide any evidence to prove his claim for negligent misrepresentation, establish a standard of care, or show a breach of that standard of care. These failures justify a grant of summary judgment in the Defendants' favor.

IN SUPPORT OF THIS MOTION, the Defendants file concurrently herewith their *Memorandum*, which includes a statement of undisputed material facts. This document, along with its attachments, is incorporated herein by this reference.

WHEREFORE, Defendants respectfully ask that this Court grant their *Motion for Summary Judgment as to Plaintiff's Claim for Negligent Misrepresentation*, enter a judgment as a matter of law in their favor and against Plaintiff, and grant any further and just relief as it deems proper.

DATED this 19th day of June, 2014.

        THE INTERNATIONAL GROUP FOR HISTORIC
        AIRCRAFT RECOVERY and RICHARD E. GILLESPIE

        By    /s/ Alaina M. Stedillie
               John A. Masterson  #5-2386
               Alaina M. Stedillie  #6-4327
               Lewis Roca Rothgerber LLP
               123 W. 1st Street, Suite 200
               Casper, WY  82601
               307-232-0222
               307-232-0077 fax
               jmasterson@lrrlaw.com
               astedillie@lrrlaw.com

               William J. Carter ISB#5295 *(Pro Hac Vice)*
               Dean & Carter, PLLC.
               1112 Main Street, #302
               Boise, Idaho 83702
               Phone: (208) 489-6004
               Fax: (208) 246-6363
               carter1@dean-carterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2014, a true and correct copy of the foregoing was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT 59103-2529 | Casper, WY 82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

/s/
Lewis Roca Rothgerber, LLP

2004841692_1