*EXHIBIT B*

1    And meanwhile, we have the current online

2  forum going; but I can't spend much time on the

3  online forum because I'm working on putting this

4  expedition together and then doing the expedition.

5  When I got back from the expedition, the 2012 trip,

6  the old EPAC is fairly dead and the new forum,

7  without aggressive moderation, has been taken over by

8  naysayers and trolls, and it was just a mess.  And I

9  started cleaning up Dodge City, and we turned it back

10  into a productive research tool, and it has been.

11    But part of that process was stopping the

12  discussion about underwater screen captures, the

13  stuff that Mr. Mellon was posting, taking screen

14  captures and starting to put body parts, and stuff.

15  And it just -- I was getting private emails, and it

16  -- I let it go on for months, but it wasn't -- it

17  started in like late October and went through all of

18  January, all December, and then by mid January it had

19  gotten so crazy that I'm getting emails from members,

20  and phone calls, saying what do you -- this is

21  hurting us, having stuff this crazy up there.  People

22  come to see what's TIGHAR doing, and we're talking

23  about banjos?  Come on.  You've got to do something.

24    And I said, all right, all right.

25    And, of course, we know the effect that that

1   Q.   And that video, as you've said, Jesse has a

2   screen in front of him?

3   A.   Uh-huh.

4   Q.   And there were two kinds of video on the --

5   on the ROV --

6   A.   Yeah.

7   Q.   -- correct?

8   A.   Yeah, he had two screens there.  The

9   standard definition video, which the resolution isn't

10  great, and I think it's black and white, also, but it

11  has depth and heading information on it and time

12  information on it, superimposed on the screen.

13       The high definition camera doesn't have any

14  of that information on it, but it's a colored

15  picture, much, much better resolution.

16  Q.   And he had both of those available?

17  A.   He had both, sure.

18  Q.   And -- and when -- so my understanding from

19  your testimony, then, is when Mr. Clauss and Mr. Holm

20  were not working on the tether, they would be sitting

21  with him watching that?

22  A.   Sure.

23  Q.   And who was deciding where the ROV was

24  actually going to go?

25  A.   Jesse.

1    Q.   Okay.  And would TIGHAR members have input

2  into that or --

3    A.   We would have a team meeting every night.

4  And at the team meeting we discussed what was

5  accomplished during the day, what problems we ran

6  into, and what we were going to do tomorrow.  And

7  each team that was working in a different area would

8  make their report and we would discuss it.  And Jesse

9  might say, all right, so we finished the area down by

10  Norwich City and now we're going to be working our

11  way up along the reef north of there.  And we'd all

12  talk about that, if anybody wanted to make a comment,

13  well, why are you going to go that way instead of

14  that way?

15         Oh, we feel that this is -- he had a good

16  reason.

17         Everybody is cool with that?  Good.

18         But that's the way -- that's the best way to

19  make decisions on an expedition like this, if you can

20  get a consensus among all the team members this is

21  the direction we're all going to go.  I really avoid

22  situations where there's a lot of disagreement and I

23  have to just make an executive decision and say,

24  well, you know, somebody has to make the call and,

25  when it comes down to that, that's my job.  But I

—164—

1  and worked north.  My guess would be that we started

2  north and worked south, because the prevailing

3  current runs southward and you don't want to buck the

4  current if you don't have to.

5      Q.  The -- at the team meetings did you review

6  any footage?

7      A.  Only if there was something interesting to

8  look at.  The only footage I remember any focused

9  attention to was the rope and wire video, because

10  that's the only time we saw anything that looked like

11  it was manmade.

12      Q.  Okay.  So that's the only video you recall

13  reviewing on the ship?

14      A.  I know I -- I -- if I happened to be aboard

15  ship and the ROV operations were underway, I would

16  always go over and look over Jesse's shoulder, but

17  that didn't happen often.

18      Q.  The -- and do you recall when you were

19  looking at the rope and wire video while you were

20  onboard the ship, was it the HD or standard that you

21  were looking at?

