*EXHIBIT C*

1    with TIGHAR.  I'm assuming you knew about this

2    mystery about Mr. Noonan and Ms. Earhart, probably

3    like most of us, for a long period of time?

4        A.   Vaguely, yes.

5        Q.   When did you become more than casually

6    interested in it?

7        A.   When my wife brought home a copy of the

8    Casper Star-Tribune that had an article about the

9    proposed expedition in 2012.

10       Q.   Would that have been the article about the

11   press event involving the Transportation Secretary

12   and Secretary of State?

13       A.   Possibly.  I don't remember the content

14   right now.  I haven't reviewed it.  I don't have a

15   copy of it.

16       Q.   Was it that article that spurred you to

17   contact Mr. Gillespie?

18       A.   Yes.

19       Q.   And what I'm doing is just making sure we're

20   talking about the same time period.

21            So you really didn't know anything about

22   TIGHAR before that time?

23       A.   No.

24       Q.   Are you currently a member of TIGHAR?

25       A.   Yes.

18

1      Q.   And do you remember when you joined,

2  roughly?

3      A.   April 2012.

4      Q.   And what inspired you to join?

5      A.   I think it was the -- part of the package to

6  assist in this expedition.

7      Q.   And approximately when did you begin reading

8  the forum that TIGHAR sponsors?

9      A.   Not until after the expedition.

10     Q.   Did you know that there was a forum out

11 there before -- before that post expedition --

12     A.   I think I saw a reference to it on the -- in

13 the bars on the website when I did a little bit of

14 research on the radio transmissions.

15     Q.   And when you say you began reading the

16 TIGHAR forum post expedition, post which expedition,

17 the 2010 or 2012?

18     A.   2012.

19     Q.   When do you think you first posted either a

20 comment or a message on that forum?

21     A.   End of August or beginning of September,

22 maybe, of 2012.   I don't remember.

23     Q.   Do you remember what the first post was?

24     A.   No.

25     Q.   Other than the gift for the 2012 expedition,

-21-

1     Q.   And just to be clear, before your gift, the

2   only person you met with who was associated with

3   TIGHAR was Mr. Gillespie?

4     A.   Correct.

5     Q.   And who did you consult with before making

6   your gift?

7     A.   Mr. Gillespie.

8     Q.   Anyone else?  Your financial advisors, an

9   accountant, a lawyer, anybody else?

10     A.   No.

11     Q.   Why don't you walk me through how you came

12   to make that gift.  You told us that you got the

13   notorious Star-Tribune.  If you can start there, just

14   walk me through that up through making the gift,

15   please.

16     A.   Well, I think I called Mr. Gillespie, or

17   emailed him, and he called back and we talked and I

18   said I was interested in the -- in this project.  And

19   I think he gave me some -- said he would send me some

20   materials, which he did, and I reviewed those and

21   probably did some looking into the -- I was quite

22   convinced by the notion of those radio transmissions,

23   so I did look through those.  And then Mr. Gillespie

24   agreed to come up to basically talk about a

25   contribution and the amount and the timing of it, and

—22—

1  so forth, and then I instructed my banker to forward

2  some stock certificates to TIGHAR.

3      Q.  Based on your discovery responses, I believe

4  the decision to make that gift was yours and yours

5  alone.

6      A.  That's correct.

7      Q.  And the amount of the gift was decided by

8  you and you alone.

9      A.  That's correct.

10      Q.  And Mr. Gillespie didn't request a

11  particular dollar amount.

12      A.  No, he did not.

13      Q.  Before you reached out to Mr. Gillespie, had

14  you heard of him before?

15      A.  No.

16      Q.  And if I understand your discovery responses

17  correctly, you didn't do any research into

18  Mr. Gillespie before your gift.

19      A.  No.

20      Q.  No, you didn't?

21      A.  I did not.

22      Q.  And you didn't do any research into TIGHAR

23  before your gift; is that correct?

24      A.  Just what I've told you about in the last

25  three minutes.

1    or anyone with TIGHAR, what you wanted that gift to

2    be spent on?

3        A.    I think it states in this letter what it's

4    supposed to be used for.

5        Q.    I agree with that, and I ask that question

6    because the letter that's Mellon 1 was signed by a

7    First Vice-President of BNY Mellon, so that's why I

8    ask you if you had communications with TIGHAR or

9    Mr. Gillespie directly about what it was to be used

10    for?

11       A.    No, this was the -- this was the instruction

12    that went along with the gift; but I -- I approved

13    this draft before it was sent.

