John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Lewis Roca Rothgerber, LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter1@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

**DEFENDANT RICHARD GILLESPIE'S MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S CLAIM OF FRAUD**

**COME NOW** the Defendants, The International Group for Historic Aircraft Recovery ("TIGHAR") and Richard E. Gillespie ("Gillespie")[1] (collectively "Defendants"), by and through their attorneys, John A. Masterson and Alaina M. Stedillie of Lewis Roca Rothgerber LLP, and William J. Carter of Dean & Carter, PLLC, and respectfully submit their *Motion for Summary Judgment as to Plaintiff's Claim of Fraud*.

**IN SUPPORT OF THIS MOTION**, the Defendants state and aver that there is no genuine issue of material fact in that the Plaintiff has failed to provide any evidence to prove his claim for fraud, and fraud cannot be based on a difference of opinion, which justify a grant of summary judgment in the Defendants' favor on this issue.

**IN FURTHER SUPPORT OF THIS MOTION**, the Defendants file concurrently herewith their *Memorandum in Support of Defendants' Motion for Summary Judgment as to Plaintiff's Claim of Fraud*, which includes a recitation of undisputed material facts. This document, along with its attachments, is incorporated herein by this reference.

**WHEREFORE**, Defendants respectfully ask that this Court grant their *Motion for Summary Judgment as to Plaintiff's Claim of Fraud*, enter a judgment as a matter of law in their favor and against Plaintiff, and grant any further and just relief as it deems proper.

---

[1] It is unclear whether Gillespie is being sued as an individual or in his official capacity. For purposes of the issues presented by this Motion, this distinction is irrelevant, but out of an abundance of caution, Defendants intend Mr. Gillespie to be considered in both capacities.

**DATED** this 19th day of June, 2014.

        THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY and RICHARD E. GILLESPIE

        By    /s/
            John A. Masterson  #5-2386
            Alaina M. Stedillie  #6-4327
            Lewis Roca Rothgerber, LLP
            123 W. 1st Street, Suite 200
            Casper, WY  82601
            307-232-0222
            307-232-0077 fax
            jmasterson@lrrlaw.com
            astedillie@lrrlaw.com

            William J. Carter ISB#5295 *(Pro Hac Vice)*
            Dean & Carter, PLLC.
            1112 Main Street, #302
            Boise, Idaho 83702
            Phone: (208) 489-6004
            Fax: (208) 246-6363
            carter1@dean-carterlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of June, 2014, a true and correct copy of the foregoing was electronically served upon all parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service including the following:

| | |
|---|---|
| Jeff Oven | Timothy Stubson |
| Crowley Fleck PLLP | Crowley Fleck PLLP |
| P.O. Box 2529 | 152 N. Durbin, suite 220 |
| Billings MT  59103-2529 | Casper, WY  82601 |
| joven@crowleyfleck.com | tstubson@crowleyfleck.com |

                                              /s/
                               Lewis Roca Rothgerber, LLP