# EXHIBIT C

**From:** Pat Thrasher <tigharpat@mac.com>
**Subject:** Fwd: Funding AE Project
**Date:** March 22, 2012 9:28:39 PM EDT
**To:** Ric Gillespie <tigharic@me.com>

Uh.... ain't they gone? <G>

Begin forwarded message:
**From:** Timothy Mellon <panam.captain@yahoo.com>
**Subject: Funding AE Project**
**Date:** March 22, 2012 6:58:21 PM EDT
**To:** "info@tighar.org" <info@tighar.org>
**Content-Type:** multipart/alternative; boundary="-1682663710-1384960885-1332457101=:97641"

DEPOSITION EXHIBIT 44 Gillespie

I am interested in talking to Mr. Gillespie about funding opportunities for your Amelia Earhart and other projects. My phone is 307.745.0414, and I can be reached evenings and weekends the best.

Thank you,

Tim Mellon
Chairman, Pan American Airlines Corporation (Pan Am Systems)