# EXHIBIT E

1       A.   I didn't understand the question.

2       Q.   All right.  As far as being able to identify

3   airplane wreckage underwater, you are self-taught,

4   correct?

5       A.   Self-taught?

6       Q.   Yes.

7       A.   Yes.

8       Q.   Do you feel that as far as being negligent,

9   both TIGHAR and Mr. Gillespie are equally negligent?

10      A.   Yes.

11      Q.   Who else do you feel was negligent?

12      A.   The board of directors.

13      Q.   Who else?

14      A.   I believe as far as responsibility, it would

15  stop there.

16      Q.   And your fraud allegation, that goes to they

17  knew the plane was there, they knew that the 2010

18  video showed it, and they chose to lie, correct?

19      A.   What do you mean, correct?

20      Q.   Is that a correct statement?  Your theory is

21  that they lied about what's in the 2010 video,

22  correct?

23      A.   That they failed to disclose that the

24  aircraft was shown in the 2010 video, yes.

25      Q.   And when did you decide that was the case?

—81—

1       A.    I would say at the end of January 2013.

2       Q.    And that was based on -- well, you said

3    2015.  Do you mean 2013?

4       A.    I said 2013.

5       Q.    Okay.  And what evidence do you have that

6    TIGHAR knew it had located or that -- try that again.

7             What evidence do you have that TIGHAR knew

8    that footage showed airplane parts?

9       A.    Well, the video speaks for itself.  The rope

10   is there by their own admission, the wire is there by

11   their own admission.

12      Q.    Okay.  My question is what -- what evidence

13   do you have?  So you've told me the video.  What

14   else?

15      A.    The Cook photo.

16      Q.    All right, what else?

17      A.    That's enough.

18      Q.    But there's nothing else that you have?

19      A.    No.

20      Q.    You don't have letters or emails where they

21   admit that they see it in that 2010 video.

22      A.    I haven't seen all the letters and emails,

23   so I don't know.

24      Q.    You don't have anything now, correct?

25      A.    Huh?

82

1    Q.    You don't have anything now?

2    A.    I don't.  The discovery might have

3  something.  I haven't reviewed all that.

4    Q.    And no one has told you that they knew it

5  was there and they lied?

6    A.    No.

7    Q.    And if they knew it was there and they lied,

8  other people had to be involved in this, right?

9    A.    No.

10   Q.    So you believe the only people who knew --

11  who know it's there and lied are Mr. Gillespie and

12  TIGHAR.

13   A.    That's not what I said.

14   Q.    Okay.

15   A.    You asked did other people have to know.

16  And I said no, they don't have to.  They might know,

17  I don't know.

18   Q.    Do you have any evidence that anyone other

19  than Mr. Gillespie and TIGHAR knew the airplane was

20  shown in that video?

21   A.    No.

22   Q.    You know that there's a lot of people who

23  have been involved in all of these expeditions,

24  right?

25   A.    I assume there's quite a few.  There is not

87

1    fraud that Mr. Gillespie and TIGHAR committed?

2         A.    I would say any donor who contributed with

3    the idea that the aircraft had not been found by --

4    by that time.

5         Q.    Corporate sponsors?

6         A.    Yes.

7         Q.    Discovery Channel?

8         A.    Yes.

9         Q.    How about the government of Kiribati?

10        A.    I have no idea what their relationship with

11   TIGHAR is.  I know there is an agreement, but I

12   haven't seen it.

13        Q.    The Secretary of State?

14        A.    What about her?

15        Q.    Do you feel she was defrauded by TIGHAR and

16   Mr. Gillespie?

17        A.    I would have to say yes.

18        Q.    And --

19        A.    And the Secretary of Transportation,

20   Mr. Hood -- LaHood, Ray LaHood.

21                   (Pause in proceedings.)

22   BY MR. MASTERSON:

23        Q.    Do you have any evidence of communication

24   between Mr. Gillespie and anyone with TIGHAR about

25   the -- that the aircraft was found and they hid it?

1      A.   Not specifically, no.

2      Q.   Okay.  How about generally?

3      A.   Well, I did allude to various posts that he

4  made discouraging people from looking any further, so

5  that was to TIGHAR people.

6      Q.   That's nothing direct that indicates he was

7  lying, is it?

8      A.   I don't understand your question.

9      Q.   You don't have anything that shows -- I'll

10  try again.

11           You don't have anything that directly shows

12  Mr. Gillespie lied to you.

13      A.   Yes, the TIGHAR -- the content of the 2010

14  video.

15      Q.   And the Cook photograph.

16      A.   And the Cook photograph.

17      Q.   Anything else?

18      A.   No.

19      Q.   How about TIGHAR, anything else other than

20  the 2010 footage and the Cook photograph?

21      A.   As we discussed about the Bevington object.

22      Q.   Okay.  How does that prove that TIGHAR was

23  lying?  It doesn't say that we're going to use the

24  Bevington object to cover this up, does it?

25      A.   It implies that the Bevington object is part

89

1  of an aircraft, the rest of which has not been found.

