# EXHIBIT F


DEPOSITION EXHIBIT
8
Melton

### 3. Ric Gillespie

- Executive Director
- Administrator
- Posts: 2825



#### 4. Re: Dive 14
« **Reply #41 on:** January 12, 2013, 10:11:53 AM »

This horse is dead and will not benefit from further flogging. This and other topics discussing whether various shapes in the underwater video are or are not encrusted objects of interest have run their course. Both sides have had more than adequate opportunity to state their case and flogging the subject further will not change anyone's mind. We'll give the horse a decent burial by locking "Summary of Debris from 2010," "2010 Black and White Video of the Debris Field," and "Possible Rope video." I'll leave "Underwater Airplane Parts" open but only as a discussion of what known underwater airplane parts look like in contexts other than Nikumaroro. I'll remove new topics that attempt to revive discussions of objects seen in 2010 and 2012 underwater video unless and until Jeff Glickman advises me that he has found something worth discussing.

DEPOSITION EXHIBIT 9 Mellon

### 1. Ric Gillespie

- Executive Director
- Administrator
- Posts: 2825



- X

### 2. Re: Still from ROV video
« Reply #1617 on: February 05, 2013, 05:54:50 PM »

When Tim refers to XHDV he means full-resolution HD video. The video we've put up on YouTube is half-resolution because the full-resolution files are enormous and don't really look any different than the half-resolution images. Full-resolution only becomes important when you're processing video for broadcast. I don't have full-res files. I have no need for them. Tim requested the big files so I had our video guru Mark Smith send them to him.

Back on January 12, I think I made it clear that this forum is not going to discuss shapes seen in the underwater videos unless and until Jeff Glickman sees something worth discussing. So far, Jeff has nothing to report beyond what he's already said, so I'm locking this topic.



DEPOSITION EXHIBIT
11
mellon

Posted November 24, 2012
Forum Name: Summary of Debris from 2010 Video

I think the time has come to summarize the components that can be seen in the High Definition video from 2010. Starting with the various items in the cockpit, which I have included above by Quote from Reply #54, I can see:

1. Top of right wing, with the numerals "0" and "2",

2. Wingtip of right wing, with position light,

3. Underside of left wing without aileron and right rudder (revised) 2010, and 2012

4. Bottom of the star in the Lockheed logo from the outside of the right rudder Withdrawn: both rudders are elsewhere.

5. Possible headset and wire seen as the "squiggle",

6. HF antenna cable and insolators, 2010 and 2012

7. Engine and propeller (John Balderston),

8. Tailwheel and tailcone,

9. Battery (probably auxiliary), 2010 and 2012,

10. Top of fuel tank with filler pipe from port in side of fuselage,

11. Landing gear assembly with upside-down fender in 2010 and 2012,

12. Numerous pieces of sheet metal evidencing man-made characteristics, such as straight edges, 90 degree corners, round holes, etc.

13. Co-pilot's windows

14. HF transmitter, tubes showing in 2010 and also in 2012

15. Fuselage fuel tank selector

16. Toilet compartment, with dorsal vent (not a "position light") in 2010 and again in 2012

17. Pelorus and Navigator's desk in 2010 and in 2012

18. A-7 Octant in 2010 and in 2012

19. Fred Noonan, Navigator

20. The Pilot

21. Sextant and triangle

22. Fuselage fuel tank

23. Severed hand

24. Key

25. Left rudder as seen in 2010 and again in 2012

26. Banjo with case, violin with case, and guitar

27. Five sacks of spare parts and bottles

28. Nose compartment

29. Second landing gear assembly, possibly the Bevington Object, as seen in 2010 and in 2012

30. Left shoe and right shoe

31. Spare tail wheel and tire (2012 only)

32. Kodak Duo Six-20 camera, with flash attachment in 2010 and flash attachment only in 2012

33. Bausch & Lomb Field Glasses in 2010 and in 2012

34. Bracelet with ridged panels

35. Fly swatter

36. Ballentine's Ale can and toilet paper rolls

37. Right rudder, including ground-adjustable trim tab

38. Grayce lubricating gun (P-600)

39. Elevator, including center lifting section

No doubt, there will be more to follow.
Tim
Chairman, CEO
PanAm Systems

TIGHAR #3372R
« Last Edit: January 11, 2013, 03:20:55 PM by Tim Mellon »


DEPOSITION EXHIBIT 12 Mellon

**From:** Timothy Mellon <panam.captain@yahoo.com>
**Subject:** Inconvenient Postulation
**Date:** January 6, 2013 11:52:52 AM EST
**To:** Jeff Glickman <jeff@glickman.com>
**Cc:** Ric Gillespie <tigharic@me.com>, Kermit <kbrown@wyoatty.com>
**Reply-To:** Timothy Mellon <panam.captain@yahoo.com>

Jeff, sorry to disturb you on the weekend. I have concluded from what I see here that two people, probably Fred Noonan on the left and Amelia Earhart on the right, have taken their own lives by placing what I believe to be celophane bags over their heads. As suicide was probably a felony in British territory at the time (1937), you may want to consider what steps might be appropriate under the circumstances.

Tim


DEPOSITION EXHIBIT 14 Mellon

From: Timothy Mellon <panam.captain@yahoo.com>
Subject: Stamp Collection
Date: February 18, 2013 9:16:14 PM EST
To: Ric Gillespie <tigharic@me.com>
Reply-To: Timothy Mellon <panam.captain@yahoo.com>

Ric, this evening I found a truly remarkable collection of stamps on letters aggregated in what appears to be cellophane bags just North of the HF antenna where it ends in the "hook". I hope you will pass this on to Jeff Glickman, as I believe that ancillary items carried in the aircraft are just as important as aircraft parts themselves when it comes to verifying the final destination of NR16020. I am no stamp collector, but I think I know when I've come across a philatelic wet dream.

Tim