Timothy Stubson, Bar No. 6-3144
Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) | |
| ) | |
| Plaintiff, ) | Cause No.: 13 CV 118-S |
| vs. ) | |
| ) | |
| THE INTERNATIONAL GROUP FOR ) | |
| HISTORIC AIRCRAFT RECOVERY, a ) | |
| Delaware non-profit corporation and ) | |
| RICHARD E. GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

## SECOND STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES

COMES NOW the parties hereto, Plaintiff, Timothy Mellon, by and through his counsel of record, Tim Stubson and Jeff Oven of Crowley Fleck, PLLP, and Defendants The Group For Historic Aircraft Recovery (TIGHAR) and Richard Gillespie, by and through their counsel of record, John A. Masterson and Alaina M. Stedillie of Lewis Roca Rothgerber LLP and William J. Carter of Dean & Carter, PLLC, and respectfully moves this Court for its Order extending discovery deadlines.

Pursuant to the Court's Order dated April 7, 2014 the discovery cutoff was extended to June 16, 2014. The parties have been actively engaged in the discovery process. This has included multiple depositions across the country. Additional time is needed to finalize the discovery.

WHEREFORE, parties pray that the Court extend the discovery deadlines to July 1, 2014.

DATED this 20th day of June, 2014.

        Counsel for Plaintiff

        By: /s/ Timothy M. Stubson
        TIMOTHY M. STUBSON #6-3144
        JEFF OVEN #6-3371
        Crowley Fleck PLLP
        152 N. Durbin, Suite 220
        Casper, WY 82601
        tstubson@crowleyfleck.com
        joven@crowleyfleck.com

        Counsel for Defendants

        By: /s/John A. Masterson
        John A. Masterson #5-2386
        Alaina M. Stedillie #6-4327
        Rothgerber Johnson & Lyons LLP
        123 W. 1st Street, Suite 200
        Casper, WY 82601
        Jmasterson@rothgerber.com
        astedillie@rothgerber.com