IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13 CV 118-S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY, a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING SECOND STIPULATED
MOTION TO EXTEND DISCOVERY DEADLINES**

COMES NOW the Court, having reviewed the parties' Second Stipulated Motion to Extend Discovery Deadlines until July 1, 2014. The Court finding good cause exists, the Motion to extend the parties discovery deadlines to July 1, 2014 is hereby GRANTED.

DATED this _____ day of _____, 2014.

_____
U.S. DISTRICT COURT JUDGE