Timothy Stubson, Bar No. 6-3144
Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) |
| | ) |
| Plaintiff, | ) Cause No.:  13 CV 118-S |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY,  a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

COMES NOW the Parties hereto, Plaintiff, Timothy Mellon, by and through his counsel of record, Tim Stubson and Jeff Oven of Crowley Fleck, PLLP, and Defendants The International Group For Historic Aircraft Recovery and Richard Gillespie, by and through their counsel of record, John A. Masterson and Alaina M. Stedillie of Lewis Roca Rothgerber LLP and William J. Carter of Dean & Carter, PLLC, and respectfully move this Court for its Order extending the deadline for Plaintiff's response to Defendants' Motions for Summary Judgment.

Pursuant to the Court's Order dated October 10, 2013, the response to dispositive motions deadline is July 3, 2014.  Plaintiff hereby requests an extension to July 9, 2014 to

2004851611_1

respond to Defendants' three (3) Motions for Summary Judgment. Defendants do not object to Plaintiff's requested extension.

Said extension will not affect the dispositive motions hearing scheduled for July 17, 2014 at 8:15 a.m., and the Parties respectfully request that such hearing remain as scheduled.

WHEREFORE, the Parties pray that the Court extend the Plaintiff's response to Defendants' Motions for Summary Judgment to July 9, 2014, but maintain the dispositive motion hearing previously set for July 17, 2014 at 8:15 a.m.

DATED this 25th day of June, 2014.

Counsel for Plaintiff

By: /s/ Timothy M. Stubson
TIMOTHY M. STUBSON #6-3144
JEFF OVEN #6-3371
Crowley Fleck PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com
joven@crowleyfleck.com

Counsel for Defendants

By: /s/John A. Masterson
John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Rothgerber Johnson & Lyons LLP
123 W. 1st Street, Suite 200
Casper, WY 82601
Jmasterson@rothgerber.com
astedillie@rothgerber.com