IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13 CV 118-S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation and RICHARD E. GILLESPIE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINE FOR PLAINTIFF'S
<u>RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

COMES NOW the Court, having reviewed the parties' Stipulated Motion to Extend Deadline for Plaintiff's Response to Defendants' Motions for Summary Judgment to July 9, 2014. The Court finding good cause exists, the Motion to extend Plaintiff's deadline to respond to Defendants' Motions for Summary Judgment to July 9, 2014 is hereby GRANTED.

Said extension will not affect the dispositive motions hearing scheduled for July 17, 2014 at 8:15 a.m., and such hearing shall remain as scheduled.

DATED this _____ day of _____, 2014.

_____
U.S. DISTRICT COURT JUDGE