# EXHIBIT 20

How are these for suggestions?

GEORGE KOHL, Casper

**The real tax numbers**

Regarding "My taxes are [hig]her than Mitt's," by R.W [Clo]use, Letters/March 15:
This is a story about [some]one who made the [ave]rage monthly Social Security check of $1,230, and [a s]mall monthly pension [(say] 25 percent) which [is $]310. You get $1,540 per [mo]nth.

[N]ow add earned income [of $]3,758 to that and you get [a to]tal of $22,238 in wages [for t]he year. Now Clouse [admi]tted to paying $1,240 [in ta]xes. By my math that's [abou]t a 5.5 percent bill.
[I'm] no Mitt Romney fan, [but] Mitt's 17 percent dwarfs [the 5].5 percent.

J.D. HURD, Thermopolis

by Scott Stantis



...campaign ads to erode Santorum's standing. One ad accused the former Pennsylvania senator of changing his principles while serving in Congress, while two others criticized him for voting to raise the debt limit, raise his own pay as a lawmaker and side...

...the Illinois voting, according to The Associated Press count. Santorum had 253, Gingrich 135 and Paul 50.

If Romney continues on the same pace, he will lock up the nomination before the convention opens in Tampa, Fla., in August.

## Earhart mystery receives new clue

WASHINGTON (AP) — A new clue in one of the 20th century's most enduring mysteries might uncover the fate of American aviator Amelia Earhart, who went missing without a trace over the South Pacific 75 years ago, investigators said Tuesday.

Enhanced analysis of a photograph taken months after Earhart's Lockheed Electra plane vanished shows what experts think may be the landing gear of the aircraft protruding from the waters off the remote island of Nikumaroro, in what is now the Pacific nation of Kiribati, they said.

Armed with that analysis by the State Department, historians, scientists and salvagers from The International Group for Historic Aircraft Recovery, are returning to the island in July in the hope of finding the wreckage of Earhart's plane and perhaps even the remains of the pilot and her navigator, Fred Noonan.

Ric Gillespie, executive director of the group, acknowledged that the evidence was "circumstantial" but "strong" but stopped short of predicting success. The new search is scheduled to last for 10 days in July and will use state-of-the-art underwater robotic submarines and mapping equipment.

"The most important thing is not whether we find the ultimate answer or what we find, it is the way we look," he said. "We see this opportunity to explore ... the last great American mystery of the 20th century as a vehicle for demonstrating how to go about figuring out what is true."

Earhart and Noonan disappeared July 2, 1937, while flying from New Guinea to Howland Island as part of her attempt to become the first female pilot to circumnavigate the globe.



**All Creatures VETERINARY HOSPITAL**
Comprehensive Small Animal Medicine • Surgery • Dentistry

**Welcome Dr. Scott Thorne!**

All Creatures Veterinary Hospital is excited to welcome the addition of their new Associate Veterinarian, Dr. Scott Thorne. Dr. Thorne is a Wyoming native, earning his Doctorate of Veterinary Medicine from the College of Veterinary Medicine and Biomedical Sciences at Colorado State University in May 2004. His eight years of veterinary experience have been gained while practicing small animal medicine in Pennsylvania and Wyoming.

Scott's wife, Christine, is not only a full time mother, but is also employed part time as a Physical Therapist at Wyoming Medical Center. The couple is blessed to have two beautiful daughters Madeline and Katie. Scott is also an active member of Casper's 5-Trails Rotary Club. The family has three cats Miranda, Baxter, and Mollie.

Dr. Thorne is looking forward to seeing new and old clients.

Dr. Wade Morrison • Dr. Jim Morrison • Dr. Linda Meredith • Dr. Scott Thorne
4590 East Yellowstone Highway in Evansville, Wyoming
• 235-2884 •

---

**Source Gas**
**Spring Appliance Sale!**

**SAVE 15% off the regular price of all Whirlpool® Appliances!**

Source Gas FINANCING AVAILABLE

**CAPP® customers save 25%**
Enroll in our Customer Appliance Protection Plan (CAPP®) and receive the 25% discount!
(Requires 1-yr. CAPP commitment)

**HURRY IN!**
Sale ends March 30!

Stop by our appliance showroom at
**1535 E. Yellowstone Hwy.**
in Casper

Whirlpool

Sales prices subject to stock on hand. Products vary by location. No special orders please. The Public Service and Utilities Commissions in CO, NE and WY do not set prices or terms for the products and/or services seen in this ad.

---

$38.30 750ml  $1[0...]

