```
 1   UNITED STATES DISTRICT COURT
     FOR THIS DISTRICT OF WYOMING
 2   CASE NO. 13CV118-S

 3   ─────────────────────────────────────

     DEPOSITION OF TIMOTHY MELLON                 COPY
 4   ─────────────────────────────────────

 5   TIMOTHY MELLON,
     a Wyoming resident,
 6
                    Plaintiff,
 7
            vs.
 8
     THE INTERNATIONAL GROUP
 9   FOR HISTORIC AIRCRAFT RECOVERY,
     a Delaware non-profit corporation;
10   and RICHARD E. GILLESPIE,

11                  Defendants.

12   ─────────────────────────────────────

13             123 West First Street, Suite 200
                       Casper, Wyoming
14                 Monday, March 31, 2014

15

16        PURSUANT TO NOTICE, the deposition of

17   TIMOTHY MELLON was taken in accordance with the

18   applicable Wyoming Rules of Civil Procedure at 123

19   West First Street, Suite 200, Casper, Wyoming,

20   commencing at the hour of 9:03 a.m., the 31st day of

21   March 2014, before me, Janet K. Jamieson, a Certified

22   Court Reporter and Notary Public of the State of

23   Wyoming.

24

25
```

21

1  Q.  And just to be clear, before your gift, the
2  only person you met with who was associated with
3  TIGHAR was Mr. Gillespie?
4  A.  Correct.
5  Q.  And who did you consult with before making
6  your gift?
7  A.  Mr. Gillespie.
8  Q.  Anyone else? Your financial advisors, an
9  accountant, a lawyer, anybody else?
10  A.  No.
11  Q.  Why don't you walk me through how you came
12  to make that gift. You told us that you got the
13  notorious Star-Tribune. If you can start there, just
14  walk me through that up through making the gift,
15  please.
16  A.  Well, I think I called Mr. Gillespie, or
17  emailed him, and he called back and we talked and I
18  said I was interested in the -- in this project. And
19  I think he gave me some -- said he would send me some
20  materials, which he did, and I reviewed those and
21  probably did some looking into the -- I was quite
22  convinced by the notion of those radio transmissions,
23  so I did look through those. And then Mr. Gillespie
24  agreed to come up to basically talk about a
25  contribution and the amount and the timing of it, and

22

1  so forth, and then I instructed my banker to forward
2  some stock certificates to TIGHAR.
3  Q.  Based on your discovery responses, I believe
4  the decision to make that gift was yours and yours
5  alone.
6  A.  That's correct.
7  Q.  And the amount of the gift was decided by
8  you and you alone.
9  A.  That's correct.
10  Q.  And Mr. Gillespie didn't request a
11  particular dollar amount.
12  A.  No, he did not.
13  Q.  Before you reached out to Mr. Gillespie, had
14  you heard of him before?
15  A.  No.
16  Q.  And if I understand your discovery responses
17  correctly, you didn't do any research into
18  Mr. Gillespie before your gift.
19  A.  No.
20  Q.  No, you didn't?
21  A.  I did not.
22  Q.  And you didn't do any research into TIGHAR
23  before your gift; is that correct?
24  A.  Just what I've told you about in the last
25  three minutes.

23

1  Q.  In connection with that gift, did you sign
2  any agreement with TIGHAR, any written agreement?
3  A.  There were agreements signed to do with the
4  expedition, but not specifically with the gift,
5  except that the receipt was countersigned by
6  Mr. Gillespie for my tax records.
7  Q.  Mr. Mellon, I'm going to mark this as
8  Deposition Exhibit 1. There's a copy for you, and I
9  think I might have made enough for everyone. And
10  when I say for you, I should say that's the original
11  that you have and we'll give that to the court
12  reporter when we're done, okay?
13  A.  (Nodding head.)
14  Q.  I'd represent to you that that is a copy of
15  your Initial Disclosures that were sent to us by your
16  attorneys after this lawsuit was signed. It does not
17  include the -- it includes two pages stamped
18  Mellon-00001 and 2, but the balance of the
19  attachments aren't included because I didn't think
20  I'd need to refer to them.
21  So if you would, take just a moment and see
22  if you agree that that looks like a copy of those.
23  A.  What is your question, is this a copy of
24  what?
25  Q.  I just want you to see if you believe that's

