# CIVIL MINUTE SHEET
# MOTION HEARING

[x] This minute sheet also contains a Minute Order

[ ] Telephonic

Date: Jul 17, 2014     Case No. 13CV118-S

Time: 8:37 - 9:33 - 9:39 - 9:42 am

TIMOTHY MELLON    VS    THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, et al

| Scott W. Skavdahl | Tiffany Dyer | Anne Bowline | Kelley Anderson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    TIMOTHY STUBSON

Attorney(s) for Defendant(s)    ALAINA STEDILLE, JOHN MASTERSON, WILLIAM CARTER

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 44 | Summary Judgment - claims against Gillespie | Denied |
| Defendant | 46 | Summary Judgment - negligent misrepresentation | U/A |
| Defendant | 48 | Summary Judgment - Fraud | U/A |

[ ] Briefs to be filed on or before _____ by _____
                                         by _____

[ ] Order to be prepared by    [ ] Court    [ ] Attorney

Other:

The Court heard argument on Defendant's Motions for Summary Judgment and took Defendants Motions [46], and [48] U/A and Denied Defendants [44] Motion for Summary Judgment for reasons articulated on the record and incorporated by reference herein.