IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) Cause No.: 13 CV 118-S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY, a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**

COMES NOW the Court, having reviewed the Plaintiff's Motion in Limine and Brief in Support, and the Court finding good cause exists, the Motion in Limine is hereby GRANTED.

DATED this \_\_\_\_\_ day of _____, 2014.

_____
U.S. DISTRICT COURT JUDGE