John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Lewis Roca Rothgerber LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter1@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) </br> ) </br> Plaintiff, ) </br> ) </br> v.                                                                  ) </br> ) </br> THE INTERNATIONAL GROUP FOR ) </br> HISTORIC AIRCRAFT RECOVERY, a ) </br> Delaware non-profit corporation and ) </br> RICHARD E. GILLESPIE, ) </br> ) </br> Defendants. ) | Case No. 13 CV 118-S |

**ORDER ON DEFENDANTS' MOTION IN LIMINE AS TO ANY EVIDENCE OR ARGUMENTS REGARDING "SASQUATCH"**

      This matter having come before the Court on Defendants' Motion in Limine asking this

Court to issue its Order precluding the introduction of evidence, argument, questioning, mention

or testimony of the 1967 "Patterson Film," Mr. Glickman's forensic evaluation of said film, or Plaintiff's 'catch phrase "Gone Squatchin'," and the Court, being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion in Limine be, and the same hereby is granted, and accordingly there shall be no the introduction of evidence, argument, questioning, mention or testimony of the 1967 "Patterson Film," Mr. Glickman's forensic evaluation of said film, or Plaintiff's 'catch phrase "Gone Squatchin'."

DATED this \_\_\_\_ day of _____, 2014.

_____
United States District Judge