# *EXHIBIT A*
# *KAUFMANN DEPOSITION*

```
 1      that have been lost or abandoned in coral reef

 2      environments for anywhere from a few days to

 3      many decades or centuries underwater.

 4      A      Uh-huh.

 5      Q      Are you talking about there -- as you're

 6      in the field you're looking at those items?

 7      A      Correct.

 8      Q      Okay.  This has included a good deal of

 9      military and aeronautical debris.  What

10      does -- what does that mean?

11      A      I had a project at Johnston Atoll which is

12      800 miles southwest of Honolulu.  It is a

13      military base.  There's an enormous amount of

14      material that was lost there and much of it we

15      had to map and steer clear of because it was

16      dangerous.  Some of it was of historic interest

17      and that's what we did when we were taking a

18      break.

19      Q      And so you were diving, I take it, and

20      looking at this stuff and iden -- identifying

21      it.

22      A      Yes.  We -- we located some using

23      magnetometers and side scan sonar and then we

24      just drove in it for fun or to know where to
```

27

1      there were so few objects sufficiently

2      remarkable to suggest that there should have

3      been a much more detailed analysis.

4      Q     And do you know what TIGHAR did with the

5      2010 video when they had it in their

6      possession?

7      A     I certainly don't know everything they

8      did.  One thing they did is show it to me and

9      that's all I really know.

10     Q     Okay.  Do you know to what extent they

11     analyzed that video?

12     A     No, I do not.  No.

13           MR. OVEN:  I don't have anything further.

14     Thank you.

15           THE DEPONENT:  That was easy.

16           MR. MASTERSON:  Well, you're not done yet.

17           THE DEPONENT:  Oh, oh, oh.

18

19                    CROSS-EXAMINATION

20   BY MR. MASTERSON:

21     Q     Dr. KaufmanN, if you had a magic wand and

22     could do anything you wanted, what would you do

23     to conclusively determine if those photos

24     depict Earhart wreckage?

1    investigation, it was an excellent approach.

2    By itself, it does not provide sufficient

3    evidence to conclude that it's aircraft parts.

4    Q     You've been to -- in 2009 and have

5    you -- have you been on the island itself?

6    A     Yes.

7    Q     And it sounds like a lot of time spent in

8    the water around it.

9    A     More time spent in the water but I spent

10   several hours on the island.

11   Q     Can you describe the environment in terms

12   of -- let me use the generic term trash and

13   other manmade materials?

14   A     Oh, that was kind of amusing.  Of course,

15   we had -- well, we had two objectives on the

16   island.  I was suppose to be looking at birds,

17   but I was really looking for Japanese fishing

18   glass floats because we prize those, and then I

19   was walking the beach which is hard to walk on

20   because it's all cobbles, looking for stuff

21   Earhart might have dropped and, I mean, the

22   truth will out.  And the thing that astonished

23   me is how difficult I thought it would be to

24   identify anything from any particular person

1   because there's so much garbage everywhere.

2   There's an enormous amount of trash on the

3   beach.

4   Q    And, just for purposes of those of us who

5   haven't been there understanding, what kind of

6   things would you see?

7   A    Well, there's a lot of derelict fishing

8   gear but then there is also just odd pieces of

9   flip flops and, I mean, this is actually

10  well-characterized, the -- the -- the rubber

11  and polymer trash of the ocean is mostly things

12  that fall off -- we think they're falling off

13  container ships.

14       I didn't see any rubber ducks, I was

15  disappointed by that, but definitely a lot of

16  shoe stuff and, like, I don't remember bra

17  straps but that kind of thing.

18  Q    I have to ask you about rubber ducks.

19  I -- I remember -- I remember reading an

20  article about a container full of rubber ducks.

21  A    Yes, that's why I was disappointed.  I

22  really wanted one of those rubber ducks.

23  Q    And that was -- that was a whole bunch --

24       MR. OVEN:  It's on ebay.