John A. Masterson #5-2386
Alaina M. Stedillie #6-4327
Lewis Roca Rothgerber LLP
123 W. 1st Street, Suite 200
Casper, WY  82601
307-232-0222
307-232-0077 fax
jmasterson@lrrlaw.com
astedillie@lrrlaw.com

William J. Carter ISB#5295 *(Pro Hac Vice)*
Dean & Carter, PLLC.
1112 Main Street, #302
Boise, Idaho 83702
Phone: (208) 489-6004
Fax: (208) 246-6363
carter1@dean-carterlaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INTERNATIONAL GROUP FOR ) <br> HISTORIC AIRCRAFT RECOVERY, a ) <br> Delaware non-profit corporation and ) <br> RICHARD E. GILLESPIE, ) <br> ) <br> Defendants. ) | Case No. 13 CV 118-S |

### ORDER ON DEFENDANTS' MOTION IN LIMINE AS TO PLAINTIFF'S DESIGNATION OF MULTIPLE EXPERT WITNESSES

This matter having come before the Court on Defendants' Motion in Limine asking this Court to issue its Order to require Plaintiff to choose one expert from those it previously

designated or, in the alternative, to strike all but one of Plaintiff's designated experts, and the Court, being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion in Limine be, and the same hereby is granted, and accordingly Plaintiff shall be permitted to call one of its four designated experts at trial.

DATED this \_\_\_\_ day of _____, 2014.

_____
United States District Judge