# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF WYOMING*
*JUL 25 PM 1 21*
*STEPHAN HARRIS, CLERK*
*CASPER*

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident.<br><br>Plaintiff(s)<br><br>vs<br><br>THE INTERNATIONAL GROUP FOR HISTORIC AIRCRAFT RECOVERY, a Delaware non-profit corporation, and RICHARD E. GILLESPIE,<br><br>Defendant(s) | Case Number: 1:13-CV-00118-SWS |

## JUDGMENT IN A CIVIL ACTION

This matter came before the Court on Defendants' Motions for Summary Judgment as to Plaintiff's Claims for Negligent Misrepresentation and Fraud (ECF Nos. 46, 48). The Court, having considered the briefs and materials submitted in support of the motions and Plaintiffs opposition thereto, having heard oral argument of counsel, and being otherwise fully advised found for the Defendants. Case is now deemed closed.

Dated this 25th day of July, 2014.

*[signature]*
*Clerk of Court or Deputy Clerk*