Timothy Stubson, Bar No. 6-3144
Jeff Oven, Bar No. 6-3371
CROWLEY FLECK PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TIMOTHY MELLON, a Wyoming resident, | ) |
| | ) |
| Plaintiff, | ) Cause No.: 13 CV 118-S |
| vs. | ) |
| | ) |
| THE INTERNATIONAL GROUP FOR | ) |
| HISTORIC AIRCRAFT RECOVERY, a | ) |
| Delaware non-profit corporation and | ) |
| RICHARD E. GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE TENTH CIRCUIT**

COMES NOW, Timothy Mellon, by and through his attorneys, Crowley Fleck, PLLP, and hereby provides his notice of appeal from the Final Judgment of the United States District Court for the District of Wyoming entered in this case on July 25, 2014. The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

Defendants: The International Group for Historic Aircraft Recovery, Inc. and Richard E. Gillespie

John A. Masterson #5-2386 (jmasterson@lrrlaw.com)           William J. Carter
Alaina M. Stedillie #6-4327 (astedillie@lrrlaw.com)         Dean & Carter, PLLC
Lewis Roca Rothgerber, LLP                                   1112 Main Street, #302
123 W. 1st Street, Suite 200                                 Boise, ID 83702
Casper, WY 82601                                             carter@dean-carterlaw.com

DATED this 22nd day of August, 2014.

       By:/s/Timothy M. Stubson
       TIMOTHY M. STUBSON # 6-3144
       Crowley Fleck, PLLP
       152 North Durbin Street, Suite 220
       Casper, WY 82601-7009
       (307) 265-2279
       tstubson@crowleyfleck.com
       Attorneys for Timothy Mellon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct of the foregoing document was served by United States mail, postage prepaid, this 22nd day of August, 2014 addressed to the following:

John A. Masterson
Alaina M. Stedillie
Lewis Roca Rothgerber, LLP
123 W. 1st Street, Suite 200
Casper, WY 82601

William J. Carter
Dean & Carter, PLLC
1112 Main Street, #302
Boise, ID 83702

       /s/Timothy M. Stubson
       Timothy M. Stubson