OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming



Stephan Harris
Clerk of Court

Maggie Botkins
Chief Deputy Clerk

August 25, 2014

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, Colorado 80257

    Re:    *Timothy Mellon vs The International Group for Historic Aircraft Recovery*
           District Court Case Number:  1:13-cv-0118-SWS
           Notice of Appeal filed:  8/22/2014
           **$500.00 fee was paid * $5.00 fee was paid;** Receipt # casp1323

Dear Ms. Shumaker:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of the district court docket entries.

- Copy of the notice of appeal.

- Copy of the district court's final judgment or order(s) from which the appeal is taken, as follows:
  7/25/14      [62] Order granting Motions for Summary Judgment
  7/25/14      [63] Judgment

    If any thing further is required, please let me know.

                                     Sincerely,

                                     STEPHAN HARRIS
                                   Clerk of Court

                    By:    /s/ Darci Smith
                           Deputy Clerk

**The procedures and appeals packet may be obtained from our website at http://www.wyd.uscourts.gov**

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001
(307) 433-2120 ♦ Fax: (307) 433-2152

111 South Wolcott, Suite 121 ♦ Casper, WY 82601
(307) 232-2620 ♦ Fax: (307) 232-2630

www.wyd.uscourts.gov