## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: Mellon v. TIGHAR  
District Court Number: 13 CV 00118-SWS  
Name of Attorney: Timothy M. Stubson  
Name of Law Firm: Crowley Fleck PLLP  
Address of Firm: 152 Durbin, Suite 220, Casper, WY 82601  
Telephone of Firm: (307) 265-2279  
Name of Court Reporter: Anne Bowline  

District: WYOMING  
Circuit Court Number: 14-8062  
Attorney E-Mail: tstubson@crowleyfleck.com  
Attorneys for: Appellant  
Telephone of Reporter: (307) 235-3376  

[Filed stamp: U.S. DISTRICT COURT, DISTRICT OF WYOMING, 2014 SEP 17 AM 11 23, STEPHAN HARRIS, CHEYENNE]

### PART II - COMPLETE SECTION A OR SECTION B
**SECTION A -  I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**

[X] A transcript is not necessary for this appeal, or  
[] The necessary transcript is already on file in District Court  
[] The necessary transcript was ordered previously in appeal number _____

**SECTION B -  I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)

Voir dire: _____; Opening Statements: _____;  
Trial proceedings: _____; Instruction Cnf: _____;  
Jury Instructions: _____; Closing Arguments: _____;  
Post Trial Motions: _____; Other Proceedings: _____.  
(Attach additional pages if necessary)

[] Appellant will pay the cost of the transcript.  
My signature on this form is my agreement to pay for the transcript ordered on this form.

[] This case is proceeding under the Criminal Justice Act.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: [signature]   Date: 9/15/14

### PART III -  TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____  
Estimated completion date: _____  
Estimated number of pages: _____  

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct of the Transcript Order Form was served by United States mail, postage prepaid, this 15th day of September, 2014 addressed to the following:

John A. Masterson
Alaina M. Stedillie
Lewis Roca Rothgerber, LLP
123 W. 1st Street, Suite 200
Casper, WY 82601

William J. Carter
Dean & Carter, PLLC
1112 Main Street, #302
Boise, ID 83702

UNITED STATES COURT OF APPEALS
THE TENTH CIRCUIT OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Clerk, U.S. District Court
2120 Capitol Avenue
Cheyenne, WY 82001

/s/Timothy M. Stubson
Timothy M. Stubson