OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

Stephan Harris
Clerk of Court



Maggie Botkins
Chief Deputy Clerk

October 10, 2014

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals
  for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:    TRANSCRIPT ORDERS
            USDC # 1:13-cv-0118-SWS
            USCA # 14-8062
            *Timothy Mellon vs The International Group for Historic Aircraft Recovery*

Dear Clerks:

    Please be advised that no transcripts have been ordered for this appeal.

    For purposes of appeal, the record is now ready.

                              STEPHAN HARRIS
                              Clerk of Court

                      By:    /s/ Deany Fondren
                              Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152    (307) 232-2620 ◆ Fax: (307) 232-2630

*www.wyd.uscourts.gov*