**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                              Chris Wolpert
Clerk of Court                June 18, 2015                   Chief Deputy Clerk


Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000


**RE:**     **14-8062, Mellon v. The International Group, et al**
            Dist/Ag docket: 1:13-CV-00118-SWS

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk of the Court



cc:     William J. Carter
        John A. Masterson
        Jeffery J. Oven
        Alaina M. Stedillie
        Timothy M. Stubson


EAS/jm