22      A.  It was whatever was coming up the pipe.  And

23  I don't know what the resolution was.  I can't

24  imagine it would be anything but the full 1080,

25  because it's a direct feed off the camera.

1    then, of the Clauss and Holm --

2         A.   No, no, they are not summaries.

3         Q.   Okay.

4         A.   These -- this is my verbatim transcription

5    of Clauss' and Holm's.

6         Q.   So if I looked at their handwritten notes,

7    they should be the same?

8         A.   Yes, they should.

9         Q.   Okay.  And I see Mr. Rodocker has notes on

10   there, as well?

11        A.   Uh-huh.

12        Q.   And did he submit daily notes to you, as

13   well?

14        A.   Yes.  My recollection is he -- he completed

15   field notes like the rest of us.

16        Q.   And did you put this summary together once

17   you got back, or was this done onboard?

18        A.   I think it was after we got back, yeah.

19        Q.   I ask you to turn over to June 6th.

20        A.   Uh-huh.

21        Q.   Which is -- and do you see it starting at

22   the bottom of the page there?

23        A.   Yes.

24        Q.   And just looking at that, is that

25   documenting when that locating acoustic beacon system

—168—

1   was damaged?

2        A.   That's right.

3        Q.   And that actually happened on the 6th, then,

4   correct?

5        A.   Yes, that's right.

6        Q.   And then going down to June 7th, do you see

7   that?

8        A.   Uh-huh.

9        Q.   And that documents the finding of a loop of

10  wire at about 300 meters?

11       A.   Found a loop of wire at about 300 meters,

12  yes.

13       Q.   And again, Rodocker also documents finding

14  that wire ring, do you see that?

15       A.   Found wire ring object.  Later determined

16  likely to be natural.

17       Q.   And did you make that determination, that it

18  was likely to be natural?

19       A.   He made that determination.

20       Q.   Did you ever make a determination?

21       A.   I was back and forth about it.  I still am.

22  The trouble is, I'm not familiar enough with

23  underwater vegetation.  There's a type of coral

24  called -- my mind just drew a blank, but it's spiral

25  coral that often grows in these big spirals, and if

1  it's just a broken-off piece of that kind of coral,

2  that could be all it is.  There's just no way I can

3  see, looking at that video, to tell whether it's wire

4  or not.

5      Q.   Looking on the June 8th entry, do you see

6  there's a note -- under Mr. Holm's notes he talks

7  about returning to where they saw the loop of wire --

8      A.   Uh-huh.

9      Q.   -- the day before.

10      Do you see that?

11      A.   Yep.

12      Q.   And he describes being unsuccessful because

13  of the weather conditions.  Do you see that?

14      A.   Uh-huh.

15      Q.   Was there any other effort, other than on

16  June 8th, to go back and find the rope and wire?

17      A.   Not that I know of.

18              (Pause in proceedings.)

19  BY MR. STUBSON:

20      Q.   Mr. Gillespie, I'll hand you what's been

21  marked as Deposition Exhibit 30 and ask you if you

22  recognize that document.  And look at all three

23  pages.  It's a spreadsheet that was printed out over

24  multiple pages.

25      A.   Yeah, I -- this looks like a printout from a

1  footage for all the operations of the ROV in 2010?

2      A.   Yeah, I should have.

3      Q.   When you -- when you returned from the

4  expedition, did you pursue any further scrutiny or

5  analysis of the video, underwater video, that you

6  obtained in the Niku VI expedition?

7      A.   Yes, we did.

8      Q.   What did you do to go about having it

9  further --

10     A.   I looked at it myself.

11     Q.   And when was that?  Was that right when you

12 got back, was that sometime after you got back?

13     A.   Sometime after we got back.

14     Q.   Okay.

15     A.   I don't remember exactly when, but I know

16 that we asked -- sorry.

17          I know that we asked Jeff Glickman to look

18 at the footage.