14       Q.    But there was no another -- this was the

15    only communication, then?

16       A.    Yes.

17       Q.    So you'd agree you put no restrictions on

18    the gift?

19       A.    Well, there was a restriction.

20       Q.    Other than -- excuse me, I'm sorry, other

21    than that's in this Mellon 1?

22       A.    Correct.   Correct.

23       Q.    Did you ask for anything in return from

24    TIGHAR for your gift?

25       A.    No.   I was sent a few things, though, that I

1    didn't ask for but I appreciated.

2        Q.   And if you'll flip that page and look at

3    Mellon 2, do you see that?

4        A.   Yes.

5        Q.   You just referred to some things that you

6    didn't ask for but you were sent from TIGHAR --

7        A.   Yes.

8        Q.   -- did I get that right?

9        A.   Correct.

10       Q.   The things that you received from TIGHAR

11   that you were just referring to are those four bullet

12   point items in that letter, Mellon 2?

13       A.   They are, but it also says anything else I

14   can fit in the box, and I can't remember what that

15   might have been.

16       Q.   So at the time of your gift, those four

17   things are what you had received from TIGHAR?   And

18   there might have been some other knickknack, but that

19   was the only stuff that you had received prior to

20   your gift?

21       A.   I believe so, yes.

22       Q.   Did the making of that gift impact your

23   lifestyle in any way?   And I'm talking about your

24   financial situation.

25       A.   No.   No.

1      A.    That's what it would have been for, so yes.

2      Q.    Okay.  Did you discuss you participating in

3  that before your gift?

4      A.    I don't remember when the first discussion

5  was talking about that, no.

6      Q.    Let me shift gears on you and talk about the

7  videos, in particular the 2010 video.  When do you

8  remember seeing something in that 2010 video?

9      A.    I think the first time was on the ship when

10  Mr. Gillespie was looking at certain footage in

11  shallow water and thought there might be an object

12  worth investigating.

13      Q.    Can you elaborate on that a little bit?

14  What did you see?  Were you just casually going

15  through this?  Did someone have a question and

16  everybody gathered?  Can you give me some more

17  detail?

18      A.    We were all sitting in a conference room in

19  the middle of the ship and Mr. Gillespie had his

20  station on one side, a desk and bookshelves above and

21  several computers, and he was looking at video.  It

22  was all light blue.  It was shallow water.  I don't

23  remember how the subject came up, but we got to

24  looking at it together and there appeared to be

25  something that could have been the shape of an

—32—

1      A.   I was looking at the video with him --

2      Q.   Okay.

3      A.   -- at the same time.

4      Q.   I guess I had it in my head that there were

5   other people there.

6      A.   There may have been, I don't remember.

7   Wolfgang Burnside came in and looked at it and said

8   no, I don't think so.  I remember him opining.

9      Q.   Did you agree with that?

10      A.   I had no way of knowing one way or the

11   other.

12      Q.   When was the first time that you personally

13   thought that you recognized something in the 2010

14   footage?

15      A.   I believe it was after Mr. Balderston posted

16   pictures of certain elements from the 2010 high

17   definition video, which would have been after the

18   return of the expedition of the 2012.

19      Q.   Had you had any communication with

20   Mr. Balderston before that?

21      A.   No.

22      Q.   Okay.  So you didn't know who he was?

23      A.   No.

24      Q.   And you read -- I'm assuming that was on the

25   forum?

33

1    A.   That was on the TIGHAR forum, yes.

2    Q.   And so what did you do after you looked at

3  what Mr. Balderston had posted?

4    A.   I think I may have posted an agreement with

5  his assessment and that I may have -- I know I spent

6  time looking at the same two-minute-fifteen-second

7  allegedly high definition video for more things.

8    Q.   And did you see other things?

9    A.   Eventually.

10    Q.   And describe for me what other things you

11  believe are shown in that two-and-a-half-minute

12  video?

13    A.   I believe that the -- that Mr. Balderston

14  believes that the video showed a portion of a wing, a

15  part of the N number.  I have since come to the

16  conclusion that that is not visible.

17        Other things in the two-and-a-half --

18  two-and-a-quarter minutes would include a piece of

19  wire that was wrapped around a -- I think a manmade

20  hinge of some sort that was covered with coral and

21  crustacean.  It included a -- several segments of

22  rope, one ending in a metal hook-like device that was

23  caught in the reef.