2  Because look at Mr. Neville's comments:  It's a sign

3  post, it's a sign post.  Well, maybe it is, maybe it

4  isn't.

5       Q.  And you believe that shows TIGHAR was lying?

6       A.  (Nodding head.)

7       Q.  Is that yes?

8           MR. STUBSON:  Be sure to say "yes" or "no."

9       A.  Yes.

10 BY MR. MASTERSON:

11      Q.  Does that also go to Mr. Gillespie's lies?

12      A.  Yes.

13      Q.  Okay, so that's a new one.  So we've got

14 2010 footage, right?

15      A.  We already went over all three things.

16      Q.  Well, I've been asking you what evidence you

17 have that TIGHAR and Mr. Gillespie lied to you.  And

18 you gave me the 2010 footage, you gave me the Cook

19 photo, and that was it for awhile.  Now you've

20 brought up the Bevington object.

21      A.  No, we already talked about the Bevington

22 object.

23      Q.  Okay.

24      A.  Go back and look at the transcript.

25      Q.  Okay.  And you believe that's direct

90

1   evidence that they lied to you.

2       A.   I believe it shows the deceit and effort to

3   raise funds for the expedition, yes.

4       Q.   And it's an intentional lie.

5       MR. STUBSON:  Objection, asked and answered.

6       A.   I don't think the evidence as presented is

7   strong enough to imply that it's -- that object in

8   the photo is part of that aircraft.

9   BY MR. MASTERSON:

10      Q.   And to you that's part of the fraud?

11      A.   Huh?

12      Q.   To you that's part of the fraud?

13      A.   Yes.

14      MR. MASTERSON:  Let's go off the record for

15   just a minute.

16                (Discussion off the record.)

17                (Deposition proceedings recessed

18                11:30 a.m. and reconvened 12:33 p.m.,

19                March 31, 2014.)

20   BY MR. MASTERSON:

21      Q.   We'll start up again.

22      Mr. Mellon, anything you need after lunch,

23   let us know.  You know you're still under oath, so

24   we'll just keep going.

25      A.   Okay.

114

1    You deny that, and then you say:  Before

2  making the donation TIGHAR provided a DVD of a

3  Discovery Channel show, et cetera, et cetera.

4    We know TIGHAR provided you with a DVD and

5  all those materials, but the question was whether you

6  asked to see any of those things.  So can you clarify

7  for me, did you ask to see them or did Mr. Gillespie

8  simply send them to you?

9    A.    I think I probably asked for -- to see the

10  information on the radio messages, how to get to

11  them, because I didn't know.  I didn't have any idea

12  how to navigate any forum, let alone that forum, at

13  that time.

14    Q.    Okay.  My question is, did you ask for

15  materials from TIGHAR or did Mr. Gillespie just send

16  them to you?

17    A.    I think he -- I think he just sent them to

18  me.

19    Q.    Okay.

20    A.    But I may have asked for other materials, I

21  don't remember.

22    Q.    Question 14:  Admit that you have no

23  conclusive, physical proof that actual Earhart

24  artifacts are underwater near Nikumaroro.

25    And your response was denied, you have film

—115—

1    of underwater artifacts.

2              Is there anything else you have other than

3    the film?

4         A.    The picture from Mr. Cook.

5                   (Pause in proceedings.)

6         A.    That would be it.

7    BY MR. MASTERSON:

8         Q.    I'm sorry?

9         A.    I think that would be it.

10        Q.    And do you consider that photographic

11   evidence to be conclusive?

12        A.    I don't know.  It hasn't -- it hasn't been

13   evaluated carefully by anyone I know, except

14   Mr. Glickman did evaluate it.

15             MR. STUBSON:  And just to clarify, are you

16   just talking about the Cook photo in that question?

17             MR. MASTERSON:  No.

18             MR. STUBSON:  You're talking about the

19   underwater footage or the photo?

20   BY MR. MASTERSON:

21        Q.    Great point.  Let me split it up.

22             The underwater footage, would you consider

23   that footage to be conclusive evidence?

24        A.    Yes.

25        Q.    The Cook photograph, would you consider that

116

1    to be conclusive evidence?

2        A.    Not yet.

3        Q.    And so the 2010 video footage leaves no

4    doubt in your mind?

5        A.    None.

6        Q.    Which would mean, then, that you don't feel

7    any need to go back again and try to recover

8    anything?  It's a dead horse, as far as you're

9    concerned?

10            MR. STUBSON:  Object as to form.

11       A.    Yeah, you'll have to restate that.

12   BY MR. MASTERSON:

13       Q.    Well, I think you probably already answered

14   it.

15            Take a look at request 27.  It on page 9.

16                (Pause in proceedings.)

17       A.    (Nodding head.)

18   BY MR. MASTERSON:

19       Q.    That question is:  Admit that you have no

20   documents, writings, or communication that TIGHAR hid

21   any findings from any expedition it, meaning TIGHAR,

22   has conducted.

23            And you have denied -- qualified denial.

24   Defendants hid photos from Dr. Cook of underwater

25   features that they had acquired.