**BALVENIE 12YR OLD SCOTCH**
$40.95 750ml

**GLEN[...] 12YR OL[D]** $3[...]

**BAILEY'S IRISH CREAM**
$17.25 750ml

**RUM [...] RUM LIQU[...]** $14[...]

**WINE SPECIALS**

**ESTANCIA MERLOT**
$11.10 750ml

**KING E[...] PINOT GRI[...]** $14[...]

**PREDATOR OLD VINE ZIN**
$12.55 750ml

**SEBEKA SAUVIGNON** $7.75

**NAKED GRAPE WINES**
$7.65 750ml

**FERRARI CHARDONNA[Y]** $21[...]

**ECCO DOANI PINOT GRIGIO**
$9.55 750ml

**LIBERTY CUVEE** $11[...]

**BEER SPECIALS**

**BUD/BUD LIGHT CASES/SUITCASES**
$19.19

**COORS/CO[...] CASES/CUBES** $18.9[...]

**CORONA FAMILIAR 32 OZ. BOTTLE**
$3.79

**LEINENKU[GEL] FIRESIDE NUT** $7.69



**EXHIBIT 20**

# EXHIBIT 21

PART OF AGREEMENT BETWEEN THE INTERNATIONAL GROUP FOR HISTORIC
AIRCRAFT RECOVERY AND COMPANY DATED AS OF APRIL 12, 2010

## EXHIBIT B-2
## CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (the "Agreement") is entered into as of April 19, 2010 by and between TIGHAR ("TIGHAR") and DISCOVERY COMMUNICATIONS, LLC ("Company") and reference is made to the Exclusive Expedition Agreement dated April 12, 2010 between the parties ("Expedition Agreement"). All capitalized terms not defined in this Agreement are defined in the Expedition Agreement between the parties. The parties hereby make reference to the following facts:

WHEREAS TIGHAR has agreed to allow Company to publicize Conclusive Discoveries in accordance with and as defined in the Expedition Agreement;

WHEREAS, TIGHAR agrees to keep all information regarding the Conclusive Discoveries and the DNA Testing, except to the extent otherwise agreed in the Expedition Agreement, confidential and to furnish such information to Company (the "Information"); and

WHEREAS the parties agree that Information does not include information (i) which was or becomes generally available to the public other than as a result of disclosure by TIGHAR, an Expedition participant or in connection with a public relations/press campaign authorized by TIGHAR or an Expedition participant, or (ii) information publically known about the Expedition or the DNA Testing.

THEREFORE, in consideration of Company's payment of fees in the Expedition Agreement, TIGHAR agrees as follows:

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. This Agreement provides for the handling and protection of the Conclusive Discoveries and the DNA Testing (the "Confidential Information") and it excludes information deemed "Non-Confidential" in accordance with the Expedition Agreement. The Confidential Information shall be provided to Company so that Company can determine how and when to publish the Confidential Information. TIGHAR shall not disclose the Confidential Information until Company gives it written permission to do so.

2. Neither the disclosure of the Confidential Information nor this Agreement shall be construed in any way as a license to make, use or sell the Confidential Information or products derived from the Confidential Information.

3. It is agreed that no failure or delay by Company in exercising any right, privilege or power hereunder shall operate as a waiver of this Agreement, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any right, privilege or power hereunder.

4. TIGHAR assumes liability for damages arising from any breach of this Agreement by TIGHAR, including unauthorized use or disclosure of the Confidential Information by TIGHAR's agents, or employees (including employees who depart from

EXHIBIT 21

TIGHAR subsequent to the date of disclosure to them). In the event of any breach or threatened breach of this Agreement, Company shall be entitled, in addition to all other available remedies, to specific performance and injunctive or other equitable relief.

5. This Agreement shall be governed by and construed in accordance with the laws of the State of Maryland as to contracts entered into and wholly performed therein.

6. This Agreement may not be assigned by TIGHAR.

7. This Agreement shall terminate two (2) years from the date hereof.

IN WITNESS WHEREOF, the parties hereto have executed this Confidentiality Agreement as of the date first above written.

THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY ("TIGHAR")

By: _____
Name: Richard E. Gillespie
Title: Executive Director

DISCOVERY COMMUNICATIONS, LLC

By: _____
Name: TOM COSGROVE
Title: COO/EVP, DSC

# EXHIBIT 22

On Apr 8, 2011, at 9:30 AM, Ric Gillespie wrote:

Could you include me in the loop for the video clips Jeff is reviewing?

Absolutely.  Jeff hasn't yet told me which clips contain suspicious objects.  He's been busy working on the Nessie photo.  As soon as I know which clips he's talking about I'll let you know and we can both check them out.