24

1  an accurate copy of those Initial Disclosures, if it
2  appears to be?
3  A.  Well, it has Mr. Stubson's signature on it,
4  so I would say yes.
5  Q.  If you will look to the attachments, down in
6  the bottom right-hand corner, Mellon 1, do you see
7  that?
8  A.  Yes.
9  Q.  What is that?
10  A.  It's a letter from my banker to
11  Mr. Gillespie outlining the nature of the gift of
12  shares of Phillip Morris stock.
13  Q.  To your knowledge, is that the only document
14  connected with your donation other than the actual
15  check?
16  A.  There was no check, it was a --
17  Q.  Stock transfer?
18  A.  Stock transfer, yes.
19  Q.  All right. Are you aware of any other
20  documents associated with this gift?
21  A.  No.
22  Q.  And you chose the Phillip Morris stock as
23  the substance of the gift?
24  A.  Yes.
25  Q.  Did you ever communicate to Mr. Gillespie,

## Page 29

1  A. No, we had telephone conversations.
2  Q. Okay. As far as written documents, is that
3  all?
4  A. I don't -- I don't -- I don't know one way
5  or the other. If you can show me something that you
6  want me to determine whether it was before or after
7  the gift, I might be able to do it.
8  Q. Would it be fair to say that based on your
9  recollection, that letter from Mr. Gillespie that we
10 looked at a minute ago is the only written thing you
11 received from him before your gift, as best you can
12 recall?
13 A. I'm sorry, I can't remember anything else,
14 but it doesn't mean there wasn't something else.
15 Q. Fair enough.
16    How many phone calls do you recall having
17 with Mr. Gillespie before your gift?
18 A. Two or three. I don't remember exactly.
19 Q. Can you describe for me the nature of those
20 discussions?
21 A. The first was just an expression of interest
22 in the project and an interest in making a donation
23 toward it.
24 Q. Do you remember if you discussed the
25 upcoming 2012 expedition before your gift?

## Page 30

1  A. That's what it would have been for, so yes.
2  Q. Okay. Did you discuss you participating in
3  that before your gift?
4  A. I don't remember when the first discussion
5  was talking about that, no.
6  Q. Let me shift gears on you and talk about the
7  videos, in particular the 2010 video. When do you
8  remember seeing something in that 2010 video?
9  A. I think the first time was on the ship when
10 Mr. Gillespie was looking at certain footage in
11 shallow water and thought there might be an object
12 worth investigating.
13 Q. Can you elaborate on that a little bit?
14 What did you see? Were you just casually going
15 through this? Did someone have a question and
16 everybody gathered? Can you give me some more
17 detail?
18 A. We were all sitting in a conference room in
19 the middle of the ship and Mr. Gillespie had his
20 station on one side, a desk and bookshelves above and
21 several computers, and he was looking at video. It
22 was all light blue. It was shallow water. I don't
23 remember how the subject came up, but we got to
24 looking at it together and there appeared to be
25 something that could have been the shape of an

## Page 31

1  airfoil or part of an airplane. It didn't pan out.
2  After looking at it and getting other people's
3  opinions, it looked like it may have been a piece of
4  rope, or something else of that shape, against a bank
5  of sand or coral.
6  Q. And was the footage you were watching, was
7  it that 2010 footage or 2012?
8  A. It was -- that had to be 2010, because there
9  was no 2012 at that point.
10 Q. You weren't looking at what someone might
11 call dailies, you know, from the expedition, during
12 the --
13 A. As I recall, those were not available to
14 look at, even the standard definition. Maybe Mark
15 Smith was able to look at them, but I don't remember
16 seeing any of them.
17 Q. When you say it didn't pan out, what did --
18 what happened with it? I mean, did you -- you saw
19 the video, so what -- did people decide to go look
20 for it, was there a debate about whether --
21 A. You will have to ask Mr. Gillespie. I only
22 saw what I was shown, and I had no part in deciding
23 whether to look further or not, so --
24 Q. Were you there while that discussion took
25 place?

## Page 32

1  A. I was looking at the video with him --
2  Q. Okay.
3  A. -- at the same time.
4  Q. I guess I had it in my head that there were
5  other people there.
6  A. There may have been, I don't remember.
7  Wolfgang Burnside came in and looked at it and said
8  no, I don't think so. I remember him opining.
9  Q. Did you agree with that?
10 A. I had no way of knowing one way or the
11 other.
12 Q. When was the first time that you personally
13 thought that you recognized something in the 2010
14 footage?
15 A. I believe it was after Mr. Balderston posted
16 pictures of certain elements from the 2010 high
17 definition video, which would have been after the
18 return of the expedition of the 2012.
19 Q. Had you had any communication with
20 Mr. Balderston before that?
21 A. No.
22 Q. Okay. So you didn't know who he was?
23 A. No.
24 Q. And you read -- I'm assuming that was on the
25 forum?