19          Obviously, we go out there and we take this

20 footage and we don't see anything.  And, well, maybe

21 there's something we missed.  So we were really

22 interested to have it reviewed and see if -- if there

23 was something there that we didn't recognize in real

24 time.  And so we -- we sent the footage to -- Mark

25 Smith, I think, sent the footage to Jeff Glickman.

1      Q.   All the footage from 2010?

2      A.   I believe so, yes.

3      Q.   Okay.  And when that was sent to

4  Mr. Glickman, did you give him any instructions or

5  was he just instructed to review all the footage?

6      A.   Review everything there and let me know if

7  you see anything, Jeff, yeah.  Because we sure

8  didn't.

9      Q.   Okay.  You didn't draw his attention to

10 anything in particular?

11     A.   Well, we -- we knew about the wire and the

12 rope, we knew that that was -- but it was Jeff that

13 had identified these things that might be rods.  You

14 know, I -- I hadn't seen those.

15     Q.   And did you specifically draw Mr. Glickman's

16 attention to the wire and rope portion of the

17 footage?

18     A.   I -- we probably did ask him to particularly

19 look at that, but -- along with everything else.

20     Q.   Do you remember whether you did or not or

21 are you just --

22     A.   No, I don't have a specific memory of

23 telling Jeff be sure and look at the -- the clip with

24 the wire and rope in it.

25     Q.   When was that footage sent to Mr. Glickman?

1        A.    Yes.

2        Q.    Okay.  And explain to me, is this typically

3    how you handle transferring video clips to

4    Mr. Glickman?

5        A.    Uh-huh, yes.

6        Q.    And explain how that worked.

7        A.    Well, the -- the video from the ROV is

8    divided into clips.  As the whole -- that's how it's

9    done.  And it's not one continuous line of video,

10   it's divided into segments that have random numbers

11   assigned to them for identification.  And this one is

12   0012XO, and the parenthesis "wire" was -- I added it

13   to that to remind me which one of those -- these

14   things is the wire.

15            And so we -- whenever I want Jeff to look at

16   one of these clips, I have them from Mark Smith, and

17   I put them on -- at that time I was just putting them

18   on Jeff's FTP, which is a way to transfer them,

19   because the files are usually huge.  And so I put

20   them on Jeff's FTP.  It's the most convenient way to

21   transmit the data.

22       Q.    Now, this clip that is referred to here, is

23   it the rope and wire clip that we've been referring

24   to?

25       A.    Uh-huh.  Yes, it is.

—186—

1&#x20;&#x20;&#x20;&#x20;Q.&#x20;&#x20;And so at least on this occasion, December
2&#x20;15th, you specifically identified that as something
3&#x20;of interest or to look at to Mr. Glickman?
4&#x20;&#x20;&#x20;&#x20;A.&#x20;&#x20;Uh-huh, yeah.
5&#x20;&#x20;&#x20;&#x20;Q.&#x20;&#x20;And have you -- do you know if he had this
6&#x20;footage in hand prior to December 15th, 2010?
7&#x20;&#x20;&#x20;&#x20;A.&#x20;&#x20;Well, if he did, I don't know why I'd be
8&#x20;sending it to him.
9&#x20;&#x20;&#x20;&#x20;Q.&#x20;&#x20;Okay.  So there's no -- certainly no
10&#x20;recollection you have of him having that footage
11&#x20;prior to this date?
12&#x20;&#x20;&#x20;&#x20;A.&#x20;&#x20;No.
13&#x20;&#x20;&#x20;&#x20;I see that I also pointed out a rod to him.
14&#x20;&#x20;&#x20;&#x20;Q.&#x20;&#x20;And that would have been in that same
15&#x20;segment?
16&#x20;&#x20;&#x20;&#x20;A.&#x20;&#x20;No, that's in a different segment.  That's
17&#x20;in 0020EN.
18&#x20;&#x20;&#x20;&#x20;Q.&#x20;&#x20;Do you remember having any written reports
19&#x20;back to you based upon this submission to
20&#x20;Mr. Glickman?
21&#x20;&#x20;&#x20;&#x20;A.&#x20;&#x20;I don't remember having any written reports.
22&#x20;That's not usually the way we operate with Jeff.  He
23&#x20;will occasionally give me a written report if I
24&#x20;specifically ask for one; but in something like this
25&#x20;where we're just casting around, do we have anything

1       A.   No, what -- what Mark does, he knows video

2    and systems.  And when you're talking about providing

3    copies of video to different people at different

4    resolutions, Mark's the go-to guy on that.