24        And there was a -- also a -- a time where

25  the -- there were two times when the camera stopped

1   for a considerable number of seconds.  And I didn't

2   recognize it at the time, but later in the first of

3   those -- I'm going to say first, because there were

4   two segments of that two-and-a-quarter-minute video,

5   and they were reversed in time so that the one that

6   came later was actually put first in the YouTube,

7   which caused some -- a lot of confusion.  Because you

8   think the camera is going downhill and it's -- all of

9   a sudden it's uphill again.  But in one of those

10  still shots there turned out to be later I think many

11  items not related to the aircraft, but related to the

12  personalities -- personal effects that you couldn't

13  easily determine from that level of definition.

14       Q.   And again, that's -- this is on that two --

15       A.   Two-and-a-quarter-minute.

16       Q.   All right, okay.  I just want to make sure

17  we're still talking about that.

18       A.   Yes.

19       Q.   Okay, go ahead.

20       A.   In addition, there appeared to be something

21  that looked like a wheel that Mr. Balderston thought

22  might be a main landing gear folded up against an

23  engine.  I had no reason at that time to disagree

24  with his assessment, but later concluded that it was

25  actually the tailwheel of the aircraft.

1    Q.   What else do you recall seeing?

2    A.   I recall at the very end of the first

3 segment, which was actually later in time, that the

4 camera panned down over some openings that looked to

5 me like they had some tubes protruding that were --

6 that reminded me of the reinforcement in a forward

7 edge of the wing of the Electra.   It was like a hard

8 layer that's underneath the outside layer that gives

9 it extra strength.

10    Q.   I understand.

11         Anything else that you recall?

12    A.   Not that I -- not that I can recall at this

13 moment.

14    Q.   You mentioned some personal effects.   Do you

15 recall what any of those might have been?

16    A.   Well, I didn't come on to those until later.

17    Q.   Okay.   So you looked at that

18 two-and-a-quarter-minute video, and what did you do

19 after that, sir?

20    A.   What do you mean?

21    Q.   Well, if I understand it right, after

22 reviewing this two-and-a-quarter-minute video -- and

23 you believe there were things shown in that, correct?

24    A.   (Nodding head.)

25    Q.   And --

— 41 —

1    the 16 minutes of 2012 high definition video.

2         Q.   Okay, I understand.  So that was the 2012

3    video.

4         A.   Yes.

5         Q.   Okay.  Okay.  So you get the eight-minute

6    piece of 2010 footage.  What did you do with it?

7         A.   What do you mean, what did I do with it?

8         Q.   Well, you --

9         A.   I put it on my computer.

10        Q.   And started watching it?

11        A.   Yes.

12        Q.   So what did you -- what did you see?

13        A.   Well, I think I saw quite a few things.  At

14   some point I had the ability to slow it down and look

15   at it essentially frame by frame and do it in slow

16   motion.  And John Balderston at that same -- same

17   time frame had augmented his study of what he thought

18   he saw, and in the area of the -- where I said the

19   camera stopped and there were personal effects, I

20   think I was able to identify quite a few interesting

21   things.

22        Q.   And what things do you remember identifying?

23        A.   Well, specifically a set of binoculars; a

24   Pelorus instrument, which is used to measure drift;

25   an octant; there looked to be like a key lying on

1      Q.   Just roughly tell me some of the parts that

2   you remember.

3      A.   The most important one to me was one of the

4   main landing gears, which was uphill from the site

5   that I just described, maybe ten feet.

6      Q.   And what else?

7      A.   Again, the tailwheel, that was a clear

8   definition.

9           By that point I believed I could see the

10  cockpit of the plane that was without its roof.

11          And I believed that I could see some of the

12  instruments in the instrument panel, or what remained

13  of the instrument panel.

14     Q.   Go ahead, if there's anything else.

15     A.   Not that -- that sticks with me right now.

16          MR. STUBSON:   Counsel, are we at a place

17  that we can take make a ten-minute break?

18          MR. MASTERSON:   Sure, we'll take a break.

19                   (Deposition proceedings recessed

20                   10:01 a.m. and reconvened 10:16 a.m.,

21                   March 31, 2014.)

22  BY MR. MASTERSON:

23     Q.   We'll go back on the record.

24          Mr. Mellon, I want to circle back and try

25  to clarify one thing that came up earlier.   And this

—45—

1  finding these things?

2       A.   I tried to post some things I thought might

3  be interesting to other forum members, annotating

4  them occasionally.