Also, after I talked to you I got up my courage and loaded the Parallels and Windows programs into my Mac so that I could review the three DVDs Jesse sent me back in December.  I expected it to be sonar data but what I have is apparently all the standard resolution video and ROV navigation data you and I talked about.  I'll burn copies for you and Jeff (as soon as I figure out how).  The first DVD includes the SeaPro software needed to run the data.  There's a bit of a learning curve but I'm figuring it out.

In just running a couple of clips to figure out how to use the software I've already had a couple "WTF is THAT?" moments.  We really need to look closely at all of this stuff.

Ric



EXHIBIT 22

# EXHIBIT 23

On Apr 8, 2011, at 11:46 AM, John Clauss wrote:

Ric,

Could you include me in the loop for the video clips Jeff is reviewing? I have the half resolution HD video and would be interested in looking at the images he is finding.

Thanks,

John

From: John Clauss <claussenter@cs.com>
Subject: A Thought
Date: April 8, 2011 11:46:45 AM EDT
To: Ric Gillespie <tighar1@mac.com>

Ric,

Could you include me in the loop for the video clips Jeff is reviewing? I have the half resolution HD video and would be interested in looking at the images he is finding.

Thanks,

John



EXHIBIT 23

# EXHIBIT 24

| | |
|---|---|
| From: | Richard Gillespie <tigharic@me.com> |
| Sent: | Saturday, August 18, 2012 4:58 PM |
| To: | Jeff Glickman |
| Cc: | 'Bob' |
| Subject: | Re: Curious Shapes |

Jeff,

Thank you. May I use this - credited to you of course?

Ric

On Aug 18, 2012, at 7:19 PM, Jeff Glickman wrote:

Thanks Ric & Bob. Much like the "Face on Mars", the brain has an irrepressible ability to see things where they are not: This is due to the way the brain employs pattern recognition to assemble higher-level visual semantics from the environment. Marine flora and fauna have a nearly infinite ability to generate random patterns which give the brain vast opportunities to see the patterns for objects which don't exist. This misleads casual observers to "see" non-existent objects.

Photointerpretation depends on the simultaneous application of multiple techniques. Each of these can be viewed as a single dimension of analysis, none of which are reliable individually. However, interpretive ambiguity can be reduced by applying all of these simultaneously.

1) Differences in organic (natural) vs. man-made shapes.
2) Texture differences between objects within a neighborhood.
3) Pattern differences between objects within a neighborhood.
4) Color differences within multiple color spaces within a neighborhood.
5) Color absorption differences (spectrometry) between specific objects.
6) Temporal similarities vs. differences between video frames.
7) Object size and scale information which may be relative, absolute and ratiometric (mensuration).
8) Object interaction with its environment.
9) Location information including, absolute position, relative position and context.

Image processing is a valuable asset and enabler for photointerpretation by aiding the interpretation of each of the above dimensions. The interpretation of an object depends upon a the preponderance of evidence in each of the above dimensions at the same time.

Jeff

**From:** Richard Gillespie [mailto:tigharic@me.com]
**Sent:** Saturday, August 18, 2012 11:39 AM
**To:** Bob
**c:** Jeff Glickman
**Subject:** Re: Curious Shapes


EXHIBIT 24

5

I should mention that during our ROV excursions it was a common occurrence for us to see something in the distance that looked interesting only to discover that it was only coral when we went up close to have a look.

'c

On Aug 18, 2012, at 12:54 PM, Bob wrote:

Interesting. I've attached a brightened and sharpened copy, and there are two curved objects in Charley's lower circle, like rings, I hadn't noticed before. Might be something man made. Worth a closer look.

Also, I just noticed an object in the lower left corner of the published photo, looks like a sausage angled upward at about 45 degrees, which appears to be tubular.

Bob

On 8/18/2012 9:19 AM, Richard Gillespie wrote:

> FWIW
>
> Begin forwarded message:
>
>> **From:** Charley Smith <smith.charley@me.com>
>> **Subject: Curious Shapes**
>> **Date:** August 18, 2012 11:57:58 AM EDT
>> **To:** Ric@tighar.org
>>
>> Ric:
>>
>> I've been examining the photo that's widely published in the news today as the 'debris' field.
>>
>> I've circled two interesting shapes I notice right away in red. Doesn't the upper one look eerily like a shaft
>> angling off into the distance - maybe the crankshaft from an engine? Also, the lower item resembles two
>> hubs connected by a shaft - part of the other landing gear?
>>
>> Ok - I have little knowledge of the Electra and a large amount of imagination, but it certainly is exciting! I'm sure you're receiving lots of these emails now. Can't wait to hear more!
>>
>> Charley

<Charley101452sharp.jpg>

6