5       Q.   Okay.  So as far as facilitating the --

6       A.   He's not involved in the analysis, no.

7       Q.   Okay.  Anybody else, other than those that

8    we've talked about, that would have been involved at

9    all in an analysis of the 2010 video?

10      A.   No, I don't think so.  Unless you want a

11   couple thousands of people that saw the wire and rope

12   video on YouTube.

13      Q.   And when was that posted on YouTube?

14      A.   The -- the first clip on -- okay, here's

15   what happened.  The Discovery show was scheduled to

16   air I think it was December 11th of 2010.  And I had

17   seen a preview copy of the show, and I knew that they

18   showed the wire video, it was part of the show.  And

19   I knew that the TIGHAR membership was going to be

20   really interested in that, because it's the only

21   thing we saw that was vaguely interesting.

22           So I put a two-and-a-half-minute clip up on

23   YouTube so people could look at it.  And then later I

24   put up a video of the piece of rope.  People were

25   interested in the rope.  So I put those -- those two

1    did those meetings occur where they indicated to you

2    that you needed to have an expedition done in 2012?

3         A.    February of 2012.

4         Q.    And prior to 2012 was there any intent by

5    TIGHAR to do an expedition in 2012?

6         A.    No.

7         Q.    And is it fair to -- I think you said --

8         A.    I'm not sure that's true, wait a minute.

9    Yeah, we were -- no, no, we had decided that we

10   couldn't put anything together for 2012.  That's why

11   we decided to do a symposium in Washington, D.C., as

12   a -- as an event that would help raise money.  We had

13   -- it was the 75th anniversary year of the Earhart

14   disappearance and we thought we had to do something, so

15   we were going to have this big symposium.  We didn't

16   think we could put together an expedition.

17        Q.    And the symposium was in early June; is that

18   correct?

19        A.    Yeah, June 1st, 1st and 2nd.

20        Q.    Okay.  And so you ended you up doing both

21   the symposium and the expedition?

22        A.    Oh, yeah.

23        Q.    The -- had you started -- you indicated

24   earlier in your testimony that your approach is sort

25   of build it and they will come --

1    we'd have and whether we'd be doing onshore search

2    work.  So we were -- as I recall, we were -- we were

3    hoping to be able to do some onshore work, but the

4    opportunity never arose.  We were able to get people

5    ashore for one afternoon just for sort of tourists

6    wandering around for a few hours, because of some

7    mechanical problems with the boat.

8          But in terms of the difference between 2010

9    and 2012, in 2010 underwater search for airplane

10   wreckage was a component of the expedition.  In 2012

11   it was the dominant, by far, activity.

12         And the other difference between 2010 and

13   2012 is in 2010 TIGHAR was running the show.  It was

14   mostly our volunteers and our people doing the work

15   under my supervision, under archeologist Tom King's

16   supervision, and then you add Jesse Rodocker off on

17   the side doing his thing.  In 2012 we were all

18   secondary to the technicians that were running the

19   equipment.  And I was there to make overall

20   management decisions, but the -- our underwater

21   archeologist, our two sponsor team members, Andrew

22   Sanger and Mr. Mellon, were there to watch the video,

23   help us look for wreckage if any should show up, but

24   we had no technical job.

25         Q.   What was the -- we talked about the overall

1    Q.   The -- without Mr. Mellon's donation, is

2  there any way you could have gone forward with the

3  expedition in the summer of 2012?

4    A.   Probably not.

5    Q.   And I think you said earlier that it was the

6  largest individual donation that had ever been given

7  to TIGHAR?