5       Q.   And if I understand it right, what you were

6  doing was you were doing screen grabs, doing the

7  print screen function on your computer?

8       A.   Correct.

9       Q.   And then annotating them, I saw in your

10  discovery sometimes you'd circle; is that right?

11       A.   Usually I would just make a written notation

12  up in the head bar with an arrow pointing to an

13  object.

14       Q.   Do you remember circling some things?

15       A.   Possibly.

16       Q.   And I think in some circumstances you used

17  dots?

18       A.   Yes, when I wanted to outline a shape

19  without obliterating the shape, I would use a series

20  of dots to try to approximate the edge of the shape.

21       Q.   And I think that you used dots in the

22  stamps.  Do you remember seeing stamps?

23       A.   Yes.

24       Q.   Okay.  Did you call Mr. Gillespie, or

25  anyone, before you would post to the forum?

1    Q.   And those people have particular expertise,
2  correct?
3    A.   Yes.
4    Q.   So you'd agree that people with expertise
5  are needed to evaluate what you believe you see?
6        MR. STUBSON:  Objection, form.
7    A.   In my case, yes, because I don't have the
8  expertise to satisfy myself that I can prove it
9  scientifically.
10 BY MR. MASTERSON:
11   Q.   Have you been on other undersea expeditions,
12 Mr. Mellon?
13   A.   Two days in a nuclear submarine, that's
14 about all I can claim.
15   Q.   Have you ever been on any undersea
16 archaeological expeditions similar to these?
17   A.   No.
18   Q.   You'd agree that that takes a little bit of
19 experience and expertise to run, correct?
20   A.   Yes.  That's why I had confidence that
21 TIGHAR was able to find this airplane.  They told me
22 they wanted to find the airplane.
23   Q.   Sure.  Someone off the street couldn't do
24 this, correct?
25   A.   The U.S. Navy could do it.

60

1      Q.   Okay, but someone in Wyoming, landlocked

2  Wyoming, someone off the street can't do this, can

3  they?

4      A.   Not without a lot of effort.  They can do

5  it, it would take a lot of effort.

6      Q.   And expertise, right?

7      A.   And expertise.

8      Q.   And specialized expertise, fair?

9      A.   And specialized equipment.

10     Q.   Right.  But that's fair, expertise and

11  equipment, right?

12     A.   Yes.

13     Q.   Okay.

14              (Pause in proceedings.)

15         MR. MASTERSON:  Counsel, I'm not hiding

16  things in the back room, it's just the only place I

17  could find enough room to lay some things out.

18         MR. STUBSON:  You should label it an exhibit

19  closet.

20  BY MR. MASTERSON:

21     Q.   Mr. Mellon, I'm going to mark this

22  Deposition Exhibit Number 4.

23          I'll hand that to you, and I represent to

24  you that your counsel supplemented the discovery we

25  got, we got some more materials last week, and this

1   Do you feel that was intentional, as well?

2       A.   Yes.

3       Q.   To not reveal the Cook photos and the

4   evidence, do you feel that was intentional?

5       A.   Yes.

6       Q.   The Bevington object, do you feel that was

7   intentional?

8       A.   Yes.

9       Q.   What do you feel in your mind, in your

10  opinion, what do you feel TIGHAR and Mr. Gillespie

11  should have done with the 2010 footage?

12      A.   Under what scenario?  I mean --

13      Q.   Well, you must have an opinion on what they

14  did or didn't do that they should have done.

15      A.   We've just been through that.

16      Q.   Okay, well, help me.  You didn't -- I mean,

17  should they have gotten more experts?

18      A.   I believe they had the wrong expert, yes,

19  certainly.

20      Q.   And what I'm asking was, we've talked about

21  what you think they did wrong.  I'm asking what do

22  you think they should have done?

23      A.   Well, as I -- as I've read the log from the

24  2010 expedition, the day they found the rope and the

25  wire, it's not clear to me whether they had just

1    Q.   Sir, in your opinion, what should they have

2  done?

3    A.   Sir, I just answered your question twice.

4    Q.   With all due respect, Mr. Mellon, I don't

5  think you did.  You're saying that they gave you

6  false information.  And according to your negligent

7  misrepresentation charge, they were negligent.  What

8  were they negligent in doing or not doing?

9    A.   Well, that's a different scenario, isn't it?

10    Q.   Well, that's my question.

11    A.   Well, under that scenario, where if you

12  believe that they actually didn't know, then they

13  should have hired sufficient expertise to determine

14  that the airplane was there.