8    A.   Yep.

9    Q.   The -- the -- is it fair to say that

10  Mr. Mellon's donation was key to having an expedition

11  happen in the summer of 2012?

12    A.   Yes.

13    Q.   What were some of the differences between --

14  you mentioned that the 2012 expedition was much more

15  expensive.

16    A.   (Nodding head.)

17    Q.   True?

18    A.   Yes, that's absolutely true.

19    Q.   And the purpose was different than the 2010.

20    A.   No, the purpose was the same, which was

21  finding the airplane, finding the airplane wreckage;

22  but it was a sole-purpose expedition, in that we

23  weren't planning any onshore work unless the

24  opportunity arose.  And we left that pretty fuzzy,

25  because we didn't have a good feel for how much time

255

1    happening.

2         Q.   Did you direct him to the place to go on the

3    website for the radio -- the information regarding --

4         A.   I don't know.

5         Q.   -- radio transmission?

6         A.   If he asked -- it's not hard to find.  If he

7    asked where to find more information, I certainly

8    would have pointed out how to get to it, to that; but

9    I don't have any recollection of that.

10        Q.   And you were present during Mr. Mellon's

11   deposition yesterday, correct?

12        A.   Yes.

13        Q.   And did you have any disagreement with his

14   recollection of events or conversations between the

15   two of you prior to the donation?

16        A.   Yeah.

17        Q.   What was that?

18        A.   Well, my recollection today of his

19   recollections yesterday -- as a matter of fact, I've

20   got the notes that I took yesterday.

21             Let me see.  All I have here is erroneous

22   description of prior to donation.  He maintained that

23   we had met before -- met face to face.  Very

24   specifically, that we had met face to face before he

25   made his donation.  And that's simply not true.

1    he was part of the expedition team, then he would be

2    included in emails I would send out about what to

3    wear, what he needed, and the usual --

4        Q.   Are you typically the one that handles those

5    sort of logistics?

6        A.   Oh, yeah.

7        Q.   Okay.  When you met --- prior to receiving

8    the donation, did you talk to Mr. Mellon at all about

9    the Bevington object?

10       A.   I don't remember whether we talked about it

11   or not.  It -- on April 28th when we had lunch -- you

12   say prior to?

13       Q.   Prior to the donation.

14       A.   Probably not.

15       Q.   Prior to the donation did you discuss with

16   him at all the work you'd done in 2010?

17       A.   No.

18       Q.   Okay.

19       A.   Prior to -- we didn't -- we didn't discuss

20   much of anything prior to the donation.  I sent him

21   materials.  And he has testified that he went on the

22   TIGHAR website, he was curious about the radio

23   messages; but I was shocked, actually, about how

24   little information he wanted from me before making

25   his contribution.  I'm not accustomed to that

1    Rhode Island, which was -- he was staying at his

2    house on Narragansett Bay, at least I thought that's

3    where he was staying, because that's where he had me

4    send the material.

5         That's -- is there anything in there that --

6    he doesn't -- I must have gotten his address over the

7    phone of where to send it, because I sent it to the

8    house in Rhode Island.

9         And then I -- I -- we made the date, and I

10   flew up on April 28th.  He drove over from his farm

11   in Connecticut in his pickup truck, picked me up at

12   the airport, we went into Providence, in the area

13   right there, and we looked for a place to eat.  And

14   there was a little seafood house that he knew of, and

15   we had a very pleasant lunch, and then he took me

16   back to the airport and I flew home.

17       Q.   The -- did you meet him again ever in person

18   prior to the expedition?

19       A.   No, the next time I saw him was in Hawaii.

20       Q.   Were you in regular communication with him

21   throughout that time?

22       A.   That's a good question.  I -- I must have

23   been in communication with him in terms of what to

24   bring on the expedition, just as I was with the other

25   members of the team.  At that point, you know, once

-252-

1    A.   Sure, yeah, we must have.

2    Q.   Because you had to find out that he was

3  actually willing --

4    A.   Yeah.

5    Q.   -- to make the donation.

6    A.   Yeah, there must have been, and I can only

7  assume it must have been a telephone conversation.