15    Q.   And what would that have entailed?

16    A.   Reviewing the evidence that was in their

17  hands, and has been in their hands for three, almost

18  four years now, to look for components of the Electra

19  aircraft.

20    Q.   And in your opinion, had they done that they

21  would have seen what you've seen?

22    A.   Yes.

23    Q.   Yes?

24    A.   Yes.

25    Q.   And what else should they have done?

1    A.   Announced that they found the Electra

2  aircraft.

3    Q.   And what else?

4    A.   They may have had some desire to recover

5  portions of it.  If, in fact, there was evidence of

6  showing human remains as part of this debris field,

7  then in my opinion they should not have tried to

8  recover any of it.

9    Q.   And I've seen your screen grabs where you

10  point out the remains of Mr. Noonan and Ms. Earhart,

11  correct?

12    A.   What I thought were at the time, yes.

13    Q.   Okay.  Do you still believe those are there?

14    A.   I believe parts of them are there, yes.

15    Q.   Okay.  So the screen grabs that I saw of

16  Mr. Noonan and Ms. Earhart annotated significant

17  portions of both of their skeletons.  Do you remember

18  those original ones?

19    A.   Yes.

20    Q.   But that -- your opinion of that has

21  changed?

22    A.   That's because I've seen higher definition.

23    Q.   And so what do you think is there now?

24    A.   I think her head is still there in a

25  cellophane bag.

79

1        Q.   And what about Mr. Noonan?

2        A.   I think his head is still there, too, with

3   earphones on.

4        Q.   And is there a cellophane bag on his head?

5        A.   Yes.

6        Q.   And is there still that nitrogen bottle down

7   there?

8        A.   I believe so.

9        Q.   And a tube running into those cellophane

10   bags?

11        A.   I believe so.

12        Q.   And so you're -- you believe that they

13   committed suicide?

14        A.   Yes.

15        Q.   And do you believe there are other portions

16   of their skulls still -- or their skeletons still

17   down there?

18        A.   I don't know.  I thought so at first; but

19   upon reviewing the higher definition, I can't make

20   anything out specifically.

21        Q.   And as far as analyzing underwater video for

22   airplane wreckage, is it fair to say you're

23   self-taught, Mr. Mellon; is that correct?

24        A.   Is that a question?

25        Q.   Yes.

—80—

1        A.   I didn't understand the question.

2        Q.   All right.  As far as being able to identify

3    airplane wreckage underwater, you are self-taught,

4    correct?

5        A.   Self-taught?

6        Q.   Yes.

7        A.   Yes.

8        Q.   Do you feel that as far as being negligent,

9    both TIGHAR and Mr. Gillespie are equally negligent?

10       A.   Yes.

11       Q.   Who else do you feel was negligent?

12       A.   The board of directors.

13       Q.   Who else?

14       A.   I believe as far as responsibility, it would

15   stop there.

16       Q.   And your fraud allegation, that goes to they

17   knew the plane was there, they knew that the 2010

18   video showed it, and they chose to lie, correct?

19       A.   What do you mean, correct?

20       Q.   Is that a correct statement?  Your theory is

21   that they lied about what's in the 2010 video,

22   correct?

23       A.   That they failed to disclose that the

24   aircraft was shown in the 2010 video, yes.

25       Q.   And when did you decide that was the case?

1    think that's not a fair question to ask you.  And the

2    reason why is we talked earlier this morning that

3    underwater expeditions and underwater archaeology,

4    and all this kind of stuff, is kind of specialized,

5    so I'm not sure that's a fair area to ask you about

6    because, as we've talked, you've -- you're

7    self-taught, you don't have that experience.

8            So I guess my question is, would you agree

9    that that takes some expertise and skill to do that

10   kind of investigation, to decide what should have

11   been done or what shouldn't have been done?

12           MR. STUBSON:  Counsel, just to clarify, that

13   kind of expedition, you're talking about underwater

14   or archaeological?

15   BY MR. MASTERSON:

16      Q.   Yeah, the kind of -- the kind of

17   investigation that we're talking about that TIGHAR

18   and Mr. Gillespie should have done.

19      A.   I think a certain level of expertise in

20   different areas would be required to do it correctly,

21   yes.

22      Q.   All right.  Okay, let me ask you about the

23   capacity in which you have sued Mr. Gillespie.

24           You know Mr. Gillespie is the executive

25   director of TIGHAR, of course?