8    Q.   But you don't remember any additional

9  conversations?

10   A.   No.

11   Q.   So between -- you mentioned a dinner on

12  April 28th --

13   A.   No, it was a lunch.

14   Q.   -- lunch on April 28th.

15   A.   Yeah.  Now, there was -- there was also a

16  tentative plan.  He was going to fly down, and his

17  wife would be with him or he was going to pick up his

18  wife, I think he was flying in to pick up his wife in

19  Wilmington, Delaware, which is near where we live,

20  and he was going to fly down and we were going to

21  have lunch then.  I don't remember when that was

22  going to happen, but something about it -- and I

23  think it was on my end.  I couldn't make the date

24  when he was going to be there.  I had some other

25  obligation.  So I offered to fly up to Providence,

1    we should cruise along there with the ROV.  We were

2    just doing whatever seemed to make sense.

3         Q.   What depth did you search to?

4         A.   Well, it depends.  With the -- the AUV could

5    go as deep as 1,500 meters.  I don't know that we

6    ever got that deep, but it got stuck at about 1,300

7    meters --

8         Q.   And the limit of the ROV was?

9         A.   -- no, 800 meters.

10        Q.   What was the limit of the ROV?

11        A.   The ROV had a thousand meters of cable, and

12   -- but it couldn't go to the very end of the cable.

13   So you're looking at eight, nine hundred feet of

14   tether is as much as you could do.  And that's where

15   the ROV -- the AUV, the AUV got stuck in a cave.  And

16   we were at the extreme depths of where you could work

17   the ROV when we pulled that thing out of the cave.

18   It was hairy.

19        Q.   Did you make any concerted effort to locate

20   the wire and the rope from the 2010 footage?

21        A.   We didn't know where the wire and the rope

22   was, so we couldn't go to a particular place and look

23   for the wire and the rope.  We were in the area, that

24   area north of the Norwich City and off of what we

25   call the Nessie location.  Nessie, like in Loch Ness

—262—

1    Monster.  Nessie, N E S S I E, Nessie location.
2         We were in that area and had an eye out for
3    it, sure, but no where to look.
4         Q.   And you didn't make a consistent effort at
5    the depth that it was registered at?
6         A.   We did a lot of work at that depth.
7         Q.  ·Specifically to try to find the wire and
8    rope?
9         A.   We were looking at anything at that depth
10   through those -- those areas.  And we -- we did come
11   across rope, but it was for fishing.  We didn't see
12   any singular rope with a loop at the end of it like
13   in the video, but --
14        Q.   Did you get accurate GPS readings in 2012,
15   or accurate -- not necessarily GPS, but accurate
16   location readings of where the ROV was?
17        A.   We thought we did.  And then later, similar
18   to the experience of 2010, when we started evaluating
19   the systems that were used we found that there were
20   significant discrepancies.
21        Here's how we found out.  The AUV had a
22   device on it that told us where it was, and the ROV
23   had a device.  And they were seldom in the water at
24   the same time, but there was one time when they were
25   in the same place at the same time, and that's when

1  this concentration, off the northwest tip.  These --

2  this shows the snail trails for the search at the

3  reef base in the primary search area.

4      Q.  Okay.  And looking at the northernmost

5  trails which are in green, do you see those?

6      A.  Yep.

7      Q.  And I'm noting how those do go up and down

8  the slope, and is that what you call -- what you --

9      A.  That -- that was the mowing the lawn.

10     Q.  Okay.  And then you have long -- on the --

11  on I guess it's the furthest east trails, you have

12  sort of some long extended trails?

13     A.  That's -- that's exploring a catch bin area,

14  a shelf area, where we hoped things might have come

15  to rest after going over the first cliff, maybe it's

16  the second cliff, but it's a catch bin area.

17         And then you'll see -- also note that there

18  are some vertical lines in red.  We were trying to

19  mow the lawn in there, and there's a bunch of

20  Norwich City wreckage in there, and you -- you've got

21  to -- you've got to be very careful in there.  So --

22  and then --

23     Q.  And --

24     A.  Go ahead and ask your question.

25     Q.  Where did you believe, from the prior --

1    from the 2010 trip, that the relevant rope and wire

2    footage, approximately where would that have been

3    where you were looking for that?

4          A.    The general area is right there where we did

5    the mowing the lawn, the green up and down.  That's

6    -- that's right in the area of where I would expect

7    the ROV was in 2010 that would have picked up the

8    rope and wire.

9          Q.    I'm giving you Deposition Exhibit Number 46.

10   Do you recognize that document?

11         A.    Uh-huh.

12         Q.    And what is that?

13         A.    That's my approximation of where the ROV --

14   yeah, the 2010 ROV was searching, the general area

15   where it was searching, those four green lines, when

16   it picked up the rope with loop and wire.

17         Q.    And this is your approximation?

18         A.    Based on the very scant information we had,

19   we were making our best guess of where the rope or

20   wire was.

21         Q.    And just so I understand the axes on here.

22   We've got on the left side the 500 meters.  That

23   would be a depth?  Is that a depth axis?

24         A.    No.

25         Q.    Oh, that's -- that's the --

DEPOSITION
EXHIBIT
__11__
Mellon

PENGAD-Bayonne, N. J.

Posted November 24, 2012
Forum Name:  Summary of Debris from 2010 Video

I think the time has come to summarize the components that can be seen in the High Definition video from 2010. Starting with the various items in the cockpit, which I have included above by Quote from Reply #54, I can see:

1. Top of right wing, with the numerals "0" and "2";

2. Wingtip of right wing, with position light;

3. Underside of left wing without aileron and right rudder (revised) 2010, and 2012;

4. Bottom of the star in the Lockheed logo from the outside of the right rudder. Withdrawn; both rudders are elsewhere.

5. Possible headset and wire seen as the "squiggle";

6. HF antenna cable and insolators, 2010 and 2012;

7. Engine and propeller (John Balderston);

8. Tailwheel and tailcone;

9. Battery (probably auxiliary), 2010 and 2012;

10. Top of fuel tank with filler pipe from port in side of fuselage;

11. Landing gear assembly with upside-down fender in 2010 and 2012;

12. Numerous pieces of sheet metal evidencing man-made characteristics, such as straight edges, 90 degree corners, round holes, etc.

13. Co-pilot's windows;

14. HF transmitter tubes showing in 2010 and also in 2012

15. Fuselage fuel tank selector

16. Toilet compartment, with dorsal vent (not a "position light") in 2010 and again in 2012

17. Pelorus and Navigator's desk in 2010 and in 2012

18. A-7 Octant in 2010 and in 2012

19. Fred Noonan, Navigator

20. The Pilot

21. Sextant and triangle

22. Fuselage fuel tank

23. Severed hand

24. Key

25. Left rudder as seen in 2010 and again in 2012

26. Banjo with case, violin with case, and guitar

27. Five sacks of spare parts and bottles

28. Nose compartment

29. Second landing gear assembly, possibly the Bevington Object, as seen in 2010 and in 2012

30. Left shoe and right shoe

31. Spare tail wheel and tire (2012 only)

32. Kodak Duo Six-20 camera, with flash attachment in 2010 and flash attachment only in 2012

33. Bausch & Lomb Field Glasses in 2010 and in 2012

34. Bracelet with ridged panels

35. Fly swatter

36. Ballentine's Ale can and toilet paper rolls

37. Right rudder, including ground-adjustable trim tab

38. Grayce lubricating gun (P-600)

39. Elevator, including center lifting section

No doubt, there will be more to follow.
Tim
Chairman, CEO
PanAm Systems

TIGHAR #3372R
« Last Edit: January 11, 2013, 03:20:55 PM by Tim Mellon »